

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Patricia McLane*  
*Assistant United States Attorney*  
*Patricia.McLane@usdoj.gov*

*Suite 400*  
*36 S. Charles Street*  
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4942*  
*MAIN: 410-209-4800*  
*FAX: 410-962-0717*

April 19, 2022

The Honorable Stephanie A. Gallagher  
United States District Court  
for the District of Maryland  
101 W. Lombard St.  
Baltimore, MD 21201

      RE:    Status Report  
               <u>United States of America v. Foster, et al.</u>  
              SAG-19-486

Dear Judge Gallagher:

      The Government submits this status report in the above-captioned case.

      **Status of Charged Defendants:** The Government held a reverse proffer for each charged defendant. The Government included a discussion of the facts in SAG-20-207 and discussed the Government's intent to combine both indictments by May 2022. The Government is pending approval for a Third Superseding Indictment to add Daniel Williams and David Banks to Count One (conspiracy to participate in a racketeering enterprise) of the indictment in SAG-19-486.

      Karon Foster entered a plea of guilty on July 19, 2021. The Court sentenced him to 40 years' incarceration on December 20, 2021.

      Jamai Wells entered a plea of guilty on September 21, 2021. Wells is pending sentencing.

      Malik Evans entered a plea of guilty on March 7, 2022. The parties entered into a C-plea and it is anticipated that Evans will receive a 17 year sentence on May 31, 2022.

      Rashaud Nesmith has a written plea offer for 40 years' incarceration. The Government anticipates he will accept the plea and hopes to schedule a re-arraignment by the end of April.

      Daniel Williams has new counsel, Gerry Ruter, who was appointed on March 2, 2022.

      Demonte Kellum has not requested or received a written plea from the Government.

      **Pending Motions:** The Court held a motions hearing for Williams and Kellum on February 24, 2022. The Court denied Kellum's motions after taking testimony and hearing argument (ECF 183 denying ECF 172 and 173). The Court denied as moot one of William's

motions (ECF 183 denying ECF 168). The Court continued the hearing on Williams' other motions (ECF 169 and 170) after counsel requested an attorney inquiry hearing.

Williams' motions are still pending and there is no court date. Government submits that neither motion requires witness testimony, and the Court could rule on the papers submitted.

**Court Dates:** There are no court dates set in this matter. The toll of the speedy trial clock runs on April 25, 2022, and the Government intends to request an additional 60-day toll.

**Discovery:** The Government is not aware of any current issue with the productions to date and is committed to working with defense counsel to resolve any issues. The Government has provided counsel discovery from SAG-20-207 in anticipation of combining the indictments.

The Government respectfully requests the Court set another status update by the end of June 2022.

Very truly yours,

Erek L. Barron
United States Attorney

_____/s/_____
Patricia McLane
Brandon Moore
Assistant United States Attorneys

Filed via ECF on April 19, 2022