```
1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MARYLAND
2                        NORTHERN DIVISION

3
   UNITED STATES OF AMERICA      )
4            Plaintiff,          )
         v.                      )Criminal No. 19-cr-0486-SAG
5  KARON FOSTER                  )
             Defendant.          )
6  _____)
                                     Baltimore, Maryland
7                                    December 20, 2021
                                     10:15 a.m.
8

9

10        THE ABOVE-ENTITLED MATTER CAME ON FOR

11               SENTENCING HEARING

12     BEFORE THE HONORABLE STEPHANIE A. GALLAGHER

13

14              A P P E A R A N C E S

15  On Behalf of the Plaintiff:

16      PATRICIA C. McLANE, ESQUIRE

17  On Behalf of the Defendant:

18      STEPHEN MERCER, ESQUIRE

19  Also Present:

20      Agent David Cheplak
        TFO Bryan Kershaw
21

22      (Computer-aided transcription of stenotype notes)

23              Reported by:
              Ronda J. Thomas, RMR, CRR
24            Federal Official Reporter
          101 W. Lombard Street, 4th Floor
25            Baltimore, Maryland 21201
```

1          P R O C E E D I N G S

2          THE COURT:  Good morning.  Please be seated.

3      Ms. McLane?

4          MS. MCLANE:  Thank you, Your Honor.  Calling United

5  States of America v. Karon Foster.  Criminal Number

6  SAG-19-0486.  Patricia McLane on behalf of the United States.

7  We are here for a sentencing.

8          THE COURT:  All right.  Thank you.

9      Mr. Mercer?

10          MR. MERCER:  Good morning, Your Honor.  Stephen

11  Mercer.  Appointed counsel for Mr. Foster, who's present in

12  court.

13          THE COURT:  All right.  Good morning to you.  Good

14  morning to Mr. Foster.

15      Let me say in advance that anyone who is fully vaccinated

16  and will be speaking in this proceeding is welcome to remove

17  your mask while you're speaking.  And we'll proceed forward

18  that way.

19      All right.  On July 19th of this year Mr. Foster appeared

20  and pled guilty to Counts 1, 2 and 6 of a 14-count Fourth

21  Superseding Indictment.  A presentence investigation was

22  ordered and sentencing was eventually scheduled for today.

23      I have received and reviewed the presentence

24  investigation, along with the sentencing letter submitted by

25  Mr. Foster, which attached the results of two separate medical

1    evaluations.  I received a sentencing letter submitted by

2    Government counsel.  And I received a series of victim impact

3    statements from various victims personally, and family members

4    of victims who were affected by the conduct in this case.

5         Is there anything else that I've missed?

6         MS. MCLANE:  No, there isn't, Your Honor.  It's our

7    understanding there's actually several victims that are still

8    trying to get through our Marshal's line, our victim witness

9    coordinator.  I was remiss when I said that we were ready.

10        Obviously I have to get through the guidelines

11   calculation.  We could do that without those individuals.

12        THE COURT:  Sure.

13        MS. MCLANE:  Just understand that we'll have people

14   continuing to come into the courtroom.

15        THE COURT:  That's fine.  Yes, I think the guideline

16   calculations are going to take some time.  So if it's okay with

17   you we can proceed with that and then we can wait and make sure

18   we have everyone --

19        MS. MCLANE:  Thank you, Your Honor.

20        THE COURT:  -- before we get to the victim portion.

21        All right.  Mr. Foster, we have to start by doing the

22   mathematical --

23        MR. MERCER:  Your Honor.

24        THE COURT:  Oh sorry, yes.

25        MR. MERCER:  Sorry, Your Honor.  There was a

```
1   supplemental letter I submitted on Saturday in response to the
2   series of statements that were submitted by the Government and
3   its request for those statements to be attached to the PSR.
4               THE COURT:  Okay.  I'm not sure -- is it possible to
5   pull that up on the docket?  I'm not sure I have seen that yet.
6               THE CLERK:  Yes.  Let me pull that.  I can print that
7   for you.
8               THE COURT:  Okay.  Thank you.
9               MR. MERCER:  I believe I filed that, I apologize, on
10  the 18th.  I received statements up through the 17th.
11              THE COURT:  Okay.  Thank you for pointing that out,
12  Mr. Mercer.  I do now have your letter that contests whether
13  it's appropriate for the statements to be attached to the
14  presentence report and then also attaches a letter from
15  Mr. Foster's sister that I have now reviewed.
16              MR. MERCER:  Yes.  Thank you, Your Honor.
17              THE COURT:  Good.  Is there anything else that I've
18  missed?
19              MR. MERCER:  No.
20              THE COURT:  Okay.  All right.  Do you wish to discuss
21  now, Ms. McLane, the Government's position with respect to
22  attachments of the statements to the presentence report?
23              MS. MCLANE:  I'm not sure there's much discussion.  I
24  believe it's required by statute, Your Honor.  Federal Rule of
25  Criminal Procedure 32(d)(2)(B).  And we have cited that in all
```

1  of the submissions of the victim impact letters.

2        THE COURT:  Right.  Yes.  You've cited -- I guess

3  Mr. Mercer is contesting the interpretation as to whether it

4  requires the actual statements to be attached --

5        MS. MCLANE:  Correct.

6        THE COURT:  -- or whether it requires the presentence

7  report to contain I guess a summary of the financial, social,

8  psychological, and medical impact; is that right?

9        MR. MERCER:  Well, yes.  It requires there to be an

10  assessment.  And I've cited to a pertinent decision that

11  discusses the situation where the Ninth Circuit affirmed the

12  district court's denial of the Government's request to attach

13  crime victim impact statements to the PSR.

14     The Crime Victims' Rights Act does not contain any such

15  requirement.  It provides crime victims the opportunity to

16  address the Court, which as I understand has been done here

17  through statements.  But there's nothing in the Crime Victims'

18  Rights Act that establishes an entitlement to attach statements

19  to presentence report.

20     And I'd also note, Your Honor, that there are -- what the

21  rule requires the PSR to contain in terms of an assessment is

22  narrower than the scope of information that is contained in a

23  number of the statements which specifically address Mr. Foster

24  and sentencing recommendations for Mr. Foster.

25     So and I think too given under any scenario leaving this

1  courtroom today, Mr. Foster is receiving an extreme sentence.

2  The PSR is essential document to his placement, designation,

3  and treatment in the Bureau of Prisons.

4       And so these -- for the reasons I just said, as far as the

5  information going outside the scope of what the rule permits, I

6  don't see how that would further the purpose -- the very

7  important purpose of the PSR because it follows him through the

8  BOP and is a document that's essential to his treatment and

9  programming and classification.

10            THE COURT:  Let me just ask, I'm likely to reserve on

11  this issue because I just received your letter obviously now,

12  and I want to take a look at the case.  I think I can proceed

13  with the sentencing and make a determination afterwards and

14  advise the parties about whether I'll be attaching the

15  statements or not; but as a practical matter, Mr. Mercer,

16  because the letters from the victims were received, as you

17  pointed out, sort of over the course of the last week, they

18  obviously -- there is nothing contained in the current draft of

19  the presentence investigation report that sort of summarizes

20  any of the information that's contained therein.  But do I

21  understand your position to be that based on the rule the

22  appropriate step would be for some sort of summary to be

23  prepared and included?  Because it is supposed to contain

24  information that assesses the financial, social, psychological,

25  and medical impact on the victims?

1        MR. MERCER:  Well, it is to contain that assessment.

2  I don't know that it necessarily has to summarize everything.

3  But it does -- it is supposed to contain an assessment.  To the

4  extent that it didn't contain an assessment when it was

5  generated, I think the time to note that would be then.  So I'm

6  not sure that the PSR needs to be redone for that purpose at

7  this stage.

8        MS. MCLANE:  Your Honor, if I could just -- two

9  points:  It is the practice within not only the Fourth Circuit,

10  but specifically within our courthouse, to attach the letters.

11  And because of that this is a new issue for me.  And I

12  appreciate that Mr. Mercer had to file something at short

13  notice.  But if you are -- if you would like further briefing

14  on it I would just ask for some time in order to submit

15  something.  I didn't have any time obviously over the weekend.

16  I apologize for that.

17     But I will point out that it is, despite what the Ninth

18  Circuit did in that particular case that I'm unfamiliar with,

19  it is the practice in this courthouse and the district to

20  attach them.

21        THE COURT:  Okay.  Well, why don't we do this, as I

22  said I'm going to reserve on the issue anyway.  I do not have

23  to submit the J&C right away.  We can hold off a little bit --

24  or the presentence report so we can hold off a little bit.  If

25  you can obviously turn to that quickly, Ms. McLane, if you

1  would like to file something in writing --

2         **MS. MCLANE:**  Thank you, Your Honor.

3         **THE COURT:**  -- you can do that after the proceeding.

4      So we next have to go through and do the mathematical

5  calculations under the sentencing guidelines.  And as I said

6  that's going to take some time.  I understand there are two

7  disputed enhancements before we get to sort of calculating the

8  individual guidelines for each group.

9      The first disputed enhancement is as to whether Mr. Foster

10 should be characterized as an organizer, leader, or manager,

11 which would provide a certain enhancement.

12        Do you wish to be heard on that, Ms. McLane?

13        **MS. MCLANE:**  Yes.  Thank you, Your Honor.

14     In terms of the two points for leadership.  Admittedly,

15 it's academics since the guidelines do top out at 43.  So,

16 arguably, it's not necessary for you to make a finding.  And if

17 you choose not to make a finding on this particular point, I do

18 think, though, the rest of my argument could be considered

19 under 3553(a).  So I am going to make that argument and

20 regardless of how you decide on these two points I would ask

21 that it be incorporated into my later 3553(a) discussion.

22     So I want to focus on two places where we find evidence of

23 Mr. Foster's leadership role.  The statement of facts and also

24 in the evidence collected during the investigation.

25     In the statement of facts the Defendant spends a lot of

1   time in his sentencing letter focusing on the facts that are

2   not included as evidence of his lack of leadership.  But he

3   ignores two facts in the statement of facts that do support his

4   leadership role.

5        First, he admits to being responsible for pawning any

6   property stolen during the crimes.  There were numerous texts

7   found on Mr. Foster's phone that were provided to counsel in

8   ROI99 with these two fences:  One was a jewelry fence, there

9   was a phone fence, and agents recovered pictures of jewelry

10  sent to these fences.  And we also have others in the

11  conspiracy over text messages asking Mr. Foster to contact his

12  sources.

13       So we do, in the statement of facts, have Foster's

14  admission to one of the seven factors that the guideline

15  directs the Court to consider in determining a defendant's

16  leadership status.

17       Second, in the statement of facts Mr. Foster admits to

18  being at every single crime committed by the group except one.

19  And we are not talking about a handful of crimes, Your Honor.

20  We are talking over a dozen.  And, more importantly, we are

21  talking about three homicides, a nonfatal shooting of a police

22  officer.  And we know he's not the shooter in any of these, and

23  I know he will agree to that fact because -- so what would

24  explain why an individual would be at every single act, except

25  for one, but not be the shooter?  Well, that's because he's the

1   planner.  And he's the driver.  And he's there planning it,

2   organizing it.

3       So the other factors that the guidelines lay out to

4   evaluate the Defendant's role are supported by evidence that we

5   found in Mr. Foster's phone as I previously mentioned.  It is

6   replete with firearms that Mr. Foster is holding, firearms that

7   he's asking people if they want, which all supports Mr. Foster

8   being the planner in this.

9       Now, again, because the guidelines are capped, if Your

10  Honor determines a finding pursuant to Section 3B1.1 is

11  unnecessary, the guidelines do instruct the Court to consider

12  this evidence to support an upward departure since in the

13  application note Part 2 for this provision it specifically

14  notes that even if the defendant did not organize or lead the

15  venture, he nevertheless exercised some sort of management

16  responsibility over the property, assets, or activities of the

17  organization.  And that's what we have here.

18      We have those facts being in charge of the property,

19  that's in the statements of fact; and being at each and every

20  event except for one.  And the one that he was at was a

21  carjacking.  He didn't miss out on any of the murders, Your

22  Honor.  So I do believe that you have enough evidence to find

23  that he was a leader and apply those two points.  And, more

24  importantly, later on that that evidence goes to support the 40

25  years in the sentencing guideline range under 3553(a).

1          **THE COURT:**  All right.  Thank you.

2       Mr. Mercer, do you wish to respond?

3          **MR. MERCER:**  Well, Your Honor, in our sentencing memo

4   I actually cite the 3B1.1 factor about management of a

5   property.  And I make a further point, because that is the one

6   of the seven factors that is contained in the stipulated facts,

7   he's otherwise a member.

8       And I further address that there's nothing to indicate

9   that Mr. Foster took a larger share of any property or

10  proceeds.  So the Government is asking the Court to draw an

11  inference from the stipulated fact that he was present at 12 of

12  the 13, not the first one, but present at 12 remaining.  He's

13  not the triggerman.  He never fires a firearm.  And so they're

14  asking the Court to infer from that that he must, therefore, be

15  the leader.  And I submit that that just doesn't meet the

16  standard of preponderance here.  And it runs headlong into the

17  cognitive impairments and social functioning issues that

18  we've -- that are addressed in Dr. O'Connell's report and

19  Ms. Johnson's report.

20      So -- and I don't believe that proffers of what other

21  evidence might show can bridge the gap to the standard that

22  must be met for this particular enhancement.  You know, to the

23  extent, you know, Mr. Foster is present at these events, well

24  that's all factored into the guidelines already.  That's

25  already baked in.  So an additional enhancement for presence or

1  even for the mere suggestion is not what this enhancement

2  anticipates.

3       And I cite the commentary and the application notes in my

4  memorandum that a mere suggestion is not sufficient to generate

5  this particular enhancement.

6       Now, I understand these are also arguments that are

7  related to the nature of the offense under the sentencing

8  factors 3553(a).  And we're having somewhat -- and I agree with

9  the Government, you know, under any variation we're at 43.  So

10  it may be better to address these, you know, under the 3553(a)

11  factors.  But in terms of there being any utility to this

12  enhancements we object to it.  We don't believe it's a fair

13  inference from the facts.  And in terms of the management of

14  the property and that particular role there's nothing to

15  indicate that he received an outsized share that would generate

16  an inference of leadership.

17       THE COURT:  Okay.  Thank you.  All right.  This

18  obviously is a highly debatable issue.  I understand the

19  positions that are raised by both parties.  I agree with

20  Ms. McLane that this is an entirely academic discussion because

21  we are going to be well above a 43 range no matter how this is

22  calculated.  And I think given that the fact that it does

23  involve some degree of inference to add the two points, that

24  the arguments Ms. McLane is making are better considered in the

25  3553(a) context.  So I'm going to decline to impose the

1  two-level enhancement for organizer, leader, and manager as I

2  calculate through the guidelines.

3      All right.  The second disputed enhancement is under

4  3B1.4, which is for the use of at least one juvenile during the

5  crimes.

6      Ms. McLane?

7          MS. MCLANE:  Yes.  Again, we're speaking academically

8  and this is certainly something that you can consider under

9  3553(a).  In speaking with Ms. Cameron, I was asking why

10  pretrial did not apply.  And it's my understanding that the

11  language in the statement of facts -- and obviously, you know,

12  those are the statement of facts that we agreed to.  It doesn't

13  necessarily mean they're the only facts.  And one of the facts

14  is Mr.-- at the time of this crime spree, Mr. Foster was 26.

15  So a man.  And I understand that there is lots of science out

16  there that talks how especially men aren't fully formed until

17  they're 26.  And that there's going to be an argument that one

18  of the reasons why he is with someone like Christopher

19  Santiago, who is also at all the crimes, was 17, so we're

20  talking a nine-year difference.  And that's significant when

21  you're 26 and you're 17.  I think that -- I think you can imply

22  from that that Mr. Foster was exercising control over this

23  juvenile.

24      Now, I'm sure the contrary argument is going to be, well,

25  he really was 17 given all of his mental and academic and all

1   of those issues.

2       But, I mean, we can only go so far with that argument.

3   The fact of the matter is he is nine years older.  And

4   Mr. Santiago is not the only juvenile.  There was a second

5   juvenile.  And that is in the facts, two juveniles were used.

6   So I think there, based on the age difference alone, that the

7   preponderance can be met.  And, again, academically the two

8   points should apply.

9           THE COURT:  Thank you.  I guess the point that

10  Mr. Mercer was making in his letter was that while he

11  acknowledges that juveniles were involved, whether it was sort

12  of a using by Mr. Foster or their own involvement.

13          MS. MCLANE:  Sure, I understand that.  And I think

14  I -- just by the very nature of the age disparity I think you

15  can imply it by a preponderance.

16          THE COURT:  Okay.  Thank you.

17      Mr. Mercer?

18          MR. MERCER:  Well, I mean, I summarize our points in

19  our sentencing memorandum.  I think this enhancement is not a

20  strict liability enhancement that whenever there's a juvenile

21  involved that another participant gets an additional two

22  points.  I mean, the guidelines are quite clear that there has

23  to be some direction, commanding encouragement, intimidating,

24  procurement, recruitment, solicitation of a minor.  So it's

25  using a minor because he's a minor.  So that's just not there

1    in the stipulated facts.

2        I mean, yes, we agree that Santiago was a minor.  But

3    there is nothing at all to suggest that Mr. Foster was somehow

4    procuring him because he's a minor.

5        You know, this isn't a situation where you might see

6    someone procuring the services of a minor as some way to

7    deflect responsibility.  Mr. Santiago was there and an active

8    participant.  And if I'm not mistaken a shooter on his own

9    right.  And there is nothing that indicates any direction of

10   Mr. Santiago [sic].

11       So to the extent that, you know, these are related to

12   3553(a) factors, I mean, I think that's where the Court should

13   address it and on this record should not find that enhancement.

14           **THE COURT:**  All right.  Okay.  Thank you.

15       Once again, as we talked about with the other enhancement,

16   it is an academic discussion because we are still going to be

17   well over 43 no matter which way I rule on this issue.

18       I agree with Mr. Mercer that based on the statement of

19   facts and what's in the statement of facts that there's not

20   enough evidence to suggest Mr. Foster procured or used or

21   intentionally involved a juvenile in this offense for the

22   purpose of having a juvenile involved in the offense.  Clearly

23   everyone agrees juveniles were involved in the offense.

24   Mr. Foster is clearly significantly older than those

25   individuals, but I'm not sure I can infer from that the type of

1  intentional use that's required to apply the guidelines.  So
2  I'm going to concur with pretrial services assessment and not
3  apply that enhancement either.

4      Okay.  So with those -- I think those are the only two
5  disputed issues; is that correct, Mr. Mercer?

6          MR. MERCER:  Yes.

7          THE COURT:  All right.  So then let me walk through
8  the computations with respect to the various groups.  The first
9  group is conspiracy to participate in a racketeering enterprise
10 involving the June 12th, 2019 homicide/murder.  The base
11 offense level is dictated by guideline 2E1.1 in this case
12 because the underlying racketeering activity included
13 first-degree murder, there's a cross-reference to guideline
14 2A1.1 making the base offense level of 43.  Because I am not
15 applying the enhancement that is stated in here, I believe the
16 adjusted offense level for group one is 43.

17     Do I have that correct?  Ms. McLane?

18          MS. MCLANE:  Yes.  Yes, Your Honor.

19          THE COURT:  Mr. Mercer?

20          MR. MERCER:  Yes, Your Honor.

21          THE COURT:  Okay.  The second group is the murder that
22 occurred on July 23rd, 2019.  And the guideline calculation for
23 that group is the same with the guideline of 2E1.1 the
24 cross-reference to the murder guideline making the base offense
25 level for that group 43 as well.

1          MS. MCLANE:  Yes, Your Honor.

2          THE COURT:  And rather than asking you after each one,

3    if anyone hears me say something that they disagree with, why

4    don't you speak up, and we'll deal with it at that point.

5          All right.  For group three it is a murder that occurred

6    on August 1st of 2019 and, again, the same guideline

7    calculation gives an offense level of 43.

8          Group four involves an attempted murder on August 8th,

9    2019, for that there is a same guideline of five.  There is the

10   cross-reference to attempted first-degree murder which is 2A2.1

11   making a base offense level of 37.  There is a four-level

12   increase because the victim sustained permanent or

13   life-threatening injuries and that makes the offense level for

14   group four a 41.

15         Group five is carjacking on April 19th, 2019.  The

16   guideline, again, is 2E1.1.  The underlying activity is

17   carjacking which takes us to guideline 2B3.1(a).  Five levels

18   are added because a firearm was brandished; and two levels are

19   added for the carjacking, making the base offense level for

20   group five 27.

21         Group six is a carjacking on June 9th, 2019.  The

22   guideline calculation for group six is the same as that for

23   group five, making the offense level for group six also 27.

24         Group seven is a carjacking on June 12th, 2019.  It is the

25   same calculation for that carjacking again as the prior two,

1  making the adjusted offense level again 27.

2      Group eight is an armed robbery that occurred on

3  June 12th, 2019.  The armed robbery guideline is 2B3.1(a),

4  because a firearm was brandished five levels were added which

5  makes the base offense level for group eight 25.

6      Group nine is a carjacking that occurred on July 11th,

7  2019, and the calculation for that offense is the same as the

8  other carjacking offenses that we talked about earlier, making

9  the base offense level 27.

10     Group 10 is a carjacking on July 12th of 2019, and again

11 the calculation is the same as the other carjacking offenses of

12 27.

13     Group 11 is a carjacking on July 16th, 2019, and again

14 it's the same calculation as the other carjacking offenses for

15 an adjusted offense level of 27.

16     Group 12 is a carjacking on July 29, 2019, and it has the

17 same calculation as the other carjacking offenses of 27.

18     Group 13 is an armed robbery on August 1st of 2019, once

19 again, the guideline is 2B3.1(a).  A firearm was brandished,

20 which adds another five levels and then a victim was restrained

21 to facilitate commission of the offense or to facility escape,

22 which adds another two levels.  The base offense level for that

23 armed robbery offense then is also 27 for group 13.

24     Do I have all of those calculations correct at this stage,

25 Ms. McLane?

```
1          MS. MCLANE:  Yes, Your Honor.

2          THE COURT:  Mr. Mercer?

3          MR. MERCER:  You know, Your Honor, I apologize.  I

4   just realized this but in Paragraphs 50, 51 and 55, again, I

5   don't think this is material because of where we end up at, but

6   I believe the base offense level is 33, not 37, which would

7   make the adjusted offense level 37 not 41.  But I think that

8   all gets -- I don't think that's material.

9          THE COURT:  You're saying the base offense for the

10  attempted murder on August 8th?

11         MR. MERCER:  Yes.  It's 2A2.1(a)(1) is 33.

12         THE COURT:  Ms. McLane?

13         MS. MCLANE:  I don't have my book, Your Honor.  I went

14  on that it was -- that obviously was a 43 and then taking the

15  three off because it was an attempt.  I was using 2A1.1.  And I

16  believe that is what pretrial used as well.

17         THE COURT:  2A1.1, let's see.  See, I don't see where

18  2A1.1 provides for reduction for attempt.  But for 2A2.1 it's

19  the guideline for assault with intent to commit murder or

20  attempted murder.  And it says base offense level is 33 if the

21  object of the offense would have constituted first-degree

22  murder --

23         MS. MCLANE:  Okay.

24         THE COURT:  -- or 27 otherwise, then it provides for

25  the four-level enhancement for permanent or life-threatening
```

1  bodily injury.

2          MS. MCLANE:  Okay.

3          THE COURT:  So it does seem to me that Mr. Mercer may

4  be correct that it should be 33 plus 4 is 37 instead.  I don't

5  believe that's going to impact --

6          MS. MCLANE:  No.

7          MR. MERCER:  No, it does not but --

8          THE COURT:  -- anything further.  But good to have it

9  correct.  So for group four it will be base offense level of 33

10  plus four for the permanent or life-threatening injuries,

11  making the offense level for Count 4 37.  Just a moment.

12      It does, I guess -- I think it's going to make our total

13  units three and a half instead of four.  I'm not sure if that

14  is going to affect anything.  I suspect it will not.

15          MR. MERCER:  I don't believe it does, Your Honor.

16          MS. MCLANE:  I agree.

17          THE COURT:  But let's go through that anyway.  All

18  right.  With respect to the multiple count adjustment, we go

19  through the adjusted offense levels for each offense for groups

20  one, two and three, they were each 43.  For group four it is

21  now 37.  For groups five, six, seven, nine, 10, 11, 12 and 13

22  it is 27 and for group eight it is 25.

23      Now, one unit is assigned to the group with the highest

24  offense level and for each group that is equally serious or one

25  to four levels less serious.  So one unit is assigned for

1  groups one, two and three.  And then one half unit is assigned
2  to any group five to eight levels less serious, that would now
3  be group four would get a half level, and then the remaining
4  groups that are nine or more levels less serious than the
5  highest offense level are disregarded for this purpose.
6      So for the multiple count adjustment I would get 3.5
7  units.  Do I have that right, Ms. McLane?
8          MS. MCLANE:  Yes, Your Honor.
9          THE COURT:  Mr. Mercer?
10         MR. MERCER:  Actually, Your Honor, I calculated four
11 units even with that adjustment with group four, adjusted
12 offense level 41 being one unit.
13         THE COURT:  I think it's 37 now.  Isn't that the one
14 you just corrected for us?
15         MR. MERCER:  Yes, I'm sorry.
16         THE COURT:  Okay.  So I think when it's 37 then it's
17 six levels less serious so I think it gets one half unit.
18     Do I have that right, Ms. Cameron?
19         MS. CAMERON:  Yes, Your Honor.  I apologize for that
20 mistake that Mr. Mercer pointed out.  I think I double counted
21 that.  I think how Your Honor has calculated it I would agree.
22         THE COURT:  Okay, so that's correct then.  So it is
23 three and a half units then.
24         MS. CAMERON:  Yes.
25         THE COURT:  So the greatest of the adjusted offense

1  level is 43 then we increase it by three and a half,

2  Ms. Cameron?

3          MS. CAMERON:  Yes.

4          THE COURT:  I'm not sure I've worked with a half unit

5  before, but that would I guess put us at 46 and a half for the

6  combined adjusted offense level.

7      Do we have to round at some point or do we just leave it

8  at 46?  Again, it's going to be immaterial because 43 is the

9  highest level but, so I guess we'll leave it at 46 and a half.

10         MS. CAMERON:  I'll look into that because I don't know

11  if I've dealt with that either.  If it needs to be rounded I'll

12  do that.  It will not ultimately affect the end result.

13         THE COURT:  Right.  It doesn't affect where we wind up

14  anyway.  So 46 and a half for now.  The Defendant has

15  demonstrated acceptance of responsibility so it is two levels

16  are taken off.

17      And, Ms. McLane, the Government makes a motion for a third

18  level?

19         MS. MCLANE:  That's correct, Your Honor.

20         THE COURT:  So a third level is taken off.  Assuming

21  we're at 46 and a half, the total offense level is 43 and a

22  half, which still puts us over the maximum guideline range of

23  43.  So the offense level will be treated at 43 even though we

24  are above that level.

25      Okay.  Now, turning to Mr. Foster's criminal history

points.  He has two criminal history points for a 2019 unlawful

taking of a motor vehicle.  Then he has one criminal history

point for a 2017 armed robbery conviction.  And then two points

for committing the instant offense while under a criminal

justice sentence for one of those other offenses, making the

total criminal history score five and placing him in a Criminal

History Category of III.

Is everyone in agreement as to those calculations,

Ms. McLane?

**MS. MCLANE:**  Yes, Your Honor.

**THE COURT:**  Mr. Mercer?

**MR. MERCER:**  Yes, Your Honor.

**THE COURT:**  Okay.  So with those calculations, the

advisory guideline range at Criminal History Category III, and

offense level 43 is life in prison.

Is everyone in agreement as to that?

**MS. MCLANE:**  Yes, Your Honor.

**MR. MERCER:**  Yes, Your Honor.

**THE COURT:**  All right.  Now, I know again that I've

received a large number of victim impact statements in this

case.

Are there victims that wish to address the Court here

today?

**MS. MCLANE:**  Yes, Your Honor.  There are seven.

**THE COURT:**  Seven?

1      **MS. MCLANE:**  Yes.

2      **THE COURT:**  Okay.

3      **MS. MCLANE:**  I was going to call them at the end of my

4  presentation unless you prefer them now.

5      **THE COURT:**  No, that's fine.  If you would like to

6  make your presentation first and then call the victim -- and do

7  we know, first of all, whether all the victims who wish to

8  speak are here?

9      **MS. MCLANE:**  Yes, it's my understanding they are all

10 here.

11     **THE COURT:**  All right.

12     **MS. MCLANE:**  Thank you, Your Honor.  I appreciate

13 that.

14     **THE COURT:**  Sure.

15     **MS. MCLANE:**  We just spent almost an hour talking very

16 academically and very coldly about how to determine what the

17 best sentence in this case is.  And I can only imagine that the

18 victims are confused because there is no number that is ever

19 going to make them whole.  And the Government recognizes that.

20 And the Government recognizes that the range of 30 to 40 years

21 is not acceptable to somebody who has lost a loved one.

22     But the Government does believe in this case that that

23 range is appropriate.  It addresses all of the 3553(a) factors.

24 We believe 40 is the appropriate number based on some of the

25 things that I'm going to talk about today.

1        So the Defendant is responsible for over a dozen

2   carjackings, shootings, robberies, murders in really what is

3   two and a half months in the summer of 2019.  There is a

4   carjacking that members of the group committed in April but,

5   really, the thrust of this crime was from the beginning of June

6   until about July -- I'm sorry -- August 8th of 2019.

7        And it is the Defendant who is responsible for three

8   innocent people's deaths.

9        And it is the Defendant who is responsible for a Baltimore

10  City police officer's permanent paralysis.

11       And the Defendant is responsible for altering all of the

12  carjacked people's lives.

13       So the only responsible thing to do in this case is to

14  sentence Foster, Mr. Foster, to 40 years of incarceration.  We

15  have a responsibility to Taven Lowther, we have a

16  responsibility to Devon Chavis, we have a responsibility to

17  Kendrick Sharpe, we have a responsibility to Sergeant

18  Carrington.  We have a responsibility to Baltimore City.

19       I want to focus my argument on three areas.  I want to

20  talk about Mr. Foster.  I want to talk about some of the other

21  factors of 3553(a) and then the specific facts.  But I'm not

22  going to talk about the specific facts.  That's what I want the

23  victims to tell you about the specific facts and how they have

24  been impacted.

25       Now my sentencing letter that I submitted on December 6th

1  touches on all three areas.  And I'm not going to belabor those

2  points, but I do want to incorporate that letter into my

3  argument.  Forty years is a sentence that is sufficient but not

4  greater than necessary to satisfy the 3553(a) factors.

5      Frankly, it's been a long time since I've asked for such

6  an extraordinary sentence.  But you can see, based on the fact

7  that it took us almost an hour to figure out what the guideline

8  calculations were, this is an extraordinary crime.

9      So I want to discuss the Defendant's history and

10 characteristics and especially because the Government filed

11 their submission, their letter, prior to receiving the

12 recordings.

13     So, first, it is true that the Defendant has accepted

14 responsibility and nothing I am about to say is meant to take

15 that away from Mr. Foster, but -- and I'm not arguing that the

16 two levels don't apply, but it's not necessarily full

17 responsibility.  There is a lot of mitigation that Mr. Foster

18 presents.  And I understand why he would want to do that

19 because he wants to do the lower end of the range.  But because

20 it's not a full acceptance of the responsibility, a full

21 awareness perhaps of really the extent of what he did in these

22 two and a half months, the Government is concerned that without

23 a lengthy sentence of 40 years, Mr. Foster might fall back into

24 those ways without fully appreciating all of the chaos that

25 he's responsible for.  The Government has concerns for the

1   safety of others in the city.

2        And some of the things he talks about is that he never

3   fired the gun.  But as you know that's part of the beauty of a

4   conspiracy.  You get other people to do the things that you

5   don't want to do so that you can go home and say "Well, I

6   didn't shoot somebody."  "Sergeant Carrington is paralyzed not

7   because of me.  I just drove.  I was just there."

8        And that's why the conspiracy law is the way that it is

9   because you need to hold people responsible for what others do

10  on your own time as you're part of that -- of that group.

11       So it's concerning that Mr. Foster points out that he

12  wasn't a shooter.  It doesn't matter in this case.  And in some

13  ways it's even worse.

14       He harps about his mental capacity and his diagnosis for

15  ADHD.  He's addicted to marijuana.  And that these support a

16  lower sentence and that he would benefit from -- I think it's

17  from the skills program at BOP.

18       There are a couple of things to point out, though, is that

19  Mr. Foster wasn't first to the table.  There was another member

20  of the conspiracy who has pled before.  And, again, this idea

21  that the skills program is the only option and, therefore, he

22  deserves a lower sentence, simply isn't true.  There are other

23  programs available to him.

24       And it's interesting because in one of the reports

25  Ms. Johnson says that while it seems that Mr. Foster was

1  functioning as an adult, he actually had a lot of the

2  delinquencies of a minor.  And so that this request for a lower

3  sentence is solely based on this perception that rehabilitation

4  and other opportunities are not available on a higher scale

5  sentence, which is not true.  Even in Mr. Foster's letter there

6  is an acknowledgment that there are programs that exist at

7  penitentiaries.

8       So when you're looking at the 3553(a) factors, and you

9  have to consider his need for rehabilitation and education --

10 and there is no argument that he needs this -- that shouldn't

11 be a basis for giving the 30 years rather than the 40 because

12 he can receive those programs that he needs on the higher end

13 of this scale.

14      The other thing that strikes me about Mr. Foster's claim

15 that he needs rehabilitation, education, and help is that he's

16 actually had it.  He's not somebody that's fallen through the

17 cracks.  I'm not saying that he's had the best -- best

18 available help.  Obviously the help wasn't enough, that's why

19 we're here today, but this isn't someone who was not on

20 anyone's radar.

21      I mean, Foster is not someone who got lost in the system.

22 There are several interventions mentioned in both of his own

23 evaluations.  He received treatment for ADHD.  He had access to

24 addiction programs while he was on probation in the state.  And

25 he did get his GED.  So he -- he has the ability to access some

1    of these programs also and take advantage of it.

2        So none of that made a difference, though.  And in fact he

3    was on probation when this entire crime spree happened.  So the

4    Government is not convinced that it's really going to make a

5    difference now that that specific skills program that supports

6    a 30-year sentence is really what's going to change

7    Mr. Foster's life because so far he hasn't been able to do it.

8        I understand that the quality is different and better.  I

9    have certainly understand that.  But to say that a 30-year is

10   more justified than a 40-year based on his amenability to

11   programs, I don't see how that's borne out.  He is 28 today.  I

12   believe 27, 28.  And he's just continuing on this path despite

13   the fact that he has received some help for the issues that he

14   claims caused him, in part, to commit these terrible crimes.

15       And so I appreciate the difficulties that Mr. Foster

16   faced; but, unfortunately, he is not like many other

17   individuals who come before you, who come during our criminal

18   investigations, and who are out there today.  You can go to any

19   house in Baltimore and knock on the door and there is going to

20   be someone who has Mr. Foster's issues who did not shoot

21   Sergeant Carrington or kill three individuals.

22       So he has had evaluations and touches with mental health

23   system as late as 2016.  And, again, he was on probation and

24   had access.  He could have at least asked for help, rather than

25   commit this crime spree.

1    So what do we know that he did?  He drove individuals to

2   robberies in which three people died, one person was shot, home

3   invasions, none of it indicating that he was somebody who was

4   looking to change his life.

5    So he received an assessment also from a Scott Swan in

6   2015.  So that was just four years ago.  So he continued to

7   receive this treatment.  And, again, he was unable to pull it

8   around and take advantage of these -- of these treatments.

9    I hesitate to be someone who has no faith in someone that

10   they can't turn it around.  And I'm not suggesting that.

11   Mr. Foster has demonstrated through his ability to get his GED

12   and some of the other things that he can manage to give back to

13   the community.

14    My concern is, though, I just -- I don't -- I don't think

15   that he's going to be able to turn it around in a short period

16   of time.  And that he needs, for the safety of the community,

17   he's going to need a very, very lengthy detention.

18    Your Honor, the second area or the other factors of

19   3553(a).  A lot of times they're given short shrift.  Again, I

20   address them in my letter.  The deterrence of the Defendant, 40

21   years would incapacitate Mr. Foster.  And it would give the

22   community the most protection possible given in the plea.

23    And deterrence to others.  You know, at this time we

24   investigated this case I was actually involved in another

25   investigation very similar.  It was another group of young men

1   carjacking individuals.  And there were two homicides tied to

2   that.  So this isn't -- this is a phenomenon that is going on.

3   I mean, we had two of these exact same cases in the summer of

4   2019.  The message has to be sent that we are going -- when you

5   are facing justice in this case it is going to be swift, and it

6   is going to be harsh because the danger is just astronomical.

7        And the disparity.  So Mr. Foster is the second of the

8   defendants to be sentenced, although he is the first in the

9   RICO conspiracy to be sentenced.  The others involved in the

10  conspiracy are less culpable.  There's one individual who's in

11  the RICO conspiracy who wasn't at any of the murders.  He was

12  at, I think, three of the carjackings.

13       So in terms of -- the reality is we're somewhat setting

14  the ceiling in this case.  And I think it's appropriate to set

15  the ceiling with the most culpable one who deserves the most

16  time in this matter.

17       So, finally, I want to focus on the crime itself.  The

18  speed which this group committed crimes, it was breathtaking.

19  The agents, Agent Cheplak and TFO Kershaw, who are behind me,

20  worked tirelessly every morning.  I would wake up and there

21  would be a warrant to review, a Grand Jury subpoena, witnesses.

22  We put dozens of people into Grand Jury.  We forced dozens of

23  victims to relive this terrible trauma.  And, again, it wasn't

24  until August 8th when we were finally -- after the event of

25  August 8th the crimes slowed down, and we were able to -- the

1    state was actually able to arrest Mr. Foster and Mr. Nesmith
2    and then we indicted them federally.

3        But it is terrifying to think that if all the evaluations
4    of Mr. Foster are true, let's say in the best light, so his
5    evaluations are all true, a person with all of those issues,
6    the ADHD, the addiction, the lack of education, he still was
7    able to evade two experienced federal agents for two and a half
8    months.  Think of -- think if we didn't have such dedicated
9    agents this could have gone on for months and months.

10        So Mr. Foster is very capable of evading law enforcement
11   and being smart enough to not get caught.  I think that's what
12   makes it most dangerous.  He didn't make any silly mistakes in
13   this case.  And we were able to get our hands on him sooner.
14   We went through all the paces.  Enormous amount of Government
15   resources.

16        But at the end of the day, to best understand these crimes
17   and the effect that they have is to talk and listen to the
18   victims.

19        And at this time I would like to call several of the
20   victims here.  Your Honor, I think for one of the victims
21   perhaps if they would stand here, I don't know if you want them
22   coming through to the podium.  I don't know how best --

23            THE COURT:  Whatever is best.  If they're going to be
24   standing while they're speaking it may be best to have them at
25   the podium just because of the enclosure.

1          MS. MCLANE:  No problem.  Maybe Sergeant Carrington?

2          THE COURT:  Absolutely, yes.

3          MS. MCLANE:  Maybe we should start with Sergeant

4    Carrington.  Would you like to start?  You don't have to.

5        Okay, if I could have Ms. Patricia Knight.

6          THE COURT:  Mr. Mercer, do they need to be sworn or is

7    it fine for me just to hear from them?

8          MR. MERCER:  No.

9          THE COURT:  All right.  It's fine just to speak.

10       Good morning, ma'am.

11         MS. PATRICIA KNIGHT:  Good morning.  I was struggling

12   at my -- as I sat there.  This has really been hard for me

13   because my son was a good person.  He graduated high school and

14   he decided he wanted to drive so he -- he went to school to get

15   his CDL license.  The day that he lost his life, he had just

16   came home -- got off of work at 4:00 -- and got a phone call

17   around between 4:00 and 4:30 saying my son was shot to death

18   and since then the death of him had a huge impact on my family

19   and on myself.  He was murdered the day before my birthday and

20   it's such a constant reminder every year.

21       When I was informed of his death, I was in disbelief.  I

22   was devastated.  Confused.  I was in intense shock.  I was

23   numb.  Couldn't believe that this could happen to someone that

24   was trying to do what he could to better himself in life.

25       I was not able to eat, sleep.  I felt like it was a

1  nightmare I was watching and hoping someone would wake me up,

2  but that just didn't happen.  I tried therapy to help deal with

3  the constant pain and the struggle, but it didn't help and

4  didn't ease the pain.

5      My son was -- he loved holidays and his favorite holiday

6  is Thanksgiving and Christmas because he was very

7  family-oriented.  But, you know, ever since his death the time

8  go by I usually stay home wishing and thinking that things

9  could change and he would come home.  And it's just been so sad

10 during the holidays because I think of him constantly.  It's a

11 constant pain that I hold inside that I wouldn't -- I wouldn't

12 want this pain that I carry daily on my worst enemy.

13         THE COURT:  Take your time, ma'am.

14         MS. PATRICIA KNIGHT:  That's all I wanted to say.

15         THE COURT:  Thank you.  I appreciate your comments.

16 And I know that was not easy to do, but I appreciate you

17 telling us about your son and what you've experienced.

18         MS. MCLANE:  Your Honor, also speaking on behalf of

19 Kendrick Sharp, Ms. Veronica Knight.

20         MS. VERONICA KNIGHT:  Good morning, Your Honor.  I'm

21 Kendrick Sharp's aunt.  I'm trying to remember everything that

22 I wrote in my impact statement because I didn't want to miss

23 anything.

24      Kenny was the first grandson in our family.  He loved

25 people.  He was the anchor of our family because we had people

1  that preceded him in death in like manner, particularly his

2  younger brother.  The day before, on July 31st, he visited his

3  brother gravesite, as he traditionally did for the last nine

4  years, not knowing that I would have to bury him right next to

5  him because you killed him on the 1st of August.

6      Kenny raised children that wasn't his own.  The last thing

7  that Kendrick did that day before he was senselessly gunned

8  down by sitting in his car was feed -- clothe homeless people

9  because he took care of those that couldn't take care of

10 themselves.  He bought clothes for children that was

11 underprivileged that he didn't get a chance to give out because

12 they was still in bags.  He put money in a homeless man wallet.

13 He would have gave you anything if you just would have asked

14 because that's the type of family that we have.  He marched

15 every year for breast cancer victims.

16     I know this person over here cannot be reached.  I was a

17 school teacher for 15 years so the ADH scenario, you want to

18 give it a disability.  Not working.  Marijuana supposed to calm

19 you down, not make you go off.  That's not working.

20     I'm trying to compose myself because I'm a nice person,

21 but I don't feel so nice right now.  Killing three people and

22 paralyzing a cop and offer 40 years.  If the death penalty was

23 on the table, I would suggest you be gunned down by firing

24 squad.  That's what I -- you deserve no less than that.

25     But since that's not on the table, Your Honor, I ask that

1   this -- whatever you call him -- I can't call him a human
2   because he doesn't have no compassion, no sympathy, no empathy
3   for no one, not even himself, is to be put in the harshest
4   federal prison you could put him in.  And if I had my way,
5   being that the death penalty is not on the table, I would have
6   him in solitary confinement where he couldn't wiggle a toe,
7   couldn't lift a finger.

8        If I had another option, I would dump him in Colombia
9   where there are Anaconda snakes.  When I say I'm livid, I'm
10  livid.

11       You took a good man away from people that love -- he was a
12  gentle soul.  When I say a gentle soul, he was a gentle -- this
13  is my nephew, this is my baby.  He also say "You live in me."
14  He always say "I got your back."  Anything you need, he got it.
15  If you had a shirt that you wanted, he will buy you one.  He
16  will buy you a shirt.

17       I'm going to read this letter that I typed up.  I'm a
18  person that has no problem expressing myself.  But right now
19  it's hard to type this because my heart is beating heart and it
20  hurts literally right now.

21       I know that you get a lot of mail, and I can see how this
22  career can become mechanical.  However, I ask that you look at
23  this case with the full power that you have to ease the pain
24  that this family will endure until we take our last breath.  I
25  can't help but feel that Maryland State's attorney has failed

1   us in a major way, and it's unforgivable.  Kendrick Sharpe was

2   a blessing to anyone that he came across.  He was a gentle

3   spirit and took people as family no matter what state in life

4   they had.

5       Kendrick was the first born grandchild in our family and

6   was like a son to me.  He did his best whatever he put his mind

7   to do.  He graduated from the School of Arts and was an Army

8   veteran.  Kendrick was a parent of five.  He had three sons and

9   two daughters.  He became a single parent when his daughter

10  mother died in a house fire.  He raised her two brothers as if

11  they were his own.  He only wanted to make it better for those

12  people in any way he could.  The last thing Kenny did that

13  morning before his untimely death was buy clothes for the

14  homeless and underprivileged children.  He bought a man a

15  wallet and put money in it for him.

16      Every year he supported and walked for a cure for breast

17  cancer and wore that pink shirt proudly.  He also had a

18  priceless heart for Lupus foundation.  If asked, he would

19  happily give money to them and try to help them to get a job.

20      Your Honor, I miss my gentle giant nephew so deeply.  I

21  miss my gentle giant's deep voice.  His hugs were full of love

22  and the smile on his face when he looked down at me.  It's

23  unbearable.  They did not have to kill him.  Karon Foster took

24  a calculated risk when he stopped that car in which my loved

25  nephew Kenny was sitting in and they shot him to death.  This

1   was exciting and fun to them.

2       As a result of this, many people's lives and personalities

3   has been changed for the worse.  Kenny is one of God's children

4   and when he was here on earth he came across Satan's child --

5   he came across Satan's children.  I'm certain if Karon was to

6   be set free today he would be looking for the next kill within

7   a few hours.  No neighborhood is safe no matter how far we try

8   to move away from people like him.

9       Your Honor, I'm pleading to you with a heavy heart to give

10  true justice to our family and the others.  Only you have the

11  power in your hand to correct the wrong that was done when he

12  was given a little slap on the wrist for prior offenses.  Forty

13  years for taking three lives, paralyzing an officer is an

14  insult.  We want natural life without parole.  If the death

15  penalty was on the table, I would ask for that and it would be

16  by firing squad.  Since that is not going to happen, whatever

17  time he get, Your Honor, I pray that he will be in the most

18  dangerous prison we have, that he can be with like-minded

19  people.

20      I pray that God bless us all.  I thank you for your time.

21          THE COURT:  Thank you.  I appreciate your thoughts and

22  comments.

23          MS. MCLANE:  Ms. Hannah Anderson.  Ms. Anderson will

24  be speaking on behalf of Mr. Chavis.

25          MS. ANDERSON:  I have it on my phone.  I don't know if

1  I can?

2       THE COURT:  Sure.  Just make sure you're speaking into

3  the microphone.  You can bend it down a little bit if you need

4  to so we can hear you clearly.

5       MS. ANDERSON:  Dear Your Honor, I have started this

6  letter so many times.  I have lost count so I will try to

7  briefly summarize the great, great impact of the loss of Devon

8  Chavis.  Daily I sit in disbelief that Devon is really gone

9  from this earth physically.  It's hard to look at a photo of

10  Devon and not shed tears.

11       When I drive on that same highway that I took to get to

12  the hospital with my family praying and begging God to spare my

13  cousin's life that night, I feel the same anxiety.  And my

14  heart pounds like it is about to come out of my chest.  The

15  gut-wrenching pain of hearing the doctor say "We did everything

16  that we could."  "We did everything that we could do but Devon

17  didn't make it."

18       Having to be strong to assist my aunt with making final

19  funeral arrangements and reading his obituary at his service

20  was one of the toughest things I ever had to do in my life.  On

21  July 18th, 2019, which was Devon's 28th birthday, he posted the

22  following caption on Instagram "The hardest thing in my life

23  right now is trying to stay alive #Baltimore.  I live in a

24  place where a box of bullets is cheap, only $40, and will take

25  your priceless life.  Priceless life.

1   "God bless you all and be safe.  I'm not saying be safe

2   because it sounds cool, protect your fucking life."  This is

3   what Devon said.

4        Devon did not live to see the age of 29.  Not because of

5   any choice that he made other than trying to get home after

6   celebrating his birthday.  But because someone used that cheap

7   40-dollar box of bullets to take his priceless life, there is

8   no amount of time passing that will ease the pain my family

9   continues to feel.  We are just learning to cope.  Every family

10  gathering that we have had since Devon was taken from us he has

11  been missed in tears.  His physical presence, his handsome

12  smile, his laughter, and his intellect, there is no manmade

13  punishment that will suffice or replace who Devon was and what

14  he meant to not only his family and friends but to anyone who

15  had the opportunity to meet him.

16       I receive phone calls and messages from celebrities who

17  raved about Devon's character and all of the promise and things

18  he had in his future.

19       Devon was a contributing member of society who was making

20  it legally and always willing to share and educate anyone who

21  wanted to learn and do the same.  For months my teenage son,

22  who shares the same birthdate with Devon, and who is also his

23  God brother, he was unable to sleep at night.  He finally broke

24  down in tears one day when we were driving and said, "Ma, I

25  can't sleep at night because when I close my eyes I keep seeing

1  Devon dead."

2      As a parent, I felt helpless because I could not bring

3  Devon back and could not stop him from seeing Devon lifeless

4  when he closed his eyes.  I must watch my child continue to

5  hurt and question societal norms like this.  "How could

6  something like this happen to someone like Devon, Ma?  He was

7  one of the good ones."

8      As each individual is sentenced for the crimes they chose

9  to participate in, I ask that the Court consider the chances of

10 recidivism, the lack of true rehabilitation, and all of the

11 acute trauma their actions have caused across the City of

12 Baltimore.  God will have his way.

13     That's the letter from myself, Your Honor.  My aunt could

14 not -- she called me, and she was not able to make it.  She is

15 going through a lot.  So if I could read her letter to you?

16          THE COURT:  Yes, absolutely.

17          MS. ANDERSON:  Dear Your Honor, I am the mother of

18 Devon Chavis.  Oh, I'm sorry, this is his -- his daughter's

19 mother's letter and then his mother's.

20          THE COURT:  Okay.

21          MS. ANDERSON:  "Dear Your Honor, I am the mother of

22 Devon Chavis's one and only child, Devon Chavis.  I must first

23 start by saying his death has made it very hard on our

24 daughter.  She's very intelligent.  And now at the age of 4 she

25 is fully aware of her father's absence.  Sometimes I don't know

1    what else to say to comfort her in times of grieving her

2    father's loss, especially at such a young age.  All I can do is

3    hold her and remind her of how much he really did love her and

4    care for her.  Devon was so hands-on with his daughter.  He

5    loved her so much.  He took great care of her in every aspect

6    and he did not deserve what happened to him, nor does my

7    daughter deserve to grow up fatherless.

8         He left such an impact that she remembers him taking her

9    to get her nails done and toes done when she was at the age of

10   two.  He left behind so many memories for our baby to look back

11   at, and it's so unfortunate that he was taken away from her so

12   soon.  The bond he shared with her was nothing short of

13   amazing.  I was so happy that she had the love from her father,

14   which many other children did not have.  Now my daughter has to

15   join the majority and it's so heartbreaking.

16        Following his death, I felt sorrow, grief, and even fear

17   of my life as well.  He wasn't only a great father to our

18   child, but he was a great person to me.  Although we weren't

19   together any longer, he'd still provide my every need whether

20   it was mentally, financially, emotionally, even spiritually.

21   He was a beautiful soul and so full of wisdom.  He was always

22   so ready to share anything he had with just about anyone he

23   come by.  I had so much fun with him during our time together.

24   I have yet to find a soul so precious as his.  This man was

25   phenomenal, and he was my everything in one.  I don't think

1  I'll ever come close to finding this again, and I don't want

2  to.  There are truly no words that can describe the impact his

3  death has brought upon us.  It is truly unbearable.  May

4  justice be served for him.  Sincerely, Devon's mom."

5       This letter is from Devon's mother.

6       "Honorable Judge Gallagher, I am Pamela Chavis, the mother

7  of Devon Chavis.  I don't know where to begin.  It still

8  doesn't seem real to me.  I will say my son was a great man.

9  For the individuals who are responsible for my son's death, I

10 forgive them.  I will let God deal with them because either way

11 I can't get my son back.  And I can't question God about why he

12 was taken from us.  This pain that I feel every day will never

13 leave me.  My children and family are everything to me.  The

14 loss of Devon has hurt us all so much, his family, friends,

15 everyone who knew him, and even the people who just knew of him

16 from the messages he spread across social media.

17      If you want to know what kind of person my son was go to

18 his Instagram, Celebrity Cuts by Dev, and read all of the

19 comments that were left before and after his death.

20      Before my son was taken away he would make sure that every

21 week he would come to get me, his daughter, and his niece for a

22 family day.  Every week, no matter what.  We can never get that

23 back because of the heartless and selfish people who had no

24 regard for human life.

25      It is my prayer that everyone involved receive the maximum

1  sentences allowed so that they won't have the opportunity to

2  take another mother's son away, another father away, another

3  brother away, another family member away, and leave a family

4  and community hurting.  My granddaughter will have to live the

5  rest of her life without her father.  Not because he chose not

6  to be here, but because someone else chose to take his precious

7  life.  It's not fair.  Thank you."

8       Thank you for your time, Your Honor.

9       THE COURT:  Thank you.  I appreciate your comments and

10  for reading the comments of your family members.

11       MS. MCLANE:  Giselle Dugan [ph].  Am I saying that

12  right?

13       UNKNOWN SPEAKER:  She said she can't.

14       MS. MCLANE:  That's okay.  That's all right.

15     Sergeant?

16       SERGEANT CARRINGTON:  Good morning, Your Honor.

17       THE COURT:  Good morning sergeant.

18       SERGEANT CARRINGTON:  Good morning, everyone.  I'd

19  like to give my condolences to the families first before I

20  speak.  You all have my condolences for your loved ones that

21  were lost in these incidents.  This incident impacted myself

22  and my family very deeply.  I was an active part of my family's

23  life.  I was an active part of the community and an active part

24  of the police department.  Every day I go to work to serve the

25  community.  I leave my family to go protect others.  And these

1    guys on that day and the days before that made the decision to

2    do evil.  Just to do whatever they wanted to do, and they do

3    need to pay for it.

4         Now, a lot of people disagree with me, but I forgave the

5    guy because if I didn't, I couldn't move on with what I need to

6    move on with.  I've been damaged mentally and physically due to

7    this incident.  I don't sleep well at night.  God has the last

8    word, but right now I can't walk, I can't do a lot of things

9    physically, but like I say, God has the last word.

10        So I have a 10-year-old son that we did things together

11   that I'm not able to do now.  I haven't been home since this

12   incident.  I live in a facility right now.  I can't go home

13   because it's not accessible.  So I've been away from my family.

14   Haven't been able to be involved like I should be involved

15   because of this incident.

16        It's -- it's been a rough road.  It's been tough.  You

17   know, and it seems like all of us that are here are going

18   through a tough road, going through some tough times.  And

19   these guys, although they get their years and time, and they

20   still have their lives, you know, their parents or loved ones

21   can still reach out to them, where other families they don't

22   have that luxury, you know.

23        I hope that these young men find God.  My relationship

24   with God has gotten stronger.  Each day I get a little better.

25   He's not done with me yet, but I get a little better each day.

```
 1        But, yeah, my wife, she wanted to come but she couldn't
 2   because she wouldn't be able to take it.  It's been hard on
 3   her.  She's had to take the lead in a lot of things.  And, you
 4   know, I'm blessed to have her.  My daughter got married.  I
 5   couldn't be there.  I have a grandson that I see him over
 6   FaceTime.  It's been difficult.  I'm trying to hold it all
 7   together.  And it's hard to, you know, take up for a city that
 8   I put so many years into that I spoke with so many victims in
 9   my career and then for me to become one.  It's hard, you know.
10        I always said I was going to do 30 years with the police
11   department.  People called me crazy.  But I was going to do 30
12   years and, you know, they put a stop to that.
13        And when this happened they had this thing called Murder,
14   Inc. where some people tried to talk against me.  Tried to say
15   I was a dirty cop.  I must have been dirty or filthy or
16   whatever, but I had a lot of people in the community come to my
17   defense, you know.  I was a good -- I was a good police
18   officer.  Treated people well.  Felt I always made the right
19   decisions.
20        Sometimes I just think why, you know, why would these guys
21   or why is it happening, you know.  It's tough.  I got a lot of
22   support, people that support me.  They're here today.  I got a
23   lot of support but still rough.
24        Go through pains every day.  Just had a surgery not too
25   long ago.  Well, really, a month ago.  I'm still recovering
```

1  from that.  Just the doctors' appointments, the surgeries.

2  Everything that has -- just my life is just totally different.

3  Totally different.  Like, I can't even explain, like, just how

4  difficult it's been dealing with living -- living this way, how

5  difficult it's been.

6      But they haven't taken my spirit, my strength.  I'm still

7  Ike, so they haven't taken that.  So I keep pressing on.  Keep

8  pushing.  Keep pushing and hope one day I eventually get back

9  home.  Something good will come out of this, you know.

10      But I agree with the family members in the courtroom that

11 they -- they should get the maximum penalty.  They should get

12 the maximum penalty and hopefully, like I said, during that

13 time -- that they find God during that time.

14      And I'd like to say God bless everybody.  And I'll end it

15 there.  I thank you, Your Honor, for listening.

16      **THE COURT:**  Thank you Sergeant Carrington.

17      **SERGEANT CARRINGTON:**  I appreciate the Court.  Thank

18 you.

19      **THE COURT:**  You've demonstrated to us that you still

20 have your spirit and your strength.  I really appreciate your

21 comments today.

22      **SERGEANT CARRINGTON:**  Yes, ma'am.  Thank you.  I

23 appreciate it.

24      **MS. MCLANE:**  Ms. Thickett?

25      **MS. THICKETT:**  How you doing?

1          THE COURT:  Good morning.

2          MS. THICKETT:  My friend, Devon Chavis, better known

3   to you all as Celebrity Cuts by Dev, but to us, his closest

4   friends, we called him New York or Dev.  New York was the type

5   of person who moved with purpose.  He smiled a lot.  Typically

6   he smiled or laughed before even saying one word.  That was the

7   type of energy that he brought into a room 90 percent of the

8   time.  Even in the worst situations he'd find a reason to

9   smile.  His smile was like nerve agents, very calming and

10  contagious.  His smile is one of the things that I'll miss most

11  about him.  New York always spoke to be heard.  I don't mean

12  that as if he was the type of person to overly exert his voice,

13  but when he spoke he always had something hearing to say.

14         For example, New York put his authentic self out to the

15  world via internet.  He opened up about his trials,

16  tribulations, memories, and experiences to motivate the unknown

17  world.  But to know him would be to love him.  Blood cannot

18  have made us closer.  We were like family.  Devon was the

19  backing horse sort of friend.  You could always count on him

20  mind, body and soul wholeheartedly to be a friend and a brother

21  in every situation.

22         One day he called me at 5:00 a.m. in the morning after

23  crashing his car in the side of a ditch on the highway.  It was

24  a nice car, a Challenger.  Barely new at the time.  I thought

25  he'd be upset, sad or even angry.  Instead, he said, "Forget it

1  Queen.  YOLO."  Meaning you only live once.  "It is what it is.
2  I'll get it fixed or get another car.  Ima shine and do me
3  regardless."

4      Of course I was fussing telling him, you're drunk, be
5  careful and et cetera.  But at a young age he knew he would be
6  something, who he could be, who he wanted to be.  Devon saw no
7  obstacle that he could not overcome.

8      On his 26th birthday, just six days before he was murdered
9  as you heard, he wrote a post on Instagram thanking God for
10 allowing him to see 28 years, not because it was the cool thing
11 to say but because Baltimore is a deadly place.  "Protect your
12 life," my friend said, never knowing or thinking this would end
13 this way for him.

14     New York took every precaution to live his life the right
15 way.  He was never, ever, ever in the streets, a troubled
16 youth, an ill-will person.  He may have gotten a few parking
17 tickets here and there at most.  They don't know what they've
18 done to take a soul so precious, a soul so sweet, a heart so
19 selfless.  To say these people deserve to be under the jail is
20 nothing short of an understatement for what they've done.

21     Devon had aspirations to be an outstanding father, a
22 renaissance man in business, a man to continue to make his
23 friends and family proud.  Now he will never be able to see his
24 baby girl grow up.  He will never be able to have family day
25 with his mom and his best friend every Monday as he did.  He

1   will never be able to have his brand supply Celebrity Cuts by

2   Dev.  He will never be able to hug his loved ones ever again.

3        I wrote this letter multiple times, and I still couldn't

4   find just the right words to even begin to help you visualize

5   the impact that this have left on everybody or the impact that

6   his life and death was or have been.  They took him because

7   they couldn't take him.  He was the type of person that would

8   give you the shirt off of his back, material things was

9   nothing, though he was very materialistic.  His personality,

10  his energy, his soul will never be duplicated.  It's forever

11  pain that we will all live with.  Devon was a forgiving soul.

12  So, ironically, we talked about many things like forgiveness

13  and death, so I know he's most likely the type of person that

14  would have forgiven all of them, more than I can say for

15  myself.  I think these people deserve more than what we can

16  offer, but I ask that you consider it.  Thank you.

17        **THE COURT:**  Thank you very much for your comments.  I

18  really appreciate that.

19        **MS. MCLANE:**  Ms. Turner.

20        **MS. TURNER:**  Hello, everybody.  Like she said, I'm

21  Ms. Turner.  I'm just going to get straight to the point.  I do

22  believe that he should serve the maximum sentence, but it's

23  just something that I want everybody to consider and to know as

24  we proceed throughout the day.  Okay.

25        You're gonna hear everybody say what each and every family

1    member meant to them.  To this day I been in therapy, you know,

2    I deal -- public health person myself.  Like everybody here,

3    seems like we all pretty much watch death.  I lost my

4    grandmother, I lost my cousin that raised me, but I can

5    honestly tell you that when New York died I experienced, like,

6    extreme mental anguish.

7        I never -- I never thought about therapy, never considered

8    it, very strong-willed, which kind of got me to this place.  I

9    don't want to use my time to talk about what he meant to me

10   because I've processed that part.

11       I would like for Karon, and the rest of the family or

12   people here, even the ones that knew New York, to understand --

13   like Aqueja [ph] said, he would have forgave these people.  But

14   what I don't think the Defendant understood is that he killed

15   someone that truly loved him.

16       New York was not into -- he wasn't a criminal.  But he did

17   not have a butterscotch or a silver plate background.  He came

18   from drug abuse.  He came from ADHD.  He came from a troubled

19   environment in and out.  He did not have anything easy.

20   Literally, I mean, you're talking about somebody who, like,

21   shared housing, bought a home, watched his mom struggle,

22   everything, you know, because of the internet I know a lot

23   about the Defendant.

24       The only thing that's different between New York and the

25   Defendant is what they decided to do with their trouble.  And

1    that's why I don't believe giving someone or, excuse me, giving

2    him less time is going to help him because if you can look and

3    know everything, what it is to not read -- to not be like your

4    peers, to not mentally be able to draw inferences and still

5    decide to put that hurt on other people, what are you going to

6    do with your extra time that you get?  You've literally

7    practiced the life that you wanted to live up until this point.

8         If you, you know, you might not have known him, but if you

9    know as a person what it's like to hurt, and what it's like to

10   suffer, and what it's like to be under extreme anguish, then as

11   a human you wouldn't want to put that on nobody else.  I

12   wouldn't want to see -- even today, as hurt and everything I

13   am, I can't bring myself to say, oh, I wish you die or

14   something like that because that is an emotion that I

15   unfortunately had to feel secondhand, and I couldn't imagine

16   putting that onto another person.

17        So I think that he should serve his time and in a time --

18   you know, people say find God.  He need to learn to love

19   himself because he killed somebody who loved him.  Whether he's

20   willing to accept that or not.  It's somebody that loved him.

21   Every day he's talking about how he went through the same

22   tribulations.  You know, people had taken things from him

23   before.  He didn't say "Oh, I'm gonna go and do these things to

24   these people."  He understood what it was like to not have and

25   he understood that there's people in the world who would do

1  anything to have those things.  For him to die in that same

2  kind of realm is just unquestionable.  You can't fix things

3  like that, you know.  It's no amount of money that I can pay to

4  fix what I feel.  What fixes things or what mends things is

5  time.  And that's why I believe he should serve all the time

6  he's given.

7          THE COURT:  Thank you.  Those are very thoughtful

8  remarks.

9          MS. MCLANE:  Your Honor, Ms. Turner expressed what I

10  was trying to express.  I'm grateful to her that she was

11  actually able to put it in that context.  And I appreciate

12  everyone who has spoken.

13      Apparently Ms. Chavis also wants to speak -- oh, Mister,

14  I'm sorry, and Melanie.  Chavis also?

15      I apologize, Your Honor.

16          MS. CHAVIS:  Good morning.

17          THE COURT:  Good morning.

18          MS. CHAVIS:  I'm just here to speak for my 17-year-old

19  daughter which Kendrick was her father.  Her letter reads:

20  When I lost my dad, I lost myself.  When I first heard the news

21  I couldn't understand why at first I couldn't even be sad.  I

22  was more shocked, lost, confused.  It didn't make any sense.

23  We just had plans to go to Art Scape before he was killed.  We

24  had -- sorry -- because I've never been it was something we

25  both would have enjoyed.  Me and my dad didn't get to see each

1   other much every day because he lived on the other side of the

2   tunnel, but he still made sure to come get me.  We just had

3   started to build a better bond.

4        My dad should still be here.  He had plans to create a

5   clothing line.  He was able to create two shirts.  He never got

6   to fulfill his dreams for no reason.  My dad wasn't a deadbeat

7   or a thug.  He was a father, brother, son, nephew, friend.

8        Everyone who's came in contact with my dad, he left that

9   mark that will always feel the loss of him.  No amount of time

10  will ever change that.  I'm 17 years old, about to graduate

11  from high school.  I won't hear my father cheering me on as I

12  walk across the stage.  When I get married some day, he won't

13  be there to walk me down the aisle.  I miss my dad so much,

14  more and more every day.

15       No more trips to the mall or going to the movies to hear

16  him snoring 10 minutes later.  No more spending the weekend

17  over and playing Unchartered on his PS3 all night or late night

18  rides with him listening to music or runs to Checkers.  More

19  importantly, I don't have my dad to help me through some of the

20  hardest times I've ever experienced in my life, and he couldn't

21  be here for the best.  My dad should have been here to come

22  with me and pick out my first car, see me on the holidays he'll

23  miss now.  He should have been the one to sketch my first

24  tattoo.  A lot of times I wished I could have just talked about

25  how everything's been.  Ever since my dad's been gone I've been

1  lost trying to find myself, trying to do all the right things

2  while it feels like my life is falling apart, but I know I just

3  have to keep going.

4       I can never imagine losing my dad until I did, but the

5  worst way is how I lost him.  I never got to say goodbye, never

6  got one last hug, could never hear him say "I love you baby

7  girl" one more time because someone took him from me.

8       I know that it'll never be the same but I'll always live

9  on through him.  My father should be walking with us today.

10 This should have never happened.  All because of senseless

11 violence.  These people shouldn't be able to see their families

12 again.  I'll never get to see my dad again.  They didn't know

13 my father, tried to rob him for no reason when he was just

14 trying to take a phone call.  It's not right.  I'll never get

15 my dad back.  These people should never be able to walk the

16 streets again.  My dad was taken for no reason.  My dad should

17 have never went out like this.  He doesn't deserve it.  He

18 deserves so much more.

19      My father gave to the homeless.  He was someone who really

20 genuinely cared about everyone and most importantly his family,

21 which he was the glue to.  My dad kept the family together.

22 Kept us going.  Now he's gone.  Everything has changed all

23 because of some people that nobody knows.  They've affected so

24 many lives and took so many.  These people don't deserve to

25 live a life when they took my father.

1          THE COURT:  Thank you, ma'am.  Thank you for your

2   thoughts and sharing your daughter's thoughts.

3          MS. MCLANE:  Mr. Chavis?

4          MR. LOWTHER:  How you doing, Your Honor?

5          THE COURT:  Good morning.

6          MR. LOWTHER:  I don't have anything written down

7   because I wasn't going to get up here and speak but I just want

8   to share a few things.  I lost my brother Taven Lowther.  He

9   was older than me.  I'm 29 years old.  We used to do everything

10  together.  We went to church together.  He got his CDL license.

11  He influenced me to get mines.  Ever since I lost my brother

12  it's been bad for me, hard for me to sleep.  I've tried talking

13  to other people who lost loved ones and, you know, to see if

14  that would help me feel better.  I have problems getting

15  through things like that.

16         I noticed he said something about ADHD, you know, him

17  having to smoke or something to deal with whatever he had.

18  Your Honor, I have ADHD.  I've had ADHD -- I've known I had it

19  since the 6th grade.  I been put out of classes for doing

20  little small things, but I've never, ever thought about going

21  to do any type of murders, going to do any type of vandalism to

22  anybody's property.

23         I mean, I'm just -- I just don't understand what, you

24  know, made him do the things that he's done.  And I'm just here

25  to ask that you understand this case and how all the victims

1   here feel that we all lost our loved ones.  And I just ask that

2   you judge him with the maximum sentence that you can.  That's

3   it.

4            THE COURT:  Thank you, I appreciate that.

5            MS. MCLANE:  Anyone else?

6            MR. SMITH:  My name is Kenneth Smith, and I'm writing

7   this letter on behalf of Devon Chavis, my best friend and my

8   confidant and most of all my brother.  I have known Devon since

9   2014.  We instantly clicked.  It was like I know him my whole

10  life.

11       When I think of Devon I remember the joy and knowledge he

12  brought to anyone he came across with his -- with his line of

13  work.  He had people all over the world, including celebrities,

14  asking for his expertise.  And he never had a problem with

15  sharing his knowledge.

16       Devon was trustworthy, loyal, and most importantly a

17  wonderful father, son, best friend, mentor and brother.  Since

18  Devon has left this earth, me, my kids, my family, and his

19  daughter -- his daughter's life hasn't been the same.  Devon's

20  life left a big impact on all of us.  I have never met anyone

21  with a bigger heart than Devon.  Despite his upbringing, Devon

22  tried his best to stay away from negativity and violence; but

23  somehow the hate from others found him.  Devon had always been

24  a joyful, positive person.  Losing him has taken a toll on

25  everybody he has encountered.

 1      I just want to -- that was all I could write but basically

 2  my life hasn't been the same since I lost Devon.  He was -- I

 3  can't even explain, like, you would have just had to been

 4  around him, like, I can't even explain.  It's, like, words

 5  can't even explain.

 6      I know to this day -- I'm 30 years old -- I will never in

 7  my life find another friend like him.  And it's, like, you

 8  know, it's not even -- nothing that nobody can do about that

 9  because it's already happened.  The night that he died, I

10  picked him up from the airport and we had plans on going out.

11  But, you know, it didn't happen.  You know, it went left.

12      Every day, to this day, I try to figure out -- I kind of

13  blame myself because I try to figure out what could I have done

14  different to make this not happen?  Like, we could have took a

15  detour.  We couldn't have went to the house.  Like, I really

16  don't know.  But it kind of haunts me every single day to

17  figure out what could I have done.

18      When I look at my kids, and I just -- they ask me, like,

19  we used to do -- we used to do everything together.  Like, when

20  I say everything, you would have thought we was twins, like,

21  everything together.  And, like, our kids was -- they was best

22  friends basically.  And it's like on Mondays we would just call

23  each other and just go get the family.  And I haven't -- I lost

24  my mother when I was 19 so basically he -- he let me have his

25  mother, so we shared his mother and, you know, we used to do

1  things for her every single week.  And now it'll never be the

2  same.  Basically, like, we work together.  We both drove

3  trucks.  We got the same background, you know.

4      I don't know.  I just -- I just wanted you to know that I

5  miss Devon, like, out of this world.  Like, I can't even tell

6  you.  Like, I didn't want to come up here and speak because I

7  just -- it's no words that anybody can express to fulfill

8  losing Devon.  Like, he will never come back ever, ever, ever.

9  So it's, like, you know, time -- the only penalty I think would

10  be people experience the same thing he experience because he

11  should never have to experience that.  That's all I've got to

12  say.

13      THE COURT:  Thank you.  Thank you for sharing your

14  thoughts.

15      MS. DICKENS:  Hello.

16      THE COURT:  Hello.

17      MS. DICKENS:  My name is Seoshay Dickens [ph].  Devon

18  was my best friend, and we grew up together since, like, the

19  ninth grade.  He was a really vibrant person.  He was full of

20  life, full of joy.  He was the type of person that he would --

21  we would go out, and he would just want everybody to have a

22  good time.  And he would literally pay for any and anybody just

23  because he wanted everybody to experience life in the moment

24  while it was happening.  He'll say just live it up.  Let's just

25  blow it all.  And he'll eat noodles the next day.  And he

1    wouldn't care because he felt like us having a good time was

2    more important.  Because he always lived for today.  And he

3    always said that tomorrow wasn't promised.

4         And he was so creative and he was a visionary.  He had a

5    really big heart.  He loved people.  He didn't care about what

6    color, how much you had or didn't have.  He would give you his

7    last -- I can't remember not one time that Devon wasn't there

8    for me.  He never missed a birthday.  He didn't miss my

9    graduation.  He didn't miss something as small as a cookout.

10   He didn't miss any big or small moment in my life since we was

11   friends.  And I never had a friend like that since Devon, and I

12   never had a friend like that before Devon.

13        He was a great father, a great son, and he's a great

14   friend.  And he's just truly missed.  And I lost a lot of

15   people in my life but for some reason this particular life that

16   was taken, Devon's life that was taken, is just so significant.

17   It almost feel like a piece of me died when he died.  And

18   certain things that I used to do that we used to do together I

19   don't do anymore because it's just too painful.  I don't even

20   hang with some of our friends that we used to hang with because

21   it just feels like something is missing when we all together.

22        And he just was a really beautiful soul.  And I feel like

23   it's so much I could say about him, I don't even know what else

24   to say, but he was just one of those souls that you will never

25   forget.  I will never forget Devon for as long as I live.  And

1  I don't think that anybody that ever met him, even if it was

2  just for a second, would ever forget him.  He was just that

3  type of person.  That's it.

4          THE COURT:  Thank you for sharing your thoughts.

5          MS. MCLANE:  Your Honor, we've been doing this a very

6  long time and it's -- there are many times where we don't have

7  anyone in the courtroom, and we don't care because the victims

8  were also in the game and that's not how we should treat

9  anyone, any victims, regardless of what they chose to do.  But

10 today I do think it's significant to recognize that these three

11 homicide victims were doing nothing but living their life.  And

12 that's why it is so important that the 40 years be imposed to

13 send that message and to account for lives even though knowing

14 that nothing we do will bring those individuals back.  It is

15 necessary because, frankly, it could be anyone that could have

16 been a victim of these crimes.

17      Thank you, Your Honor.

18          THE COURT:  Thank you, Ms. McLane.

19      Mr. Mercer, would you like to be heard?

20          MR. MERCER:  Well, Your Honor, I'm humbled to rise to

21 speak to the Court after hearing about the profound impact of

22 these crimes on the victims.  And there are many victims.  And

23 I -- in my role as a defense attorney to -- I must recognize

24 that it is with awe that I hear about their loss.  It is,

25 without exception, permanent loss.  It is described as

1  insufferable pain that is there and present every day and

2  nothing can be done to eliminate that pain.

3       What I also hear throughout is why?  Why the senseless

4  acts of violence?  Why do they occur?  I was reading the

5  Baltimore Sun, as I do every day, and there were 13 shootings

6  over the weekend.  Thirteen.  Why does this happen?  The

7  suggestion I hear -- and it's understandable and I don't fault

8  anyone -- but the suggestion I hear is that perhaps sentences

9  are not severe enough.  That perhaps enough people aren't being

10  locked up.  That the most extreme sentence should always be

11  imposed.  I fault no one for saying that, not at all, because I

12  don't stand in the shoes of someone who has suffered a profound

13  loss that is permanent at the hands of a senseless act.

14       But I would suggest that the most extreme sentence, the

15  most severe sentence, more incarceration, as satisfying as that

16  may be in a moment is not an answer to a very deeply rooted

17  problem that exists on an individual level, a family level, and

18  a community level.

19       I will assure everyone that there is no suggestion here

20  that why these crimes occurred has anything to do with

21  addiction to marijuana or ADHD or any of the other conditions.

22       Mr. Foster, early on in this case, accepted

23  responsibility, criminal responsibility, for these crimes and

24  because of the severity of these crimes he stipulated, along

25  with the Government, that a reasonable sentence is 30 to 40

1   years.

2       So today is about the impact of these crimes on the

3   victims.  It's also about Mr. Foster, who is alone in this

4   courtroom, aside from me, with one letter from a family member.

5       Now, do we distinguish between persons who have committed

6   crimes when factors have contributed to the behavior that are

7   beyond the person's control or fault?  I think history teaches

8   us that we should.  This is not an argument of diminished

9   criminal responsibility at all.  This is towards the answer of

10  why and what to do.  And here there are, indisputably, factors

11  that have contributed to decisions and behaviors, all of which

12  Mr. Foster has accepted responsibility for, and to which he has

13  stipulated to a sentencing range of 30 to 40 years.  But we

14  know these factors are detailed in Dr. O'Connell's report and

15  Ms. Johnson's report.

16      To begin, Mr. Foster was exposed to crack cocaine in the

17  womb.  Certainly nothing he could control.  Certainly nothing

18  he could prevent.  Not his choice.  And we also know, and it's

19  not seriously disputed, that individuals who have been exposed

20  in utero to crack cocaine demonstrate cognitive impairments and

21  also what we call reduction in self-regulating behaviors later

22  on in life.

23      Now, does that mean someone is not responsible for their

24  crimes?  No.  Does it begin to answer why a senseless act

25  occurs?  It adds to that answer of why.

1        We also know from Mr. Foster that from the ages of 2 years

2   old until he was 6 -- and, Your Honor, I have looked at -- in

3   26 or 27 years many psychological reports and this one just

4   stands out.  And it stands out for this fact that from age 2 to

5   6 Mr. Foster had highly elevated blood lead levels.  For four

6   years it persisted.  Where was the family?  Where were the

7   parents?  How could this go on when all the science points to

8   the fact that the brain -- the neurological development of a

9   infant and toddler from 2 to 4 years old is at its most

10  vulnerable point?  And here we have a poison being introduced

11  into his system through no fault of his own that we know is

12  going to impair him cognitively, that we know is going to

13  impact the decisions he makes later in life.

14       Does that mean everybody exposed to lead is going to be a

15  criminal?  No, of course not.  And we're not suggesting that.

16  Some people are able to overcome that in their individual lives

17  given their circumstances.  But Mr. Foster's circumstances are

18  on the extreme side because not only was he subjected to this

19  poison in his environment that he could not control, that he

20  didn't understand and to this day probably does not even have

21  great insight or a full appreciation about, but that wasn't it.

22  I mean, his parents were both in and out of the criminal

23  justice system.  His mother had an ongoing, serious drug

24  addiction.  Now, was the answer to lock her up?  You know, she

25  got locked up.  It doesn't seem to have abated anything.

1        And Mr. Foster was moved around from home to home.  These

2   are all risk factors.  It's not only retrospectively but

3   prospectively and yet it persisted.  It persisted.

4        And I will point out -- and Dr. O'Connell makes this point

5   and Ms. Johnson makes this point -- there was however a

6   sustained period of time that started before his adolescence

7   around 11 that extended into his adolescence when he did have a

8   therapeutic relationship.  That's important.  And that's

9   important because he responded to that.  Now, more was needed.

10  No question.

11       And I'm not suggesting he doesn't bear individual

12  responsibility in our criminal justice system for the decisions

13  he made later on.  No doubt about it.  But if we're trying to

14  find answers, this is a good place to look.

15       Both because he responded, he maintained that therapeutic

16  relationship, and it strongly suggests that given his history

17  more was appropriate.

18       But we know the story of resources and limitations and

19  challenges and delivery of these programs.  It's an impossible

20  task in many instances.  You know, we talk a lot about juvenile

21  justice reform and the need for more resources and the need to

22  avoid revolving doors of our professionals who are dealing with

23  the most vulnerable.  We can't forget this because this is

24  proof of what happens.

25       Now, notably, in Ms. Johnson's report she talks about sort

1  of the social ramifications of these conditions, these insults

2  to Mr. Foster, and how they informed and defined his

3  relationships with his peers.  And one point she makes that I

4  thought was very insightful and very telling is that Mr. Foster

5  would look to his peers for approval.  He's not a leader.  He's

6  looking for approval to those around him.  And looking to

7  problem solve with those around him.  And he's growing up in

8  poverty, in violence.  He, himself, was a victim of a shooting

9  at a young age.  And so these conditions manifest in his social

10 interaction with others in a way that leads him very easily

11 down the wrong paths.

12      Now, and I say that again because I just want to make this

13 very clear that of course his decisions to participate are his

14 decisions.  But we can't ignore the contributing factors that

15 he had no control over if we ever want to have answers to these

16 senseless acts.

17      In our sentencing memorandum I made very detailed,

18 specific requests of the Court in fashioning a sentence that is

19 sufficient but not greater than necessary to accomplish the

20 goals of sentencing.  And I don't want to -- we use this phrase

21 so frequently, it's almost like a mantra, but it's really a

22 pillar of our justice system too.  "Not greater than

23 necessary."  And of course we've already agreed that 30 to 40

24 is within that range.

25      So the point that I've made is if we look at what's going

1    to happen to Mr. Foster when he goes into the Bureau of

2    Prisons, and I think this is -- this is one of the goals of

3    sentencing is fashioning the sentence to ensure that Mr. Foster

4    receives much needed treatment.  Now, that's not a reward.

5    That's not reducing his responsibility whatsoever.

6         It is a recognition embedded in our system that the goals

7    of sentencing include rehabilitation.  Yes, there is

8    punishment.  But punishment need not and should not be

9    unnecessarily cruel either.

10        And when you have someone like Mr. Foster who has a full

11   range of cognitive impairments and social deficiencies I would

12   strongly submit that fashioning a sentence that will guarantee

13   his placement in a United States penitentiary is unnecessary.

14   Now, I do the math.  We're asking for 30 years.  The Court can

15   impose basically up to 35 years, which is still going to be to

16   serve, when you do the calculation, will not result in an

17   automatic placement in a penitentiary and a penitentiary for

18   this young man is the wrong place to send him.  Not only

19   because the treatment that he needs is unavailable there but

20   also because of the environment itself.

21        Now, what we're asking the Court -- what I'm asking the

22   Court is in accomplishing this goal of sentencing that the

23   Court fashion its sentence that recognizes his need for

24   treatment and placement in an appropriate facility, that the

25   way to do that is to not go above a 35-year sentence.

1          And, moreover, that to the extent that -- and that's

2    because of the automatic classification issue.  And I'd cite to

3    the BOP classification manual, and I provide the backup, I'm

4    not just proffering this.  I mean, it's there.

5          Still, I acknowledge that -- I'm not going to pretend to

6    predict how BOP will classify him.  I mean, they have their

7    classification sheet, and I've looked at that.  And I'm

8    hopeful, if I'm calculating it correctly, that if you get to 35

9    or less then he's not going into a USP.

10         In the event that he is classified to a United States

11   Penitentiary then I would ask the Court, and I provide the

12   specific language in our memorandum, to recommend a management

13   variable for treatment purposes because I think that's called

14   for here.  There is absolutely a basis for the treatment and

15   for the program.

16         You know, he's not someone who has a mental health

17   condition where he should be housed with people who are

18   experiencing psychotic breaks from reality or who are

19   sociopathic or things of that sort.  He is someone that needs

20   skill-building to adjust in an institution because how many

21   times, particularly given --

22              THE COURT:  Excuse me.  Go ahead.

23              MR. MERCER:  Your Honor has looked at many

24   compassionate release motions.  We know how important

25   institutional adjustment is, and we know oftentimes when

1   someone young goes into a very high security facility that

2   suddenly we see problems with adjustment because they're having

3   to respond to things in their immediate environment,

4   oftentimes.

5        So what I'm saying is, look, he needs skills to be able to

6   navigate the institution in ways that don't fall back on

7   criminal mindset or criminal thinking.  And they do have these

8   programs at the BOP.  And they're evidence-based programs and

9   our social worker has reviewed them and has concluded that

10  they -- that in particular the skills program would be an

11  excellent fit given Mr. Foster's cognitive impairments to allow

12  him to adjust within the institution, which I think everybody

13  has a stake in.

14       So, yes, we are asking for 30, the Government is asking

15  for 40.  In the end I'm pointing out that 35 would be an upper

16  limit for a very good reason so then that brings us down to a

17  difference of five.  And I hear all the reasons why it should

18  be 40 and not 35, but I ask for that additional time to ensure,

19  you know, if he receives that time and he's automatically

20  designated to a penitentiary environment, what goal is being

21  accomplished when the stipulated range is 30 to 40 years.

22       There's so much I want to say on behalf of Mr. Foster and

23  I'm not going to be able to say it all.  I want to share that

24  in the time that I've worked with Mr. Foster many of the

25  sentiments that his sister points out I see, and I share.  I

1   think he is more than the crimes in this case.  I realize that

2   is an often-used phrase, again, but I see that truth here with

3   Mr. Foster.

4        And that truth means to me that he has a life ahead of

5   him, and I can hear that he took a life, don't let him have a

6   life.  But we have to deal with the reality that we're in, the

7   tragic reality that we are in, that we have deep condolences

8   for and profound respect for but Mr. Foster does have a life

9   ahead.  And he is receiving an extreme, lengthy sentence,

10  whatever the Court imposes, whether it's what we ask for, 30,

11  whether it's 35 or whether it's 40.  That is an enormous

12  punishment.  But of course it's not distorted.  And it's never

13  gonna be satisfying, not even 40 will be satisfying.  And we

14  know that.  We understand that.

15       So I would ask Your Honor for 30.  I would ask the Court

16  if it's not inclined for 30 to impose no more than 35 for the

17  reasons that we've set forth in our memorandum and during my

18  argument.  And I'll just end where I began, which is I'm truly

19  humbled to stand here.  And I believe Mr. Foster when he

20  accepted his responsibility early on.

21       I think it's a lot to expect more perhaps than should be

22  for him to even try to address the pain in this room, and the

23  loss in this room, and it's his decision, and we've discussed

24  that.  And I just want -- there's no perfect words he can say,

25  if any.  And if he remains silent it's no disrespect.  It is no

1   lack of recognition of his responsibility.  It's no shirking of

2   his duties.  It's no diminishment of the loss that these family

3   members have suffered and that the sergeant has suffered and

4   his family.

5       Thank you.

6           THE COURT:  Thank you.  Before I hear whether

7   Mr. Foster wishes to make an allocution or not, I'm going to

8   step into my chambers for a moment and get some more water

9   because I'm having a bit of an issue with coughing.  I'll be

10  back in one minute.

11          THE CLERK:  All rise.  This Honorable Court is now in

12  recess.

13      (Brief recess.)

14          THE CLERK:  All rise.  This Honorable Court is now in

15  session.

16          THE COURT:  You may be seated.  I apologize for the

17  brief interruption.  All right.

18      Mr. Foster, before I impose sentence you have an absolute

19  right to address the Court if you wish to do so.  You're not

20  required to speak and don't have to say anything at all but if

21  you wish to I'm eager to hear anything you have to say.

22          THE DEFENDANT:  First and foremost, I would just like

23  to apologize for everything.  Apologize to the victims --

24  families of the victims.  I know they don't want to hear from

25  me.  I'm guilty either way, and I accept that.  But I just

1  wanted you all to know that I apologize.  I didn't mean for any

2  harm to happen to anybody.  I just wasn't thinking.  I didn't

3  pull the trigger or anything, personally, but I did play a role

4  and for that I do apologize.  Whatever sentence you have for me

5  I accept that.

6          THE COURT:  Thank you, Mr. Foster.  I appreciate your

7  willingness to speak and to apologize to the families.

8          Let me say, first, before I turn to imposing sentence, I

9  want to speak directly to all of the victims who are here today

10 because I appreciate your very brave comments, that you came

11 in.  I know that wasn't easy for any of you to come in and

12 speak today about your loved ones, but to hear from you about

13 your family members, to hear about Kendrick Sharp, to hear

14 about Devon Chavis, to hear about Taven Lowther, to hear from

15 Sergeant Carrington about everything that has happened to his

16 family, to hear about all your other family members who are not

17 here who suffered enormous losses as a result of this action,

18 that was very important.  And I really appreciate the fact that

19 each of you came in to share your pain, to share your losses,

20 and to share your thoughts.  I really do appreciate hearing

21 from each and every one of you.

22         I, though, have to apply the sentencing factors and to

23 look at the statue to determine the appropriate sentence.  Like

24 all the mathematical calculations we had to do at the beginning

25 of the day, there's a process that has to be followed that

1   Congress has set out, and I have to follow that process in

2   considering the appropriate sentence.

3       So, first, I have to look at the history and

4   characteristics of the Defendant, which we just heard a lot

5   from Mr. Mercer about Mr. Foster, as he mentioned just turned

6   28 years old.  He was raised by his grandmother because his

7   parents were absent.  He was exposed to crack cocaine during

8   pregnancy and then he also experienced significant lead

9   poisoning in his early and formative years.  He has had no

10  meaningful employment history.

11      I have reviewed the forensic reports that were submitted

12  from Dr. Michael O'Connell and Tonyah Johnson and those will

13  be, pursuant to the request, appended to the sentencing

14  documentation in this case so that the Bureau of Prisons has

15  access to those reports when it reviews the records to

16  determine the appropriate classification.

17      I also have to consider the nature and circumstances of

18  the offense, and in this case it is offenses, and they are

19  unbelievably serious as we've heard today.  We've heard about

20  the three murders.  We've heard about what happened to Sergeant

21  Carrington.  We have not heard directly from the other victims

22  of the carjackings and armed robberies, but some of them have

23  written letters to the Court, and so I am well aware of the

24  impact that each and every one of those victims has had on

25  their lives and to the lives of the family members and friends.

1    As we've also heard today, these types of offenses plague

2  the city.  When you have violence, and random, senseless

3  violence, it is a plague on this city and something that

4  effects everybody:  People who are victims, people who are not

5  victims, the city's reputation as a whole.  This type of

6  violence, it causes incalculable harm to Baltimore and to its

7  residents.

8    I have to consider the seriousness of the offense, the

9  need to promote respect for the law, and the need to provide

10  just punishment.  This is obviously an extremely serious

11  offense warranting an extremely significant sentence such as

12  evidenced by the guideline range of life in this case.

13    The need for deterrence is very important here, both

14  general deterrence, because as Ms. McLane pointed out, there

15  are other people in the city that are engaging in similar acts

16  and people need to understand that there are meaningful

17  consequences for these types of offenses.  Also specific

18  deterrence given the scope of the conduct in this case.  It was

19  a relatively short timeframe but numerous, numerous incidents

20  of engaging in this type of activity.

21    I have to consider the need to protect the public, which

22  is extremely acute here given the nature of the conduct.  The

23  need to avoid unwarranted sentence disparities among defendants

24  with similar records and culpability, that does have to be

25  considered in this case given that the agreed range is a

departure from the guideline sentence.

I have to consider the need to provide the Defendant with training or treatment.  And as both counsel pointed out, Mr. Foster is in a position where he can benefit greatly from the educational and vocational treatment opportunities that will be available at the Bureau of Prisons.  There have been some specific recommendations made whether or not those programs are available, that there will be programs available that are helpful to Mr. Foster, and I certainly hope, Mr. Foster, that you're able to take advantage of those.  And I have to consider the advice of the Federal Sentencing Guidelines.  As I mentioned, the guideline range is life in prison.

So I am going to accept the parties' plea agreement in this case.  I know that some of the victims today have expressed dismay that the sentence is not long enough.  I think that the sentencing range that the parties have proposed is -- fits the statute, which requires that I impose a sentence sufficient but not greater than necessary to comply with all the purposes of the sentencing statute.  And as I just reviewed, there are some factors here that weigh in Mr. Foster's favor, and I think help -- meaning that a life sentence would be greater than necessary in this case despite the, as I said, incalculable harm that his actions have caused.

I understand defense counsel's argument for a sentence

1   that will allow placement in a particular program, but I don't

2   believe that the availability of that program alone renders 360

3   months, the appropriate sentence for these offenses given,

4   again, the scope of the harm that was caused here.  I think

5   that there are other programs that Mr. Foster will be able to

6   receive within the Bureau of Prisons.

7        So I am going to impose the sentence that the Government

8   is requesting of 480 months in prison.  That is the high end of

9   the range that the parties agreed.  And I do think it is a

10  sentence that is sufficient but not greater than necessary in

11  this case.

12       Mr. Foster is entitled to credit since November 14th of

13  2019.  I will recommend that the credit of the 57 days he spent

14  in state custody before that also be appended to the credit

15  that he receives, although that obviously will be up to the

16  Bureau of Prisons.

17       With respect to some of the other specific requests about

18  designations and security classifications and coding, those are

19  items that I think are in the best -- best left to the Bureau

20  of Prisons in terms of them making those types of assessments.

21  Certainly I can recommend that the Bureau of Prisons consider

22  whether a management variable might be appropriate, but I'm not

23  going to recommend that they make any decisions on those fronts

24  because I don't think those are things that are best made by a

25  court that is limited in terms of training in these types of

1  areas.  I think the Bureau of Prisons is in the best place to

2  makes those determinations, and I will leave that to them.

3      Mr. Mercer, have you reviewed the standard and mandatory

4  conditions of supervision with your client or should we do that

5  on the record now?

6          **MR. MERCER:**  I have not reviewed that with him before,

7  but I can also meet with him afterwards and review that with

8  him.

9          **THE COURT:**  Would you prefer that I do it on the

10  record now or are you comfortable with reviewing those --

11         **MR. MERCER:**  I'm fine reviewing it with him

12  immediately after the proceeding.

13         **THE COURT:**  Okay.  All right.  Is that okay with you,

14  Ms. McLane, or would you prefer --

15         **MS. MCLANE:**  That's fine.  Thank you, Your Honor.

16         **THE COURT:**  Okay.  So, specifically, I have to impose

17  sentences with respect to each count in this case.  I will

18  impose the sentence of 480 months in prison with five years of

19  supervised release as to Count 1.  With respect to Count 2, the

20  maximum penalty is five years in prison so I'll impose a five

21  year sentence, or 60-month sentence, to run concurrent with the

22  sentence in Count 1.  And three years of supervised release.

23  Similarly, as to Count 6, the maximum is life in prison, I will

24  impose the sentence of 480 months in prison with three years of

25  supervised release both to run concurrent to the sentence in

Count 1.

     With respect to special conditions of supervised release,
I will review those.  There will be some mandatory conditions
that need to be reviewed but, Mr. Foster, you must participate
in a cognitive behavioral treatment program and follow the
rules and regulations of that program under the supervision of
your probation officer.

     You must participate in a substance abuse treatment
program and follow the rules and regulations of that program,
again, under the supervision of your probation officer.

     You must provide the probation officer with access to any
requested financial information and share that information with
the probation office.

     And you must submit to substance abuse testing to
determine if you've used a prohibited substance.

     So those are the special conditions that I'm imposing.

     I am not going to impose a fine because I do not believe
Mr. Foster has the ability to pay.  I am going to impose a
special assessment of $100 that is payable immediately.

     Mr. Foster, I appreciated your comments and the fact that
you are accepting responsibility for what's happened here.
It's not easy to make comments in this room full of people who
obviously have lost loved ones and are experiencing a great
deal of pain.  You know, I hope -- this is a very long
sentence.  I know we are all aware that it's a very long

sentence, but I hope you're able to take advantage of some of the programs that are available to you in the Bureau of Prisons and to find a way to make productive use of the time and turn your life around.  You are a very young man and will have time when you are finished with this sentence that hopefully you can be a productive member of society.

You do have the right to appeal your conviction.  If you believe that your guilty plea was somehow unlawful or involuntary or if there's some other fundamental defect in the proceeding that was not waived by your guilty plea.  You may also appeal your sentence if you believe it is unlawful. Before filing any appeal, you and your lawyer should consider whether you waived any or all of your appellate rights when you entered into your plea agreement, but if you do wish to appeal, the notice has to be filed within 14 days of today.

I will prepare a judgment and commitment order and a statement of reasons.  I will, as we discussed at the beginning, hold off on submitting any paperwork until I receive a letter from the Government in the near future regarding the issue of whether the victim impact statements should be appended to the Presentence Investigation Report.

MS. MCLANE:  Thank you, Your Honor.  No promise, but certainly I would hope by Wednesday I would be able to have something to you.  If not by tomorrow.

THE COURT:  Thank you.  Then would you like an

1   opportunity to respond, Mr. Mercer?

2            MR. MERCER:  Yes.

3            THE COURT:  Okay.  So let's try to have all the

4   letters in by the end of the week -- oh, it's the holiday.

5   We'll try to get it done by the end of next week.  Then the

6   records will be filed with the United States Sentencing

7   Commission.  Mr. Foster will remain detained until he is

8   designated.

9        Are there counts to be dismissed, Ms. McLane?

10           MS. MCLANE:  Yes, Your Honor.  The remaining counts.

11           THE COURT:  That motion will be granted.

12       Is there anything else we need to discuss today?

13           MS. MCLANE:  No, Your Honor.  The firearms in this

14   matter have already been administratively forfeited.

15           THE COURT:  Mr. Mercer, is there anything further that

16   I missed?

17           MR. MERCER:  No, Your Honor.  I would just note just

18   for the record that the conditions of supervised release were

19   reviewed by Mr. Foster in the PSR.

20           THE COURT:  Good.  Those are the ones I mentioned.

21           MR. MERCER:  Yes, yes.  So those have already been --

22   I should have checked this first -- those have already been

23   reviewed by him before coming to court today.  And I'll meet

24   with him afterwards and confirm any decision about an appeal

25   and make a note to my file on that and make sure that the

1    standard conditions of supervision in the PSR are understood.

2         THE COURT:  Okay.  All right.  Good.  Thank you.  All

3    right.  Thank you all and good luck, Mr. Foster.  And good luck

4    to the families and friends of the victims who spoke today.

5         Thank you very much.

6         (Hearing concluded at 12:48 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                      CERTIFICATE OF OFFICIAL REPORTER

2

3

4          I, Ronda J. Thomas, Registered Merit Reporter, Certified

5     Realtime Reporter, in and for the United States District Court

6     for the District of Maryland, do hereby certify, pursuant to 28

7     U.S.C. § 753, that the foregoing is a true and correct

8     transcript of the stenographically-reported proceedings held in

9     the above-entitled matter and the transcript page format is in

10    conformance with the regulations of the Judicial Conference of

11    the United States.

12

                              Dated this 12th day of May 2022.
13

14

                              _____
15

16                            Ronda J. Thomas, RMR, CRR
                              Federal Official Reporter
17

18

19

20

21

22

23

24

25

**MR. MERCER: [28]** 2/10 3/23 3/25 4/9 4/16 4/19 5/9 7/1 11/3 14/18 16/6 16/20 19/3 19/11 20/7 20/15 21/10 21/15 23/12 23/18 33/8 61/20 68/23 77/6 77/11 80/2 80/17 80/21
**MR. SMITH: [1]** 57/6
**MS. ANDERSON: [4]** 38/25 39/5 41/17 41/21
**MS. CAMERON: [4]** 21/19 21/24 22/3 22/10
**MS. CHAVIS: [2]** 53/16 53/18
**MS. DICKENS: [2]** 59/15 59/17
**MS. MCLANE: [45]** 2/4 3/6 3/13 3/19 4/23 5/5 7/8 8/2 8/13 13/7 14/13 16/18 17/1 19/1 19/13 19/23 20/2 20/6 20/16 21/8 22/19 23/10 23/17 23/24 24/1 24/3 24/9 24/12 24/15 33/1 33/3 34/18 38/23 44/11 44/14 47/24 50/19 53/9 56/3 57/5 61/5 77/15 79/22 80/10 80/13
**MS. PATRICIA KNIGHT: [2]** 33/11 34/14
**MS. THICKETT: [2]** 47/25 48/2
**MS. TURNER: [1]** 50/20
**MS. VERONICA KNIGHT: [1]** 34/20
**SERGEANT CARRINGTON: [4]** 44/16 44/18 47/17 47/22
**THE CLERK: [3]** 4/6 71/11 71/14
**THE COURT: [88]**
**THE DEFENDANT: [1]** 71/22

**$**
**$100 [1]** 78/19
**$40 [1]** 39/24

**0**
**0486 [1]** 2/6

**1**
**10 [3]** 18/10 20/21 54/16
**10-year-old [1]** 45/10
**101 [1]** 1/24
**10:15 [1]** 1/7
**11 [3]** 18/13 20/21 65/7
**11th [1]** 18/6
**12 [4]** 11/11 11/12 18/16 20/21
**12:48 [1]** 81/6
**12th [5]** 16/10 17/24 18/3 18/10 82/12
**13 [5]** 11/12 18/18 18/23 20/21 62/5
**14 [1]** 79/15
**14-count [1]** 2/20
**14th [1]** 76/12
**15 [1]** 35/17
**16th [1]** 18/13
**17 [4]** 13/19 13/21 13/25 54/10
**17-year-old [1]** 53/18
**17th [1]** 4/10

**18th [2]** 4/10 39/21
**19 [1]** 58/24
**19-cr-0486-SAG [1]** 1/4
**19th [2]** 2/19 17/15
**1st [3]** 17/6 18/18 35/5

**2**
**20 [1]** 1/7
**2014 [1]** 57/9
**2015 [1]** 30/6
**2016 [1]** 29/23
**2017 [1]** 23/3
**2019 [19]** 16/10 16/22 17/6 17/9 17/15 17/21 17/24 18/3 18/7 18/10 18/13 18/16 18/18 23/1 25/3 25/6 31/4 39/21 76/13
**2021 [1]** 1/7
**2022 [1]** 82/12
**21201 [1]** 1/25
**23rd [1]** 16/22
**25 [2]** 18/5 20/22
**26 [4]** 13/14 13/17 13/21 64/3
**26th [1]** 49/8
**27 [12]** 17/20 17/23 18/1 18/9 18/12 18/15 18/17 18/23 19/24 20/22 29/12 64/3
**28 [5]** 29/11 29/12 49/10 73/6 82/6
**28th [1]** 39/21
**29 [3]** 18/16 40/4 56/9
**2A1.1 [4]** 16/14 19/15 19/17 19/18
**2A2.1 [3]** 17/10 19/11 19/18
**2B3.1 [3]** 17/17 18/3 18/19
**2E1.1 [3]** 16/11 16/23 17/16

**3**
**3.5 [1]** 21/6
**30 [14]** 24/20 28/11 46/10 46/11 58/6 62/25 63/13 66/23 67/14 69/14 69/21 70/10 70/15 70/16
**30-year [2]** 29/6 29/9
**31st [1]** 35/2
**32 [1]** 4/25
**33 [5]** 19/6 19/11 19/20 20/4 20/9
**35 [6]** 67/15 68/8 69/15 69/18 70/11 70/16
**35-year [1]** 67/25
**3553 [13]** 8/19 8/21 10/25 12/8 12/10 12/25 13/9 15/12 24/23 25/21 26/4 28/8 30/19
**360 [1]** 76/2
**37 [8]** 17/11 19/6 19/7 20/4 20/11 20/21 21/13 21/16
**3B1.1 [2]** 10/10 11/4
**3B1.4 [1]** 13/4

**4**
**40 [17]** 10/24 24/20 24/24 25/14 26/23 28/11 30/20 35/22 61/12 62/25 63/13

66/23 69/15 69/18 69/21 70/11 70/13
**40-dollar [1]** 40/7
**40-year [1]** 29/10
**41 [3]** 17/14 19/7 21/12
**43 [16]** 8/15 12/9 12/21 15/17 16/14 16/16 16/25 17/7 17/14 20/20 22/1 22/8 22/21 22/23 22/23 23/15
**46 [5]** 22/5 22/8 22/9 22/14 22/21
**480 [3]** 76/8 77/18 77/24
**4:00 [1]** 33/16
**4:00 and [1]** 33/17
**4:30 saying [1]** 33/17
**4th [1]** 1/24

**5**
**50 [1]** 19/4
**51 [1]** 19/4
**55 [1]** 19/4
**57 [1]** 76/13
**5:00 a.m [1]** 48/22

**6**
**60-month [1]** 77/21
**6th [2]** 25/25 56/19

**7**
**753 [1]** 82/7

**8**
**8th [5]** 17/8 19/10 25/6 31/24 31/25

**9**
**90 percent [1]** 48/7
**9th [1]** 17/21

**A**
**a.m [2]** 1/7 48/22
**abated [1]** 64/25
**ability [3]** 28/25 30/11 78/18
**able [27]** 29/7 30/15 31/25 32/1 32/7 32/13 33/25 41/14 45/11 45/14 46/2 49/23 49/24 50/1 50/2 52/4 53/11 54/5 55/11 55/15 64/16 69/5 69/23 75/10 76/5 79/1 79/23
**about [58]** 6/14 9/19 9/21 11/4 15/15 18/8 24/16 24/25 25/6 25/20 25/20 25/22 25/23 26/14 27/2 27/14 28/14 34/17 39/14 40/17 42/22 43/11 48/11 48/15 50/12 51/7 51/9 51/20 51/23 52/21 54/10 54/24 55/20 56/16 56/20 58/8 60/5 60/23 61/21 61/24 63/2 63/3 64/21 65/13 65/20 65/25 72/12 72/12 72/13 72/14 72/14 72/15 72/16 73/5 73/19 73/20 76/17 80/24
**above [5]** 1/10 12/21 22/24 67/25 82/9
**above-entitled [2]** 1/10 82/9
**absence [1]** 41/25
**absent [1]** 73/7

**A**

**absolute [1]** 71/18
**absolutely [3]** 33/2 41/16 68/14
**abuse [3]** 51/18 78/8 78/14
**academic [3]** 12/20 13/25 15/16
**academically [3]** 13/7 14/7 24/16
**academics [1]** 8/15
**accept [4]** 52/20 71/25 72/5 75/14
**acceptable [1]** 24/21
**acceptance [2]** 22/15 26/20
**accepted [4]** 26/13 62/22 63/12 70/20
**accepting [1]** 78/21
**access [5]** 28/23 28/25 29/24 73/15 78/11
**accessible [1]** 45/13
**accomplish [1]** 66/19
**accomplished [1]** 69/21
**accomplishing [1]** 67/22
**account [1]** 61/13
**acknowledge [1]** 68/5
**acknowledges [1]** 14/11
**acknowledgment [1]** 28/6
**across [7]** 37/2 38/4 38/5 41/11 43/16 54/12 57/12
**act [5]** 5/14 5/18 9/24 62/13 63/24
**action [1]** 72/17
**actions [2]** 41/11 75/24
**active [4]** 15/7 44/22 44/23 44/23
**activities [1]** 10/16
**activity [3]** 16/12 17/16 74/20
**acts [3]** 62/4 66/16 74/15
**actual [1]** 5/4
**actually [8]** 3/7 11/4 21/10 28/1 28/16 30/24 32/1 53/11
**acute [2]** 41/11 74/22
**add [1]** 12/23
**added [3]** 17/18 17/19 18/4
**addicted [1]** 27/15
**addiction [4]** 28/24 32/6 62/21 64/24
**additional [1]** 11/25 14/21 69/18
**address [9]** 5/16 5/23 11/8 12/10 15/13 23/22 30/20 70/22 71/19
**addressed [1]** 11/18
**addresses [1]** 24/23
**adds [3]** 18/20 18/22 63/25
**ADH [1]** 35/17
**ADHD [8]** 27/15 28/23 32/6 51/18 56/16 56/18 56/18 62/21
**adjust [2]** 68/20 69/12
**adjusted [8]** 16/16 18/1 18/15 19/7 20/19 21/11 21/25 22/6
**adjustment [5]** 20/18 21/6 21/11 68/25 69/2
**administratively [1]** 80/14
**admission [1]** 9/14
**admits [2]** 9/5 9/17
**Admittedly [1]** 8/14

**adolescence [2]** 65/6 65/7
**adult [1]** 28/1
**advance [1]** 2/15
**advantage [4]** 29/1 30/8 75/10 79/1
**advice [1]** 75/11
**advise [1]** 6/14
**advisory [1]** 23/14
**affect [3]** 20/14 22/12 22/13
**affected [2]** 3/4 55/23
**affirmed [1]** 5/11
**after [8]** 8/3 17/2 31/24 40/5 43/19 48/22 61/21 77/12
**afterwards [3]** 6/13 77/7 80/24
**again [28]** 10/9 13/7 14/7 15/15 17/6 17/16 17/25 18/1 18/10 18/13 18/19 19/4 22/8 23/19 27/20 29/23 30/7 30/19 31/23 43/1 50/2 55/12 55/12 55/16 66/12 70/2 76/4 78/10
**against [1]** 46/14
**age [9]** 14/6 14/14 40/4 41/24 42/2 42/9 49/5 64/4 66/9
**Agent [2]** 1/20 31/19
**agents [1]** 9/9 31/19 32/7 32/9 48/9
**ages [1]** 64/1
**ago [3]** 30/6 46/25 46/25
**agree [8]** 9/23 12/8 12/19 15/2 15/18 20/16 21/21 47/10
**agreed [4]** 13/12 66/23 74/25 76/9
**agreement [4]** 23/8 23/16 75/14 79/14
**agrees [1]** 15/23
**ahead [3]** 68/22 70/4 70/9
**aided [1]** 1/22
**airport [1]** 58/10
**aisle [1]** 54/13
**alive [1]** 39/23
**all [88]**
**allocution [1]** 71/7
**allow [2]** 69/11 76/1
**allowed [1]** 44/1
**allowing [1]** 49/10
**almost [4]** 24/15 26/7 60/17 66/21
**alone [3]** 14/6 63/3 76/2
**along [2]** 2/24 62/24
**already [7]** 11/24 11/25 58/9 66/23 80/14 80/21 80/22
**also [31]** 1/19 4/14 5/20 8/23 9/10 12/6 13/19 17/23 18/23 29/1 30/5 34/18 36/13 37/17 40/22 53/13 53/14 61/8 62/3 63/3 63/18 63/21 64/1 67/20 73/8 73/17 74/1 74/17 76/14 77/7 79/11
**altering [1]** 25/11
**although [4]** 31/8 42/18 45/19 76/15
**always [14]** 36/14 40/20 42/21 46/10 46/18 48/11 48/13 48/19 54/9 55/8 57/23 60/2 60/3 62/10
**am [13]** 8/19 16/14 26/14 41/17 41/21 43/6 44/11 52/13 73/23 75/14 76/7 78/17 78/18

**amazing [1]** 42/13
**amenability [1]** 29/10
**AMERICA [2]** 1/3 2/5
**among [1]** 74/23
**amount [4]** 32/14 40/8 53/3 54/9
**Anaconda [1]** 36/9
**anchor [1]** 34/25
**Anderson [2]** 38/23 38/23
**angry [1]** 48/25
**anguish [2]** 51/6 52/10
**another [14]** 14/21 18/20 18/22 27/19 30/24 30/25 36/8 44/2 44/2 44/2 44/3 49/2 52/16 58/7
**answer [5]** 62/16 63/9 63/24 63/25 64/24
**answers [2]** 65/14 66/15
**anticipates [1]** 12/2
**anxiety [1]** 39/13
**any [34]** 5/14 5/25 6/20 7/15 9/5 9/22 10/21 11/9 12/9 12/11 15/9 21/2 29/18 31/11 32/12 37/12 40/5 42/19 53/22 56/21 56/21 59/22 60/10 61/9 62/21 70/25 72/1 72/11 76/23 78/11 79/12 79/13 79/18 80/24
**anybody [4]** 59/7 59/22 61/1 72/2
**anybody's [1]** 56/22
**anymore [1]** 60/19
**anyone [13]** 2/15 17/3 37/2 40/14 40/20 42/22 57/5 57/12 57/20 61/7 61/9 61/15 62/8
**anyone's [1]** 28/20
**anything [18]** 3/5 4/17 20/8 20/14 34/23 35/13 36/14 42/22 51/19 53/1 56/6 62/20 64/25 71/20 71/21 72/3 80/12 80/15
**anyway [3]** 7/22 20/17 22/14
**apart [1]** 55/2
**apologize [11]** 4/9 7/16 19/3 21/19 53/15 71/16 71/23 71/23 72/1 72/4 72/7
**Apparently [1]** 53/13
**appeal [5]** 79/7 79/11 79/12 79/14 80/24
**appeared [1]** 2/19
**appellate [1]** 79/13
**appended [3]** 73/13 76/14 79/21
**application [2]** 10/13 12/3
**apply [7]** 10/23 13/10 14/8 16/1 16/3 26/16 72/22
**applying [1]** 16/15
**Appointed [1]** 2/11
**appointments [1]** 47/1
**appreciate [17]** 7/12 24/12 29/15 34/15 34/16 38/21 44/9 47/17 47/20 47/23 50/18 53/11 57/4 72/6 72/10 72/18 72/20
**appreciated [1]** 78/20
**appreciating [1]** 26/24
**appreciation [1]** 64/21

**A**

**appropriate [12]** 4/13 6/22 24/23 24/24 31/14 65/17 67/24 72/23 73/2 73/16 76/3 76/22
**approval [2]** 66/5 66/6
**April [2]** 17/15 25/4
**April 19th [1]** 17/15
**Aqueja [1]** 51/13
**are [97]**
**area [1]** 30/18
**areas [3]** 25/19 26/1 77/1
**aren't [2]** 13/16 62/9
**arguably [1]** 8/16
**arguing [1]** 26/15
**argument [11]** 8/18 8/19 13/17 13/24 14/2 25/19 26/3 28/10 63/8 70/18 75/25
**arguments [2]** 12/6 12/24
**armed [6]** 18/2 18/3 18/18 18/23 23/3 73/22
**Army [1]** 37/7
**around [10]** 30/8 30/10 30/15 33/17 58/4 65/1 65/7 66/6 66/7 79/4
**arrangements [1]** 39/19
**arrest [1]** 32/1
**Art [1]** 53/23
**Arts [1]** 37/7
**as [71]** 5/3 5/16 6/4 6/4 6/15 6/16 7/21 8/5 8/9 8/10 9/2 10/5 13/1 15/6 15/15 16/25 17/22 17/25 18/7 18/11 18/14 18/17 19/16 23/8 23/16 27/3 27/10 28/1 29/23 29/23 33/12 35/3 37/3 37/10 38/2 41/2 41/8 42/17 42/24 48/3 48/12 49/9 49/25 50/23 52/9 52/10 52/12 54/11 60/9 60/9 60/25 60/25 61/23 61/25 62/5 62/15 62/15 72/17 73/5 73/19 74/1 74/5 74/11 74/14 75/3 75/12 75/20 75/24 77/19 77/23 79/17
**aside [1]** 63/4
**ask [16]** 6/10 7/14 8/20 35/25 36/22 38/15 41/9 50/16 56/25 57/1 58/18 68/11 69/18 70/10 70/15 70/15
**asked [4]** 26/5 29/24 35/13 37/18
**asking [12]** 9/11 10/7 11/10 11/14 13/9 17/2 57/14 67/14 67/21 67/21 69/14 69/14
**aspect [1]** 42/5
**aspirations [1]** 49/21
**assault [1]** 19/19
**assesses [1]** 6/24
**assessment [8]** 5/10 5/21 7/1 7/3 7/4 16/2 30/5 78/19
**assessments [1]** 76/20
**assets [1]** 10/16
**assigned [3]** 20/23 20/25 21/1
**assist [1]** 39/18
**Assuming [1]** 22/20
**assure [1]** 62/19

**astronomical [1]** 31/6
**attach [1]** 5/12 5/18 7/10 7/20
**attached [4]** 2/25 4/3 4/13 5/4
**attaches [1]** 4/14
**attaching [1]** 6/14
**attachments [1]** 4/22
**attempt [2]** 19/15 19/18
**attempted [4]** 17/8 17/10 19/10 19/20
**attorney [2]** 36/25 61/23
**August [8]** 17/6 17/8 18/18 19/10 25/6 31/24 31/25 35/5
**August 1st [2]** 17/6 18/18
**August 8th [5]** 17/8 19/10 25/6 31/24 31/25
**aunt [3]** 34/21 39/18 41/13
**authentic [1]** 48/14
**automatic [2]** 67/17 68/2
**automatically [1]** 69/19
**availability [1]** 76/2
**available [7]** 27/23 28/4 28/18 75/6 75/8 75/8 79/2
**avoid [2]** 65/22 74/23
**aware [3]** 41/25 73/23 78/25
**awareness [1]** 26/21
**away [12]** 7/23 26/15 36/11 38/8 42/11 43/20 44/2 44/2 44/3 44/3 45/13 57/22
**awe [1]** 61/24

**B**

**baby [4]** 36/13 42/10 49/24 55/6
**back [14]** 26/23 30/12 36/14 41/3 42/10 43/11 43/23 47/8 50/8 55/15 59/8 61/14 69/6 71/10
**background [2]** 51/17 59/3
**backing [1]** 48/19
**backup [1]** 68/3
**bad [1]** 56/12
**bags [1]** 35/12
**baked [1]** 11/25
**Baltimore [10]** 1/6 1/25 25/9 25/18 29/19 39/23 41/12 49/11 62/5 74/6
**Barely [1]** 48/24
**base [12]** 16/10 16/14 16/24 17/11 17/19 18/5 18/9 18/22 19/6 19/9 19/20 20/9
**based [8]** 6/21 14/6 15/18 24/24 26/6 28/3 29/10 69/8
**basically [5]** 58/1 58/22 58/24 59/2 67/15
**basis [2]** 28/11 68/14
**be [132]**
**bear [1]** 65/11
**beating [1]** 36/19
**beautiful [2]** 42/21 60/22
**beauty [1]** 27/3
**became [1]** 37/9
**because [102]**
**become [2]** 36/22 46/9

**been [40]** 5/16 25/24 26/5 29/7 33/12 34/9 38/3 40/11 45/6 45/11 45/13 45/14 45/16 45/16 46/2 46/6 46/15 47/4 47/5 50/6 51/1 53/24 54/21 54/23 54/25 54/25 54/25 56/12 56/19 57/19 57/23 58/2 58/3 61/5 61/16 63/19 75/6 80/14 80/21 80/22
**before [27]** 1/12 3/20 8/7 22/5 27/20 29/17 33/19 35/2 35/7 37/13 43/19 43/20 44/19 45/1 48/6 49/8 52/23 53/23 60/12 65/6 71/6 71/18 72/8 76/14 77/6 79/12 80/23
**began [1]** 70/18
**begging [1]** 39/12
**begin [4]** 43/7 50/4 63/16 63/24
**beginning [3]** 25/5 72/24 79/18
**behalf [1]** 1/15 1/17 2/6 34/18 38/24 57/7 69/22
**behavior [1]** 63/6
**behavioral [1]** 78/5
**behaviors [2]** 63/11 63/21
**behind [2]** 31/19 42/10
**being [12]** 9/5 9/18 10/8 10/18 10/9 12/11 21/12 32/11 36/5 62/9 64/10 69/20
**belabor [1]** 26/1
**believe [22]** 4/9 4/24 10/22 11/20 12/12 16/15 19/6 19/16 20/5 20/15 24/22 24/24 29/12 33/23 50/22 52/1 53/5 70/19 76/2 78/17 79/8 79/11
**bend [1]** 39/3
**benefit [2]** 27/16 75/4
**best [20]** 24/17 28/17 28/17 32/4 32/16 32/22 32/23 32/24 37/6 49/25 54/21 57/7 57/17 57/22 58/21 59/18 76/19 76/19 76/24 77/1
**better [10]** 12/10 12/24 29/8 33/24 37/11 45/24 45/25 48/2 54/3 56/14
**between [3]** 33/17 51/24 63/5
**beyond [1]** 63/7
**big [3]** 57/20 60/5 60/10
**bigger [1]** 57/21
**birthdate [1]** 40/22
**birthday [5]** 33/19 39/21 40/6 49/8 60/8
**bit [4]** 7/23 7/24 39/3 71/9
**blame [1]** 58/13
**bless [3]** 38/20 40/1 47/14
**blessed [1]** 46/4
**blessing [1]** 37/2
**blood [2]** 48/17 64/5
**blow [1]** 59/25
**bodily [1]** 20/1
**body [1]** 48/20
**bond [2]** 42/12 54/3
**book [1]** 19/13
**BOP [5]** 6/8 27/17 68/3 68/6 69/8
**born [1]** 37/5

**B**

**borne [1]** 29/11
**both [9]** 12/19 28/22 53/25 59/2 64/22 65/15 74/13 75/3 77/25
**bought [3]** 35/10 37/14 51/21
**box [2]** 39/24 40/7
**brain [1]** 64/8
**brand [1]** 50/1
**brandished [3]** 17/18 18/4 18/19
**brave [1]** 72/10
**breaks [1]** 68/18
**breast [2]** 35/15 37/16
**breath [1]** 36/24
**breathtaking [1]** 31/18
**bridge [1]** 11/21
**brief [2]** 71/13 71/17
**briefing [1]** 7/13
**briefly [1]** 39/7
**bring [3]** 41/2 52/13 61/14
**brings [1]** 69/16
**broke [1]** 40/23
**brother [10]** 35/2 35/3 40/23 44/3 48/20 54/7 56/8 56/11 57/8 57/17
**brothers [1]** 37/10
**brought [3]** 43/3 48/7 57/12
**Bryan [1]** 1/20
**build [1]** 54/3
**building [1]** 68/20
**bullets [2]** 39/24 40/7
**Bureau [10]** 6/3 67/1 73/14 75/6 76/6 76/16 76/19 76/21 77/1 79/2
**bury [1]** 35/4
**business [1]** 49/22
**butterscotch [1]** 51/17
**buy [3]** 36/15 36/16 37/13

**C**

**calculate [1]** 13/2
**calculated [4]** 12/22 21/10 21/21 37/24
**calculating [2]** 8/7 68/8
**calculation [10]** 3/11 16/22 17/7 17/22 17/25 18/7 18/11 18/14 18/17 67/16
**calculations [7]** 3/16 8/5 18/24 23/8 23/13 26/8 72/24
**call [9]** 24/3 24/6 32/19 33/16 36/1 36/1 55/14 58/22 63/21
**called [6]** 41/14 46/11 46/13 48/4 48/22 68/13
**Calling [1]** 2/4
**calls [1]** 40/16
**calm [1]** 35/18
**calming [1]** 48/9
**came [12]** 1/10 33/16 37/2 38/4 38/5 51/17 51/18 51/18 54/8 57/12 72/10 72/19
**Cameron [3]** 13/9 21/18 22/2
**can [48]** 3/17 3/17 4/6 6/12 7/23 7/24

7/25 8/3 11/21 13/8 13/21 14/2 14/7 14/15 15/25 24/17 26/6 27/5 28/12 29/18 30/12 36/21 36/22 38/18 39/1 39/3 39/4 42/2 43/2 43/22 45/21 50/14 50/15 51/4 52/2 53/3 55/4 57/2 58/8 59/7 62/2 67/14 70/5 70/24 75/4 76/21 77/7 79/5
**can't [20]** 30/10 36/1 36/25 40/25 43/11 43/11 44/13 45/8 45/8 45/12 47/3 52/13 53/2 58/3 58/4 58/5 59/5 60/7 65/23 66/14
**cancer [3]** 35/15 37/17
**cannot [2]** 35/16 48/17
**capable [1]** 32/10
**capacity [1]** 27/14
**capped [1]** 10/9
**caption [1]** 39/22
**car [6]** 35/8 37/24 48/23 48/24 49/2 54/22
**care [7]** 35/9 35/9 42/4 42/5 60/1 60/5 61/7
**cared [1]** 55/20
**career [2]** 36/22 46/9
**careful [1]** 49/5
**carjacked [1]** 25/12
**carjacking [17]** 10/21 17/15 17/17 17/19 17/21 17/24 17/25 18/6 18/8 18/10 18/11 18/13 18/14 18/16 18/17 25/4 31/1
**carjackings [3]** 25/2 31/12 73/22
**Carrington [8]** 25/18 27/6 29/21 33/1 33/4 47/16 72/15 73/21
**carry [1]** 34/12
**case [26]** 3/4 6/12 7/18 16/11 23/21 24/17 24/22 25/13 27/12 30/24 31/5 31/14 32/13 36/23 56/25 62/22 70/1 73/14 73/18 74/12 74/18 74/25 75/15 75/23 76/11 77/17
**cases [1]** 31/3
**Category [2]** 23/7 23/14
**caught [1]** 32/11
**caused [4]** 29/14 41/11 75/24 76/4
**causes [1]** 74/6
**CDL [2]** 33/15 56/10
**ceiling [2]** 31/14 31/15
**celebrating [1]** 40/6
**celebrities [2]** 40/16 57/13
**Celebrity [3]** 43/18 48/3 50/1
**certain [3]** 8/11 38/5 60/18
**certainly [7]** 13/8 29/9 63/17 63/17 75/9 76/21 79/23
**CERTIFICATE [1]** 81/8
**Certified [1]** 82/4
**certify [1]** 82/6
**cetera [1]** 49/5
**Challenger [1]** 48/24
**challenges [1]** 65/19
**chambers [1]** 71/8

**chance [1]** 35/11
**chances [1]** 41/9
**change [4]** 29/6 30/4 34/9 54/10
**changed [2]** 38/3 55/22
**chaos [1]** 26/24
**character [1]** 40/17
**characteristics [2]** 26/10 73/4
**characterized [1]** 8/10
**charge [1]** 10/18
**Chavis [13]** 25/16 38/24 39/8 41/18 41/22 43/6 43/7 48/2 53/13 53/14 56/3 57/7 72/14
**Chavis's [1]** 41/22
**cheap [2]** 39/24 40/6
**checked [1]** 80/22
**Checkers [1]** 54/18
**cheering [1]** 54/11
**Cheplak [2]** 1/20 31/19
**chest [1]** 39/14
**child [4]** 38/4 41/4 41/22 42/18
**children [7]** 35/6 35/10 37/14 38/3 38/5 42/14 43/13
**choice [2]** 40/5 63/18
**choose [1]** 8/17
**chose [4]** 41/8 44/5 44/6 61/9
**Christmas [1]** 34/6
**Christopher [1]** 13/18
**church [1]** 56/10
**Circuit [3]** 5/11 7/9 7/18
**circumstances [3]** 64/17 64/17 73/17
**cite [1]** 11/4 12/3 68/2
**cited [3]** 4/25 5/2 5/10
**city [8]** 25/10 25/18 27/1 41/11 46/7 74/2 74/3 74/15
**city's [1]** 74/5
**claim [1]** 28/14
**claims [1]** 29/14
**classes [1]** 56/19
**classification [5]** 6/9 68/2 68/3 68/7 73/16
**classifications [1]** 76/18
**classified [1]** 68/10
**classify [1]** 68/6
**clear [2]** 14/22 66/13
**clearly [5]** 15/22 15/24 39/4
**clicked [1]** 57/9
**client [1]** 77/4
**close [2]** 40/25 43/1
**closed [1]** 41/4
**closer [1]** 48/18
**closest [1]** 48/3
**clothe [1]** 35/8
**clothes [2]** 35/10 37/13
**clothing [1]** 54/5
**cocaine [3]** 63/16 63/20 73/7
**coding [1]** 76/18
**cognitive [5]** 11/17 63/20 67/11 69/11 78/5

**C**

cognitively [1]  64/12
coldly [1]  24/16
collected [1]  8/24
Colombia [1]  36/8
color [1]  60/6
combined [1]  22/6
come [16]  3/14 29/17 29/17 34/9 39/14
42/23 43/1 43/21 46/1 46/16 47/9 54/2
54/21 59/6 59/8 72/11
comfort [1]  42/1
comfortable [1]  77/10
coming [2]  32/22 80/23
commanding [1]  14/23
commentary [1]  12/3
comments [10]  34/15 38/22 43/19 44/9
44/10 47/21 50/17 72/10 78/20 78/22
commission [2]  18/21 80/7
commit [3]  19/19 29/14 29/25
commitment [1]  79/16
committed [4]  9/18 25/4 31/18 63/5
committing [1]  23/4
community [8]  30/13 30/16 30/22 44/4
44/23 44/25 46/16 62/18
compassion [1]  36/2
compassionate [1]  68/24
comply [1]  75/19
compose [1]  35/20
computations [1]  16/8
Computer [1]  1/22
Computer-aided [1]  1/22
concern [1]  30/14
concerned [1]  26/22
concerning [1]  27/11
concerns [1]  26/25
concluded [2]  69/9 81/6
concur [1]  16/2
concurrent [2]  77/21 77/25
condition [1]  68/17
conditions [9]  62/21 66/1 66/9 77/4
78/2 78/3 78/16 80/18 81/1
condolences [3]  44/19 44/20 70/7
conduct [3]  3/4 74/18 74/22
Conference [1]  82/10
confidant [1]  57/8
confinement [1]  36/6
confirm [1]  80/24
conformance [1]  82/10
confused [3]  24/18 33/22 53/22
Congress [1]  73/1
consequences [1]  74/17
consider [14]  9/15 10/11 13/8 28/9
41/9 50/16 50/23 73/17 74/8 74/21 75/2
75/11 76/21 79/12
considered [4]  8/18 12/24 51/7 74/25
considering [1]  73/2
conspiracy [8]  9/11 16/9 27/4 27/8

27/20 31/9 31/10 31/11
constant [3]  33/20 34/3 34/11
constantly [1]  34/10
constituted [1]  19/21
contact [2]  9/11 54/8
contagious [1]  48/10
contain [7]  5/7 5/14 5/21 6/23 7/1 7/3
7/4
contained [4]  5/22 6/18 6/20 11/6
contesting [1]  5/3
contests [1]  4/12
context [2]  12/25 53/11
continue [2]  41/4 49/22
continued [1]  30/6
continues [1]  40/9
continuing [2]  3/14 29/12
contrary [1]  13/24
contributed [2]  63/6 63/11
contributing [2]  40/19 66/14
control [5]  13/22 63/7 63/17 64/19
66/15
conviction [2]  23/3 79/7
convinced [1]  29/4
cookout [1]  60/9
cool [2]  40/2 49/10
coordinator [1]  3/9
cop [2]  35/22 46/15
cope [1]  40/9
correct [10]  5/5 16/5 16/17 18/24 20/4
20/9 21/22 22/19 38/11 82/7
corrected [1]  21/14
correctly [1]  68/8
coughing [1]  71/9
could [34]  3/11 7/8 8/18 29/24 32/9
33/5 33/23 33/24 34/9 36/4 37/12 39/16
39/16 41/2 41/3 41/5 41/13 41/15 48/19
49/6 49/7 54/24 55/6 58/13 58/14
58/17 60/23 61/15 61/15 63/17 63/18
64/7 64/19
couldn't [14]  33/23 35/9 36/6 36/7 45/5
46/1 46/5 50/3 50/7 52/15 53/21 53/21
54/20 58/15
counsel [4]  2/11 3/2 9/7 75/3
counsel's [1]  75/25
count [12]  2/20 20/11 20/18 21/6 39/6
48/19 77/17 77/19 77/19 77/22 77/23
78/1
Count 4 [1]  20/11
Count 6 [1]  77/23
counted [1]  21/20
counts [3]  2/20 80/9 80/10
couple [1]  27/18
course [6]  6/17 49/4 64/15 66/13 66/23
70/12
court [27]  1/1 2/12 5/16 9/15 10/11
11/10 11/14 15/12 23/22 41/9 47/17
61/21 66/18 67/14 67/21 67/22 67/23
68/11 70/10 70/15 71/11 71/14 71/19

73/23 76/25 80/23 82/5
court's [1]  5/12
courthouse [2]  7/10 7/19
courtroom [5]  3/14 6/1 47/10 61/7 63/4
cousin [1]  51/4
cousin's [1]  39/13
cr [1]  1/4
crack [3]  63/16 63/20 73/7
cracks [1]  28/17
crashing [1]  48/23
crazy [1]  46/11
create [2]  54/4 54/5
creative [1]  60/4
credit [3]  76/12 76/13 76/14
crime [11]  5/13 5/14 5/15 5/17 9/18
13/14 25/5 26/8 29/3 29/25 31/17
crimes [18]  9/6 9/19 13/5 13/19 29/14
31/18 31/25 32/16 41/8 61/16 61/22
62/20 62/23 62/24 63/2 63/6 63/24 70/1
criminal [19]  1/4 2/5 4/25 22/25 23/1
23/2 23/4 23/6 23/6 23/14 29/17 51/16
62/23 63/9 64/15 64/22 65/12 69/7 69/7
cross [3]  16/13 16/24 17/10
cross-reference [3]  16/13 16/24 17/10
CRR [2]  1/23 82/16
cruel [1]  67/9
culpability [1]  74/24
culpable [2]  31/10 31/15
cure [1]  37/16
current [1]  6/18
custody [1]  76/14
Cuts [3]  43/18 48/3 50/1

**D**

dad [14]  53/20 53/25 54/4 54/6 54/8
54/13 54/19 54/21 55/4 55/12 55/15
55/16 55/16 55/21
dad's [1]  54/25
daily [2]  34/12 39/8
damaged [1]  45/6
danger [1]  31/6
dangerous [2]  32/12 38/18
Dated [1]  82/12
daughter [9]  37/9 41/24 42/4 42/7
42/14 43/21 46/4 53/19 57/19
daughter's [1]  41/18 56/2 57/19
daughters [1]  37/9
David [1]  1/20
day [32]  32/16 33/15 33/19 35/2 35/7
40/24 43/12 43/22 44/24 45/1 45/24
45/25 46/24 47/8 48/22 49/24 50/24
51/1 52/21 54/1 54/12 54/14 58/6 58/12
58/12 58/16 59/25 62/1 62/5 64/20
72/25 82/12
days [4]  45/1 49/8 76/13 79/15
dead [1]  41/1
deadbeat [1]  54/6
deadly [1]  49/11

# D

**deal [7]** 17/4 34/2 43/10 51/2 56/17 70/6 78/24
**dealing [2]** 47/4 65/22
**dealt [1]** 22/11
**Dear [3]** 39/5 41/17 41/21
**death [18]** 33/17 33/18 33/21 34/7 35/1 35/22 36/5 37/13 37/25 38/14 41/23 42/16 43/3 43/9 43/19 50/6 50/13 51/3
**deaths [1]** 25/8
**debatable [1]** 12/18
**December [2]** 1/7 25/25
**December 6th [1]** 25/25
**decide [2]** 8/20 52/5
**decided [2]** 33/14 51/25
**decision [4]** 5/10 45/1 70/23 80/24
**decisions [7]** 46/19 63/11 64/13 65/12 66/13 66/14 76/23
**decline [1]** 12/25
**dedicated [1]** 32/8
**deep [2]** 37/21 70/7
**deeply [3]** 37/20 44/22 62/16
**defect [1]** 79/9
**defendant [16]** 1/5 1/17 8/25 10/14 22/14 25/1 25/7 25/9 25/11 26/13 30/20 51/14 51/23 51/25 73/4 75/2
**defendant's [3]** 9/15 10/4 26/9
**defendants [2]** 31/8 74/23
**defense [3]** 46/17 61/23 75/25
**deficiencies [1]** 67/11
**defined [1]** 66/2
**deflect [1]** 15/7
**degree [4]** 12/23 16/13 17/10 19/21
**delinquencies [1]** 28/2
**delivery [1]** 65/19
**demonstrate [1]** 63/20
**demonstrated [3]** 22/15 30/11 47/19
**denial [1]** 5/12
**department [2]** 44/24 46/11
**departure [2]** 10/12 75/1
**describe [1]** 43/2
**described [1]** 61/25
**deserve [7]** 35/24 42/6 42/7 49/19 50/15 55/17 55/24
**deserves [3]** 27/22 31/15 55/18
**designated [2]** 69/20 80/8
**designation [1]** 6/2
**designations [1]** 76/18
**despite [4]** 7/17 29/12 57/21 75/23
**detailed [2]** 63/14 66/17
**detained [1]** 80/7
**detention [1]** 30/17
**determination [1]** 6/13
**determinations [1]** 77/2
**determine [4]** 24/16 72/22 73/16 78/15
**determines [1]** 10/10
**determining [1]** 9/15

**deterrence [5]** 30/20 30/23 74/13 74/14 74/18
**detour [1]** 58/15
**Dev [4]** 43/18 48/3 48/4 50/2
**devastated [1]** 33/22
**development [1]** 64/8
**Devon [43]** 25/16 39/7 39/8 39/10 39/16 40/3 40/4 40/10 40/13 40/19 40/22 41/1 41/3 41/3 41/6 41/18 41/22 41/22 42/4 43/7 43/14 48/2 48/18 49/6 49/21 50/11 57/7 57/8 57/11 57/16 57/18 57/21 57/21 57/23 58/2 59/5 59/8 59/17 60/7 60/11 60/12 60/25 72/14
**Devon's [6]** 39/21 40/17 43/4 43/5 57/19 60/16
**diagnosis [1]** 27/14
**Dickens [1]** 59/17
**dictated [1]** 16/11
**did [25]** 7/18 10/14 13/10 26/21 28/25 29/20 30/1 35/3 35/7 37/6 37/12 37/23 39/15 39/16 40/4 42/3 42/6 42/14 45/10 49/25 51/16 51/19 55/4 65/7 72/3
**didn't [27]** 7/4 7/15 10/21 27/6 32/8 32/12 34/2 34/3 34/4 34/22 35/11 39/17 45/5 52/23 53/22 53/25 55/12 58/11 59/6 60/5 60/6 60/8 60/9 60/10 64/20 72/1 72/2
**die [2]** 52/13 53/1
**died [6]** 30/2 37/10 51/5 58/9 60/17 60/17
**difference [5]** 13/20 14/6 29/2 29/5 69/17
**different [5]** 29/8 47/2 47/3 51/24 58/14
**difficult [3]** 46/6 47/4 47/5
**difficulties [1]** 29/15
**diminished [1]** 63/8
**diminishment [1]** 71/2
**direction [2]** 14/23 15/9
**directly [2]** 72/9 73/21
**directs [1]** 9/15
**dirty [2]** 46/15 46/15
**disability [1]** 35/18
**disagree [2]** 17/3 45/4
**disbelief [2]** 33/21 39/8
**discuss [3]** 4/20 26/9 80/12
**discussed [2]** 70/23 79/17
**discusses [1]** 5/11
**discussion [4]** 4/23 8/21 12/20 15/16
**dismay [1]** 75/16
**dismissed [1]** 80/9
**disparities [1]** 74/23
**disparity [2]** 14/14 31/7
**disputed [5]** 8/7 8/9 13/3 16/5 63/19
**disregarded [1]** 21/5
**disrespect [1]** 70/25
**distinguish [1]** 63/5
**distorted [1]** 70/12

**district [6]** 1/1 1/1 5/12 7/19 82/5 82/6
**ditch [1]** 48/23
**DIVISION [1]** 1/2
**do [90]**
**docket [1]** 4/5
**doctor [1]** 39/15
**doctors' [1]** 47/1
**document [2]** 6/2 6/8
**documentation [1]** 73/14
**does [16]** 5/14 7/3 12/22 20/3 20/7 20/12 20/15 24/22 42/6 62/6 63/23 63/24 64/14 64/20 70/8 74/24
**doesn't [9]** 11/15 13/12 22/13 27/12 36/2 43/8 55/17 64/25 65/11
**doing [6]** 3/21 47/25 56/4 56/19 61/5 61/11
**dollar [1]** 40/7
**don't [55]** 6/6 7/2 7/21 11/20 12/12 17/4 19/5 19/8 19/13 19/17 20/4 20/15 22/10 26/16 27/5 29/11 30/14 30/14 32/21 32/22 33/4 35/21 38/25 41/25 42/25 43/1 43/7 45/7 45/21 48/11 49/17 51/9 51/14 52/1 54/19 55/24 56/6 56/23 58/16 59/4 60/19 60/19 60/23 61/1 61/6 61/7 62/7 62/12 66/20 69/6 70/5 71/20 71/24 76/1 76/24
**done [12]** 5/16 38/11 42/9 42/9 45/25 49/18 49/20 56/24 58/13 58/17 62/2 80/5
**door [1]** 29/19
**doors [1]** 65/22
**double [1]** 21/20
**doubt [1]** 65/13
**down [11]** 31/25 35/8 35/19 35/23 37/22 39/3 40/24 54/13 56/6 66/11 69/16
**dozen [2]** 9/20 25/1
**dozens [2]** 31/22 31/22
**Dr. [4]** 11/18 63/14 65/4 73/12
**Dr. Michael [1]** 73/12
**Dr. O'Connell [1]** 65/4
**Dr. O'Connell's [2]** 11/18 63/14
**draft [1]** 6/18
**draw [2]** 11/10 52/4
**dreams [1]** 54/6
**drive [2]** 33/14 39/11
**driver [1]** 10/1
**driving [1]** 40/24
**drove [3]** 27/7 30/1 59/2
**drug [2]** 51/18 64/23
**drunk [1]** 49/4
**due [1]** 45/6
**Dugan [1]** 44/11
**dump [1]** 36/8
**duplicated [1]** 50/10
**during [10]** 8/24 9/6 13/4 29/17 34/10 42/23 47/12 47/13 70/17 73/7
**duties [1]** 71/2

**E**

**each [16]**  8/8 10/19 17/2 20/19 20/20 20/24 41/8 45/24 45/25 50/25 53/25 58/23 72/19 72/21 73/24 77/17
**eager [1]**  71/21
**earlier [1]**  18/8
**early [3]**  62/22 70/20 73/9
**earth [3]**  38/4 39/9 57/18
**ease [3]**  34/4 36/23 40/8
**easily [1]**  66/10
**easy [4]**  34/16 51/19 72/11 78/22
**eat [2]**  33/25 59/25
**educate [1]**  40/20
**education [3]**  28/9 28/15 32/6
**educational [1]**  75/5
**effect [1]**  32/17
**effects [1]**  74/4
**eight [4]**  18/2 18/5 20/22 21/2
**either [5]**  16/3 22/11 43/10 67/9 71/25
**elevated [1]**  64/5
**eliminate [1]**  62/2
**else [8]**  3/5 4/17 42/1 44/6 52/11 57/5 60/23 80/12
**embedded [1]**  67/6
**emotion [1]**  52/14
**emotionally [1]**  42/20
**empathy [1]**  36/2
**employment [1]**  73/10
**enclosure [1]**  32/25
**encountered [1]**  57/25
**encouragement [1]**  14/23
**end [11]**  19/5 22/12 24/3 26/19 28/12 32/16 47/14 49/12 69/15 70/18 76/8 80/4 80/5
**endure [1]**  36/24
**enemy [1]**  34/12
**energy [2]**  48/7 50/10
**enforcement [1]**  32/10
**engaging [2]**  74/15 74/20
**enhancement [15]**  8/9 8/11 11/22 11/25 12/1 12/5 13/1 13/3 14/19 14/20 15/13 15/15 16/3 16/15 19/25
**enhancements [2]**  8/7 12/12
**enjoyed [1]**  53/25
**enormous [3]**  32/14 70/11 72/17
**enough [7]**  10/22 15/20 28/18 32/11 62/9 62/9 75/16
**ensure [2]**  67/3 69/18
**entered [1]**  79/14
**enterprise [1]**  16/9
**entire [1]**  29/3
**entirely [1]**  12/20
**entitled [1]**  1/10 76/12 82/9
**entitlement [1]**  5/18
**environment [5]**  51/19 64/19 67/20 69/3 69/20
**equally [1]**  20/24

**escape [1]**  18/21
**especially [3]**  13/16 26/10 42/2
**ESQUIRE [2]**  1/16 1/18
**essential [2]**  6/2 6/8
**establishes [1]**  5/18
**et [1]**  49/5
**evade [1]**  32/7
**evading [1]**  32/10
**evaluate [1]**  10/4
**evaluations [3]**  3/1 28/23 29/22 32/3 32/5
**even [30]**  10/14 12/1 21/11 22/23 27/13 28/5 36/3 42/16 42/20 43/15 47/3 48/6 48/8 48/25 50/4 51/12 52/12 53/21 58/3 58/4 58/5 58/8 59/5 60/19 60/23 61/1 61/13 64/20 70/13 70/22
**event [3]**  10/20 31/24 68/10
**events [1]**  11/23
**eventually [2]**  2/22 47/8
**ever [18]**  24/18 34/7 39/20 43/1 49/15 49/15 50/2 54/10 54/20 54/25 56/11 56/20 59/8 59/8 59/8 61/1 61/2 66/15
**every [29]**  9/18 9/24 10/19 31/20 33/20 35/15 37/16 40/9 42/5 42/19 43/12 43/20 43/22 44/24 46/24 48/19 48/19 49/25 50/25 52/21 54/1 54/14 58/12 58/16 59/1 62/1 62/5 72/21 73/24
**everybody [12]**  47/14 50/5 50/20 50/23 50/25 51/2 57/25 59/21 59/23 64/14 69/12 74/4
**everyone [1]**  3/18 15/23 23/8 23/16 43/15 43/25 44/18 53/12 54/8 55/20 62/19
**everything [17]**  7/2 34/21 39/15 39/16 42/25 43/13 47/2 51/22 52/3 52/12 55/22 56/9 58/19 58/20 58/21 71/23 72/15
**everything's [1]**  54/25
**evidence [10]**  8/22 8/24 9/2 10/4 10/12 10/22 10/24 11/21 15/20 69/8
**evidence-based [1]**  69/8
**evidenced [1]**  74/12
**evil [1]**  45/2
**exact [1]**  31/3
**example [1]**  48/14
**excellent [1]**  69/11
**except [3]**  9/18 9/24 10/20
**exception [1]**  61/25
**exciting [1]**  38/1
**excuse [2]**  52/1 68/22
**exercised [1]**  10/15
**exercising [1]**  13/22
**exert [1]**  48/12
**exist [1]**  28/6
**exists [1]**  62/17
**expect [1]**  70/21
**experience [4]**  59/10 59/10 59/10 59/23

**experienced [5]**  32/7 34/17 51/5 54/20 73/8
**experiences [1]**  48/16
**experiencing [2]**  68/18 78/23
**expertise [1]**  57/14
**explain [5]**  9/24 47/3 58/3 58/4 58/5
**exposed [4]**  63/16 63/19 64/14 73/7
**express [2]**  53/10 59/7
**expressed [2]**  53/9 75/16
**expressing [1]**  36/18
**extended [1]**  65/7
**extent [5]**  7/4 11/23 15/11 26/21 68/1
**extra [1]**  52/6
**extraordinary [2]**  26/6 26/8
**extreme [7]**  6/1 51/6 52/10 62/10 62/14 64/18 70/9
**extremely [3]**  74/10 74/11 74/22
**eyes [2]**  40/25 41/4

**F**

**face [1]**  37/22
**faced [1]**  29/16
**FaceTime [1]**  46/6
**facilitate [1]**  18/21
**facility [4]**  18/21 45/12 67/24 69/1
**facing [1]**  31/5
**fact [12]**  9/23 10/19 11/11 12/22 14/3 26/6 29/2 29/13 64/4 64/8 72/18 78/20
**factor [1]**  11/4
**factored [1]**  11/24
**factors [18]**  9/14 10/3 11/6 12/8 12/11 15/12 24/23 25/21 26/4 28/8 30/18 63/6 63/10 63/14 65/2 66/14 72/22 75/21
**facts [21]**  8/23 8/25 9/1 9/3 9/3 9/13 9/17 10/18 11/6 12/13 13/11 13/12 13/13 13/13 14/5 15/1 15/19 15/19 25/21 25/22 25/23
**failed [1]**  36/25
**fair [2]**  12/12 44/7
**faith [1]**  30/9
**fall [2]**  26/23 69/6
**fallen [1]**  28/16
**falling [1]**  55/2
**families [6]**  44/19 45/21 55/11 71/24 72/7 81/4
**family [42]**  3/3 33/18 34/7 34/24 34/25 35/14 36/24 37/3 37/5 38/10 39/12 40/8 40/9 40/14 43/13 43/14 43/23 44/3 44/10 44/22 44/25 45/13 47/10 48/18 49/23 49/24 50/25 51/11 55/20 55/21 57/18 58/23 62/17 63/4 64/6 71/2 71/4 72/13 72/16 72/16 73/25
**family's [1]**  44/22
**family-oriented [1]**  34/7
**far [4]**  6/4 14/2 29/7 38/7
**fashion [1]**  67/23
**fashioning [1]**  66/18 67/3 67/12
**father [14]**  42/13 42/17 44/2 44/5 49/21

**F**

**father...** [9]  53/19 54/7 54/11 55/9
55/13 55/19 55/25 57/17 60/13
**father's** [2]  41/25 42/2
**fatherless** [1]  42/7
**fault** [4]  62/7 62/11 63/7 64/11
**favor** [1]  75/22
**favorite** [1]  34/5
**fear** [1]  42/16
**federal** [6]  1/24 4/24 32/7 36/4 75/11
82/16
**federally** [1]  32/2
**feed** [1]  35/8
**feel** [12]  35/21 36/25 39/13 40/9 43/12
52/15 53/4 54/9 56/14 57/1 60/17 60/22
**feels** [2]  55/2 60/21
**felt** [33]  33/25 41/2 42/16 46/18 60/1
**fence** [2]  9/8 9/9
**fences** [2]  9/8 9/10
**few** [3]  38/7 49/16 56/8
**figure** [4]  26/7 58/12 58/13 58/17
**file** [3]  7/12 8/1 80/25
**filed** [4]  4/9 26/10 79/15 80/6
**filing** [1]  79/12
**filthy** [1]  46/15
**final** [1]  39/18
**finally** [3]  31/17 31/24 40/23
**financial** [3]  5/7 6/24 78/12
**financially** [1]  42/20
**find** [13]  8/22 10/22 15/13 42/24 45/23
47/13 48/8 50/4 52/18 55/1 58/7 65/14
79/3
**finding** [4]  8/16 8/17 10/10 43/1
**fine** [7]  3/15 24/5 33/7 33/9 77/11
77/15 78/17
**finger** [1]  36/7
**finished** [1]  79/5
**fire** [1]  37/10
**firearm** [4]  11/13 17/18 18/4 18/19
**firearms** [3]  10/6 10/6 80/13
**fired** [1]  27/3
**fires** [1]  11/13
**firing** [2]  35/23 38/16
**first** [24]  8/9 9/5 11/12 16/8 16/13
17/10 19/21 24/6 24/7 26/13 27/19 31/8
34/24 37/5 41/22 44/19 53/20 53/21
54/22 54/23 71/22 72/8 73/3 80/22
**first-degree** [3]  16/13 17/10 19/21
**fit** [1]  69/11
**fits** [1]  75/18
**five** [15]  17/9 17/15 17/17 17/20 17/23
18/4 18/20 20/21 21/2 23/6 37/8 69/17
77/18 77/20 77/20
**fix** [2]  53/2 53/4
**fixed** [1]  49/2
**fixes** [1]  53/4
**Floor** [1]  1/24

**focus** [3]  8/22 25/19 31/17
**focusing** [1]  9/1
**follow** [3]  73/1 78/5 78/9
**followed** [1]  72/25
**following** [2]  39/22 42/16
**follows** [1]  6/7
**forced** [1]  31/22
**foregoing** [1]  82/7
**foremost** [1]  71/22
**forensic** [1]  73/11
**forever** [1]  50/10
**forfeited** [1]  80/14
**forgave** [2]  45/4 51/13
**forget** [5]  48/25 60/25 60/25 61/2
65/23
**forgive** [1]  43/10
**forgiven** [1]  50/14
**forgiveness** [1]  50/12
**forgiving** [1]  50/11
**format** [1]  82/9
**formative** [1]  73/9
**formed** [1]  13/16
**forth** [1]  70/17
**Forty** [2]  26/3 38/12
**forward** [1]  2/17
**FOSTER** [73]  1/5 2/5 2/11 2/14 2/19
2/25 3/21 5/23 5/24 6/1 8/9 9/11 9/17
10/6 10/7 11/9 11/23 13/14 13/22 14/12
15/3 15/20 15/24 25/14 25/14 25/20
26/15 26/17 26/23 27/11 27/19 27/25
28/21 29/15 30/11 30/21 31/7 32/1 32/4
32/10 37/23 62/22 63/3 63/12 63/16
64/1 64/5 65/1 66/2 66/4 67/1 67/3
67/10 69/22 69/24 70/3 70/8 70/19 71/7
71/18 72/6 73/5 75/4 75/9 75/10 76/5
76/12 78/4 78/18 78/20 80/7 80/19 81/3
**Foster's** [13]  4/15 8/23 9/7 9/13 10/5
22/25 28/5 28/14 29/7 29/20 64/17
69/11 75/22
**found** [3]  9/7 10/5 57/23
**foundation** [1]  37/18
**four** [14]  17/8 17/11 17/14 19/25 20/9
20/10 20/13 20/20 20/25 21/3 21/10
21/11 30/6 64/5
**four-level** [2]  17/11 19/25
**Fourth** [2]  2/20 7/9
**frankly** [2]  26/5 61/15
**free** [1]  38/6
**frequently** [1]  66/21
**friend** [13]  48/2 48/19 48/20 49/12
49/25 54/7 57/7 57/17 58/7 59/18 60/11
60/12 60/14
**friends** [9]  40/14 43/14 48/4 49/23
58/22 60/11 60/20 73/25 81/4
**fronts** [1]  76/23
**fucking** [1]  40/2
**fulfill** [2]  54/6 59/7
**full** [11]  26/16 26/20 26/20 36/23 37/21

42/21 59/19 59/20 64/21 67/10 78/22
**fully** [4]  2/15 13/16 26/24 41/25
**fun** [2]  38/1 42/23
**functioning** [2]  11/17 28/1
**fundamental** [1]  79/9
**funeral** [1]  39/19
**further** [6]  6/6 7/13 11/5 11/8 20/8
80/15
**fussing** [1]  49/4
**future** [2]  40/18 79/19

**G**

**GALLAGHER** [2]  1/12 43/6
**game** [1]  61/8
**gap** [1]  11/21
**gathering** [1]  40/10
**gave** [2]  35/13 55/19
**GED** [2]  28/25 30/11
**general** [1]  74/14
**generate** [2]  12/4 12/15
**generated** [1]  7/5
**gentle** [6]  36/12 36/12 36/12 37/2
37/20 37/21
**genuinely** [1]  55/20
**get** [43]  3/8 3/10 3/20 8/7 21/3 21/6
27/4 28/25 30/11 32/11 32/13 33/14
35/11 36/21 37/19 38/17 39/11 40/5
42/9 43/11 43/21 43/22 45/19 45/24
45/25 47/8 47/11 47/11 49/2 49/2 50/21
52/6 53/25 54/2 54/12 55/12 55/14 56/7
56/11 58/23 68/8 71/8 80/5
**gets** [3]  14/21 19/8 21/17
**getting** [1]  56/14
**giant** [1]  37/20
**giant's** [1]  37/21
**girl** [2]  49/24 55/7
**Giselle** [1]  44/11
**give** [9]  30/12 30/21 35/11 35/18 37/19
38/9 44/19 50/8 60/6
**given** [15]  5/25 12/22 13/25 30/19
30/22 38/12 53/6 64/17 65/16 68/21
69/11 74/18 74/22 74/25 76/3
**gives** [1]  17/7
**giving** [3]  28/11 52/1 52/1
**glue** [1]  55/21
**go** [20]  8/4 14/2 20/17 20/18 27/5
29/18 34/8 35/19 43/17 44/24 44/25
45/12 46/24 52/23 53/23 58/23 59/21
64/7 67/25 68/22
**goal** [2]  67/22 69/20
**goals** [3]  66/20 67/2 67/6
**God** [15]  38/20 39/12 40/1 40/23 41/12
43/10 43/11 45/7 45/9 45/23 45/24
47/13 47/14 49/9 52/18
**God's** [1]  38/3
**goes** [3]  10/24 67/1 69/1
**going** [61]  3/16 6/5 7/22 8/6 8/19 12/21
12/25 13/17 13/24 15/16 16/2 20/5

# G

**going... [49]**  20/12 20/14 22/8 24/3
24/19 24/25 25/22 26/1 29/4 29/6 29/19
30/15 30/17 31/2 31/4 31/5 31/6 32/23
36/17 38/16 41/15 45/17 45/18 46/10
46/11 50/21 52/2 52/5 54/15 55/3 55/22
56/7 56/20 56/21 58/10 64/12 64/12
64/14 66/25 67/15 68/5 68/9 69/23 71/7
75/14 76/7 76/23 78/17 78/18
**gone [4]**  32/9 39/8 54/25 55/22
**gonna [3]**  50/25 52/23 70/13
**good [30]**  2/2 2/10 2/13 2/13 4/17 20/8
33/10 33/11 33/13 34/20 36/11 41/7
44/16 44/17 44/18 46/17 46/17 47/9
48/1 53/16 53/17 56/5 59/22 60/1 65/14
69/16 80/20 81/2 81/3 81/3
**goodbye [1]**  55/5
**got [16]**  28/21 33/16 33/16 36/14 36/14
46/4 46/21 46/22 51/8 54/5 55/5 55/6
56/10 59/3 59/11 64/25
**gotten [2]**  45/24 49/16
**Government [17]**  3/2 4/2 11/10 12/9
22/17 24/19 24/20 24/22 26/10 26/22
26/25 29/4 32/14 62/25 69/14 76/7
79/19
**Government's [2]**  4/21 5/12
**grade [2]**  56/19 59/19
**graduate [1]**  54/10
**graduated [2]**  33/13 37/7
**graduation [1]**  60/9
**Grand [2]**  31/21 31/22
**grandchild [1]**  37/5
**granddaughter [1]**  44/4
**grandmother [2]**  51/4 73/6
**grandson [2]**  34/24 46/5
**granted [1]**  80/11
**grateful [1]**  53/10
**gravesite [1]**  35/3
**great [11]**  39/7 39/7 42/5 42/17 42/18
43/8 60/13 60/13 60/13 64/21 78/23
**greater [6]**  26/4 66/19 66/22 75/19
75/23 76/10
**greatest [1]**  21/25
**greatly [1]**  75/4
**grew [1]**  59/18
**grief [1]**  42/16
**grieving [1]**  42/1
**group [37]**  8/8 9/18 16/9 16/16 16/21
16/23 16/25 17/5 17/8 17/14 17/15
17/20 17/21 17/22 17/23 17/23 17/24
18/2 18/5 18/6 18/10 18/13 18/16 18/18
18/23 20/9 20/20 20/22 20/23 20/24
21/2 21/3 21/11 25/4 27/10 30/25 31/18
**groups [5]**  16/8 20/19 20/21 21/1 21/4
**grow [2]**  42/7 49/24
**growing [1]**  66/7
**guarantee [1]**  67/12

**guess [6]**  5/2 5/7 14/9 20/12 22/5 22/9
**guideline [22]**  3/15 9/14 10/25 16/11
16/13 16/22 16/23 16/24 17/6 17/9
17/16 17/17 17/22 18/3 18/19 19/19
22/22 23/14 26/7 74/12 75/1 75/12
**guidelines [12]**  3/10 8/5 8/8 8/15 10/3
10/9 10/11 11/24 13/2 14/22 16/1 75/12
**guilty [4]**  2/20 71/25 79/8 79/10
**gun [1]**  27/3
**gunned [2]**  35/7 35/23
**gut [1]**  39/15
**gut-wrenching [1]**  39/15
**guy [1]**  45/5
**guys [3]**  45/1 45/19 46/20

# H

**had [55]**  7/12 28/1 28/16 28/17 28/23
29/22 29/24 31/3 33/15 33/18 34/25
36/4 36/8 36/15 37/4 37/8 37/17 39/20
40/10 40/15 40/18 42/13 42/22 42/23
43/23 46/3 46/13 46/16 46/24 48/13
49/21 52/15 52/22 53/23 53/24 54/2
54/4 56/17 56/18 56/18 57/13 57/14
57/23 58/3 58/10 60/4 60/6 60/11 60/12
64/5 64/23 66/15 72/24 73/9 73/24
**half [15]**  20/13 21/1 21/3 21/17 21/23
22/1 22/4 22/5 22/9 22/14 22/21 22/22
25/3 26/22 32/7
**hand [1]**  38/11
**handful [1]**  9/19
**hands [3]**  32/13 42/4 62/13
**hands-on [1]**  42/4
**handsome [1]**  40/11
**hang [2]**  60/20 60/20
**Hannah [1]**  38/23
**happen [9]**  33/23 34/2 38/16 41/6
58/11 58/14 62/6 67/1 72/2
**happened [8]**  29/3 42/6 46/13 55/10
58/9 72/15 73/20 78/21
**happening [2]**  46/21 59/24
**happens [1]**  65/24
**happily [1]**  37/19
**happy [1]**  42/13
**hard [8]**  33/12 36/19 39/9 41/23 46/2
46/7 46/9 56/12
**hardest [2]**  39/22 54/20
**harm [4]**  72/2 74/6 75/24 76/4
**harps [1]**  27/14
**harsh [1]**  31/6
**harshest [1]**  36/3
**has [57]**  5/16 7/2 14/22 18/16 21/21
22/14 23/1 23/2 24/21 26/13 26/25
27/20 28/25 29/13 29/20 29/22 30/9
30/11 31/4 33/12 36/18 36/25 38/3
40/10 41/23 42/14 43/3 43/14 45/7 45/9
45/24 47/2 53/12 55/22 57/18 57/24
57/25 62/12 62/20 63/12 63/12 67/10
68/16 68/23 69/6 69/9 69/13 70/4 71/3

72/15 72/25 73/1 73/9 73/14 73/24
78/18 79/15
**hasn't [3]**  29/7 57/19 58/2
**hate [1]**  57/23
**haunts [1]**  58/16
**have [157]**
**haven't [5]**  45/11 45/14 47/6 47/7
58/23
**having [7]**  12/8 15/22 39/18 56/17 60/1
69/2 71/9
**he [285]**
**he'd [3]**  42/19 48/8 48/25
**he'll [3]**  54/22 59/24 59/25
**he's [32]**  9/22 9/25 10/1 10/1 10/7 11/7
11/12 14/25 15/4 26/25 27/15 28/15
28/16 28/17 29/12 30/15 30/17 45/25
50/13 52/19 52/21 53/6 55/22 56/24
60/13 60/14 66/5 66/5 66/7 68/9 68/16
69/19
**headlong [1]**  11/16
**health [3]**  29/22 51/2 68/16
**hear [21]**  33/7 39/4 50/25 54/11 54/15
55/6 61/24 62/3 62/7 62/8 69/17 70/5
71/6 71/21 71/24 72/12 72/13 72/13
72/14 72/14 72/14
**heard [11]**  8/12 48/11 49/9 53/20 61/19
73/4 73/19 73/19 73/20 73/21 74/1
**hearing [6]**  1/11 39/15 48/13 61/21
72/20 81/6
**hears [1]**  17/3
**heart [8]**  36/19 36/19 37/18 38/9 39/14
49/18 57/21 60/5
**heartbreaking [1]**  42/15
**heartless [1]**  43/23
**heavy [1]**  38/9
**held [1]**  82/8
**Hello [3]**  50/20 59/15 59/16
**help [14]**  28/15 28/18 28/18 29/13
29/24 34/2 34/3 36/25 37/19 50/4 52/2
54/19 56/14 75/22
**helpful [1]**  75/9
**helpless [1]**  41/2
**her [25]**  37/10 41/15 41/25 42/1 42/1
42/3 42/3 42/3 42/4 42/5 42/5 42/8 42/9
42/11 42/12 42/13 44/5 44/5 46/3 46/4
53/10 53/19 53/19 59/1 64/24
**here [40]**  2/7 5/16 10/17 11/16 16/15
23/22 24/8 24/10 28/19 32/20 32/21
35/16 38/4 44/6 45/17 46/22 49/17 51/2
51/12 53/18 54/4 54/21 54/21 56/7
56/24 57/1 59/6 62/19 63/10 64/10
68/14 70/2 70/19 72/9 72/17 74/13
74/22 75/21 76/4 78/21
**hereby [1]**  82/6
**hesitate [1]**  30/9
**high [4]**  33/13 54/11 69/1 76/8
**higher [2]**  28/4 28/12
**highest [3]**  20/23 21/5 22/9

## H

**highly [2]**  12/18 64/5
**highway [2]**  39/11 48/23
**him [84]**
**himself [4]**  33/24 36/3 52/19 66/8
**his [128]**
**history [11]**  22/25 23/1 23/2 23/6 23/7
23/14 26/9 63/7 65/16 73/3 73/10
**hold [7]**  7/23 7/24 27/9 34/11 42/3 46/6
79/18
**holding [1]**  10/6
**holiday [2]**  34/5 80/4
**holidays [3]**  34/5 34/10 54/22
**home [12]**  27/5 30/2 33/16 34/8 34/9
40/5 45/11 45/12 47/9 51/21 65/1 65/1
**homeless [4]**  35/8 35/12 37/14 55/19
**homicide [2]**  16/10 61/11
**homicide/murder [1]**  16/10
**homicides [2]**  9/21 31/1
**honestly [1]**  51/5
**Honor [64]**  2/4 2/10 3/6 3/19 3/23 3/25
4/16 4/24 5/20 7/8 8/2 8/13 9/19 10/10
10/22 11/3 16/18 16/20 17/1 19/1 19/3
19/13 20/15 21/8 21/10 21/19 21/21
22/19 23/10 23/12 23/17 23/18 23/24
24/12 30/18 32/20 34/18 34/20 35/25
37/20 38/9 38/17 39/5 41/13 41/17
41/21 44/8 44/16 47/15 53/9 53/15 56/4
56/18 61/5 61/17 61/20 64/2 68/23
70/15 77/15 79/22 80/10 80/13 80/17
**HONORABLE [4]**  1/12 43/6 71/11
71/14
**hope [6]**  45/23 47/8 75/9 78/24 79/1
79/23
**hopeful [1]**  68/8
**hopefully [2]**  47/12 79/5
**hoping [1]**  34/1
**horse [1]**  48/19
**hospital [1]**  39/12
**hour [2]**  24/15 26/7
**hours [1]**  38/7
**house [3]**  29/19 37/10 58/15
**housed [1]**  68/17
**housing [1]**  51/21
**how [28]**  6/6 8/20 12/21 13/16 21/21
24/16 25/23 29/11 32/22 36/21 38/7
41/5 42/3 47/3 47/4 47/25 52/21 54/25
55/5 56/4 56/25 60/6 61/8 64/7 66/2
68/6 68/20 68/24
**however [2]**  36/22 65/5
**hug [2]**  50/2 55/6
**huge [1]**  33/18
**hugs [1]**  37/21
**human [3]**  36/1 43/24 52/11
**humbled [2]**  61/20 70/19
**hurt [5]**  41/5 43/14 52/5 52/9 52/12
**hurting [1]**  44/4

**hurts [1]**  36/20

## I

**I'd [4]**  5/20 44/18 47/14 68/2
**I'll [14]**  6/14 22/10 22/11 43/1 47/14
48/10 49/2 55/8 55/12 55/14 70/18 71/9
77/20 80/23
**I'm [69]**  4/4 4/5 4/23 6/10 7/5 7/18 7/22
12/25 13/24 15/8 15/25 16/2 20/13
21/15 22/4 24/25 25/6 25/21 26/1 26/15
28/17 30/10 34/20 34/21 35/20 35/20
36/9 36/9 36/17 36/17 38/5 38/9 40/1
41/18 45/11 46/4 46/6 46/25 47/6 50/20
50/21 52/23 53/10 53/14 53/18 54/10
56/9 56/23 56/24 57/6 58/6 61/20 65/11
67/21 68/3 68/5 68/7 68/8 69/5 69/15
69/23 70/18 71/7 71/9 71/21 71/25
76/22 77/11 78/16
**I've [21]**  3/5 4/17 5/10 22/4 22/11 23/19
26/5 45/6 45/13 51/10 53/24 54/20
54/25 56/12 56/18 56/18 56/20 59/11
66/25 68/7 69/24
**idea [1]**  27/20
**ignore [1]**  66/14
**ignores [1]**  9/3
**Ill [2]**  23/7 23/14
**Ike [1]**  47/7
**ill [1]**  49/16
**ill-will [1]**  49/16
**Ima [1]**  49/2
**imagine [3]**  24/17 52/15 55/4
**immaterial [1]**  22/8
**immediate [1]**  69/3
**immediately [2]**  77/12 78/19
**impact [20]**  3/2 5/1 5/8 5/13 6/25 20/5
23/20 33/18 34/22 39/7 42/8 43/2 50/5
50/5 57/20 61/21 63/2 64/13 73/24
79/20
**impacted [2]**  25/24 44/21
**impair [1]**  64/12
**impairments [4]**  11/17 63/20 67/11
69/11
**imply [2]**  13/21 14/15
**important [8]**  6/7 60/2 61/12 65/8 65/9
68/24 72/18 74/13
**importantly [5]**  9/20 10/24 54/19 55/20
57/16
**impose [12]**  12/25 67/15 70/16 71/18
75/18 76/7 77/16 77/18 77/20 77/24
78/17 78/18
**imposed [2]**  61/12 62/11
**imposes [1]**  70/10
**imposing [2]**  72/8 78/16
**impossible [1]**  65/19
**Inc [1]**  46/14
**incalculable [2]**  74/6 75/24
**incapacitate [1]**  30/21
**incarceration [2]**  25/14 62/15

**incident [4]**  44/21 45/7 45/12 45/15
**incidents [2]**  44/21 74/19
**inclined [1]**  70/16
**include [1]**  67/7
**included [3]**  6/23 9/2 16/12
**including [1]**  57/13
**incorporate [1]**  26/2
**incorporated [1]**  8/21
**increase [2]**  17/12 22/1
**indicate [2]**  11/8 12/15
**indicates [1]**  15/9
**indicating [1]**  30/3
**indicted [1]**  32/2
**Indictment [1]**  2/21
**indisputably [1]**  63/10
**individual [7]**  8/8 9/24 31/10 41/8
62/17 64/16 65/11
**individuals [9]**  3/11 15/25 29/17 29/21
30/1 31/1 43/9 61/14 63/19
**infant [1]**  64/9
**infer [2]**  11/14 15/25
**inference [4]**  11/11 12/13 12/16 12/23
**inferences [1]**  52/4
**influenced [1]**  56/11
**information [6]**  5/22 6/5 6/20 6/24
78/12 78/12
**informed [2]**  33/21 66/2
**injuries [2]**  17/13 20/10
**injury [1]**  20/1
**innocent [1]**  25/8
**inside [1]**  34/11
**insight [1]**  64/21
**insightful [1]**  66/4
**Instagram [3]**  39/22 43/18 49/9
**instances [1]**  65/20
**instant [1]**  23/4
**instantly [1]**  57/9
**instead [3]**  20/4 20/13 48/25
**institution [3]**  68/20 69/6 69/12
**institutional [1]**  68/25
**instruct [1]**  10/11
**insufferable [1]**  62/1
**insult [1]**  38/14
**insults [1]**  66/1
**intellect [1]**  40/12
**intelligent [1]**  41/24
**intense [1]**  33/22
**intent [1]**  19/19
**intentional [1]**  16/1
**intentionally [1]**  15/21
**interaction [1]**  66/10
**interesting [1]**  27/24
**internet [2]**  48/15 51/22
**interpretation [1]**  5/3
**interruption [1]**  71/17
**interventions [1]**  28/22
**intimidating [1]**  14/23
**introduced [1]**  64/10

**I**

**invasions [1]**  30/3
**investigated [1]**  30/24
**investigation [6]**  2/21 2/24 6/19 8/24
  30/25 79/21
**investigations [1]**  29/18
**involuntary [1]**  79/9
**involve [1]**  12/23
**involved [10]**  14/11 14/21 15/21 15/22
  15/23 30/24 31/9 43/25 45/14 45/14
**involvement [1]**  14/12
**involves [1]**  17/8
**involving [1]**  16/10
**ironically [1]**  50/12
**is [287]**
**isn't [6]**  3/6 15/5 21/13 27/22 28/19
  31/2
**issue [8]**  6/11 7/11 7/22 12/18 15/17
  68/2 71/9 79/20
**issues [6]**  11/17 14/1 16/5 29/13 29/20
  32/5
**it [171]**
**it'll [2]**  55/8 59/1
**it's [91]**
**items [1]**  76/19
**its [4]**  4/3 64/9 67/23 74/6
**itself [2]**  31/17 67/20

**J**

**jail [1]**  49/19
**jewelry [2]**  9/8 9/9
**job [1]**  37/19
**Johnson [3]**  27/25 65/5 73/12
**Johnson's [1]**  11/19 63/15 65/25
**join [1]**  42/15
**joy [2]**  57/11 59/20
**joyful [1]**  57/24
**judge [2]**  43/6 57/2
**judgment [1]**  79/16
**Judicial [1]**  82/10
**July [9]**  2/19 16/22 18/6 18/10 18/13
  18/16 25/6 35/2 39/21
**July 11th [1]**  18/6
**July 12th [1]**  18/10
**July 16th [1]**  18/13
**July 18th [1]**  39/21
**July 19th [1]**  2/19
**July 23rd [1]**  16/22
**July 29 [1]**  18/16
**July 31st [1]**  35/2
**June [5]**  16/10 17/21 17/24 18/3 25/5
**June 12th [3]**  16/10 17/24 18/3
**June 9th [1]**  17/21
**Jury [2]**  31/21 31/22
**just [88]**
**justice [8]**  23/5 31/5 38/10 43/4 64/23
  65/12 65/21 66/22

**justified [1]**  29/10
**juvenile [8]**  13/4 13/23 14/4 14/5 14/20
  15/21 15/22 65/20
**juveniles [3]**  14/5 14/11 15/23

**K**

**KARON [5]**  1/5 2/5 37/23 38/5 51/11
**keep [5]**  40/25 47/7 47/7 47/8 55/3
**Kendrick [9]**  25/17 34/19 34/21 35/7
  37/1 37/5 37/8 53/19 72/13
**Kenneth [1]**  57/6
**Kenny [5]**  34/24 35/6 37/12 37/25 38/3
**kept [2]**  55/21 55/22
**Kershaw [2]**  1/20 31/19
**kids [3]**  57/18 58/18 58/21
**kill [3]**  29/21 37/23 38/6
**killed [4]**  35/5 51/14 52/19 53/23
**Killing [1]**  35/21
**kind [5]**  43/17 51/8 53/2 58/12 58/16
**knew [4]**  43/15 43/15 49/5 51/12
**Knight [2]**  33/5 34/19
**knock [1]**  29/19
**know [88]**
**knowing [3]**  35/4 49/12 61/13
**knowledge [2]**  57/11 57/15
**known [4]**  48/2 52/8 56/18 57/8
**knows [1]**  55/23

**L**

**lack [4]**  9/2 32/6 41/10 71/1
**language [2]**  13/11 68/12
**large [1]**  23/20
**larger [1]**  11/9
**last [9]**  6/17 35/3 35/6 36/24 37/12
  45/7 45/9 55/6 60/7
**late [2]**  29/23 54/17
**later [6]**  8/21 10/24 54/16 63/21 64/13
  65/13
**laughed [1]**  48/6
**laughter [1]**  40/12
**law [3]**  27/8 32/10 74/9
**lawyer [1]**  79/12
**lay [1]**  10/3
**lead [5]**  10/14 46/3 64/5 64/14 73/8
**leader [5]**  8/10 10/23 11/15 13/1 66/5
**leadership [6]**  8/14 8/23 9/2 9/4 9/16
  12/16
**leads [1]**  66/10
**learn [2]**  40/21 52/18
**learning [1]**  40/9
**least [2]**  13/4 29/24
**leave [6]**  22/7 22/9 43/13 44/3 44/25
  77/2
**leaving [1]**  5/25
**left [9]**  42/8 42/10 43/19 50/5 54/8
  57/18 57/20 58/11 76/19
**legally [1]**  40/20
**lengthy [3]**  26/23 30/17 70/9

**less [8]**  20/25 21/2 21/4 21/17 31/10
  35/24 52/2 68/9
**let [8]**  2/15 4/6 6/10 16/7 43/10 58/24
  70/5 72/8
**let's [5]**  19/17 20/17 32/4 59/24 80/3
**letter [24]**  2/24 3/1 4/1 4/12 4/14 6/11
  9/1 14/10 25/25 26/2 26/11 28/5 30/20
  36/17 39/6 41/13 41/15 41/19 43/5 50/3
  53/19 57/7 63/4 79/19
**letters [5]**  5/1 6/16 7/10 73/23 80/4
**level [38]**  13/1 16/11 16/14 16/16 16/25
  17/7 17/11 17/11 17/13 17/19 17/23
  18/1 18/5 18/9 18/15 18/22 19/6 19/7
  19/20 19/25 20/9 20/11 20/24 21/3 21/5
  21/12 22/1 22/6 22/9 22/18 22/20 22/21
  22/23 22/24 23/15 62/17 62/17 62/18
**levels [13]**  17/17 17/18 18/4 18/20
  18/22 20/19 20/25 21/2 21/4 21/17
  22/15 26/16 64/5
**liability [1]**  14/20
**license [2]**  33/15 56/10
**life [53]**  17/13 19/25 20/10 23/15 29/7
  30/4 33/15 33/24 37/3 38/14 39/13
  39/20 39/22 39/25 39/25 40/2 40/7
  42/17 43/24 44/5 44/7 44/23 47/2 49/12
  49/14 50/6 52/7 54/20 55/2 55/25 57/10
  57/19 57/20 58/2 58/7 59/20 59/23
  60/10 60/15 60/15 60/16 61/11 63/22
  64/13 70/4 70/5 70/6 70/8 74/12 75/12
  75/22 77/23 79/4
**life-threatening [3]**  17/13 19/25 20/10
**lifeless [1]**  41/3
**lift [1]**  36/7
**light [1]**  32/4
**like [76]**  7/13 8/1 13/18 24/5 29/16
  32/19 33/4 33/25 35/1 37/6 38/8 38/18
  39/14 41/5 41/6 41/6 44/19 45/9 45/14
  45/17 47/3 47/3 47/12 47/14 48/9 48/18
  50/12 50/20 51/2 51/3 51/5 51/11 51/13
  51/20 52/3 52/9 52/9 52/10 52/14 52/24
  53/3 55/2 55/17 56/15 57/9 58/3 58/4
  58/4 58/7 58/7 58/14 58/15 58/18 58/19
  58/20 58/21 58/22 59/2 59/5 59/5 59/6
  59/8 59/9 59/18 60/1 60/11 60/12 60/17
  60/21 60/22 61/19 66/21 67/10 71/22
  72/23 79/25
**like-minded [1]**  38/18
**likely [2]**  6/10 50/13
**limit [1]**  69/16
**limitations [1]**  65/18
**limited [1]**  76/25
**line [3]**  3/8 54/5 57/12
**listen [1]**  32/17
**listening [2]**  47/15 54/18
**literally [4]**  36/20 51/20 52/6 59/22
**little [7]**  7/23 7/24 38/12 39/3 45/24
  45/25 56/20
**live [13]**  36/13 39/23 40/4 44/4 45/12

# L

**live... [8]** 49/1 49/14 50/11 52/7 55/8 55/25 59/24 60/25
**lived [2]** 54/1 60/2
**lives [9]** 25/12 38/2 38/13 45/20 55/24 61/13 64/16 73/25 73/25
**livid [2]** 36/9 36/10
**living [3]** 47/4 47/4 61/11
**lock [1]** 64/24
**locked [2]** 62/10 64/25
**Lombard [1]** 1/24
**long [7]** 26/5 46/25 60/25 61/6 75/16 78/24 78/25
**longer [1]** 42/19
**look [13]** 6/12 22/10 36/22 39/9 42/10 52/2 58/18 65/14 66/5 66/25 69/5 72/23 73/3
**looked [4]** 37/22 64/2 68/7 68/23
**looking [5]** 28/8 30/4 38/6 66/6 66/6
**losing [3]** 55/4 57/24 59/8
**loss [9]** 39/7 42/2 43/14 54/9 61/24 61/25 62/13 70/23 71/2
**losses [2]** 72/17 72/19
**lost [20]** 24/21 28/21 33/15 39/6 44/21 51/3 51/4 53/20 53/20 53/22 55/1 55/5 56/8 56/11 56/13 57/1 58/2 58/23 60/14 78/23
**lot [19]** 8/25 26/17 28/1 30/19 36/21 41/15 45/4 45/8 46/3 46/16 46/21 46/23 48/5 51/22 54/24 60/14 65/20 70/21 73/4
**lots [1]** 13/15
**love [7]** 36/11 37/21 42/3 42/13 48/17 52/18 55/6
**loved [16]** 24/21 34/5 34/24 37/24 42/5 44/20 45/20 50/2 51/15 52/19 52/20 56/13 57/1 60/5 72/12 78/23
**lower [4]** 26/19 27/16 27/22 28/2
**Lowther [5]** 25/15 56/4 56/6 56/8 72/14
**loyal [1]** 57/16
**luck [2]** 81/3 81/3
**Lupus [1]** 37/18
**luxury [1]** 45/22

# M

**Ma [2]** 40/24 41/6
**ma'am [4]** 33/10 34/13 47/22 56/1
**made [13]** 29/2 40/5 41/23 45/1 46/18 48/18 54/2 56/24 65/13 66/17 66/25 75/7 76/24
**mail [1]** 36/21
**maintained [1]** 65/15
**major [1]** 37/1
**majority [1]** 42/15
**make [28]** 3/17 6/13 8/16 8/17 8/19 11/5 19/7 20/12 24/6 24/19 29/4 32/12 35/19 37/11 39/2 39/17 41/14 43/20 49/22 53/22 58/14 66/12 71/7 76/23 78/22 79/3 80/25 80/25
**makes [9]** 17/13 18/5 22/17 32/12 64/13 65/4 65/5 66/3 77/2
**making [14]** 12/24 14/10 16/14 16/24 17/11 17/19 17/23 18/1 18/8 20/11 23/5 39/18 40/19 76/20
**mall [1]** 54/15
**man [10]** 13/15 35/12 36/11 37/14 42/24 43/8 49/22 49/22 67/18 79/4
**manage [1]** 30/12
**management [5]** 10/15 11/4 12/13 68/12 76/22
**manager [2]** 8/10 13/1
**mandatory [2]** 77/3 78/3
**manifest [1]** 66/9
**manmade [1]** 40/12
**manner [1]** 35/1
**mantra [1]** 66/21
**manual [1]** 68/3
**many [17]** 29/16 38/2 39/6 42/10 42/14 46/8 46/8 50/12 55/24 55/24 61/6 61/22 64/3 65/20 68/20 68/23 69/24
**marched [1]** 35/14
**marijuana [3]** 27/15 35/18 62/21
**mark [1]** 54/9
**married [2]** 46/4 54/12
**Marshal's [1]** 3/8
**MARYLAND [5]** 1/1 1/6 1/25 36/25 82/6
**mask [1]** 2/17
**material [3]** 19/5 19/8 50/8
**materialistic [1]** 50/9
**math [1]** 67/14
**mathematical [3]** 3/22 8/4 72/24
**matter [12]** 1/10 6/15 12/21 14/3 15/17 27/12 31/16 37/3 38/7 43/22 80/14 82/9
**maximum [8]** 22/22 43/25 47/11 47/12 50/22 57/2 77/20 77/23
**may [9]** 12/10 20/3 32/24 43/3 49/16 62/16 71/16 79/10 82/12
**Maybe [2]** 33/1 33/3
**McLANE [19]** 1/16 2/3 2/6 4/21 7/25 8/12 12/20 13/8 15/25 16/17 18/25 19/12 21/7 22/17 23/9 61/18 74/14 77/14 80/9
**me [59]** 2/15 4/6 6/10 7/11 16/7 17/3 20/3 27/7 28/14 31/19 33/7 33/12 34/1 36/13 37/6 37/22 41/14 42/18 43/8 43/13 43/13 43/21 45/4 45/25 46/9 46/11 46/14 46/22 48/22 49/2 51/4 51/8 51/9 52/1 53/25 54/2 54/11 54/19 54/22 54/22 55/7 56/9 56/11 56/12 56/12 56/14 57/18 58/16 58/18 58/24 60/8 60/17 63/4 68/22 70/4 71/25 72/4 72/8 79/4
**mean [17]** 13/13 14/2 14/18 14/22 15/2 15/12 28/21 31/3 48/11 51/20 56/23 63/23 64/14 64/22 68/4 68/6 72/1
**meaning [2]** 49/1 75/22
**meaningful [2]** 73/10 74/16
**means [1]** 70/4
**meant [4]** 26/14 40/14 51/1 51/9
**mechanical [1]** 36/22
**media [1]** 43/16
**medical [2]** 2/25 5/8 6/25
**meet [4]** 11/15 40/15 77/7 80/23
**Melanie [1]** 53/14
**member [7]** 11/7 27/19 40/19 44/3 51/1 63/4 79/6
**members [8]** 3/3 25/4 44/10 47/10 71/3 72/13 72/16 73/25
**memo [1]** 11/3
**memorandum [5]** 12/4 14/19 66/17 68/12 70/17
**memories [2]** 42/10 48/16
**men [3]** 13/16 30/25 45/23
**mends [1]** 53/4
**mental [5]** 13/25 27/14 29/22 51/6 51/6
**mentally [3]** 42/20 45/6 52/4
**mentioned [5]** 10/5 28/22 73/5 75/12 80/20
**mentor [1]** 57/17
**MERCER [24]** 1/18 2/9 2/11 4/12 5/3 6/15 7/12 11/2 14/10 14/17 15/18 16/5 16/19 19/2 20/3 21/9 21/20 23/11 33/6 61/19 73/5 77/3 80/1 80/15
**mere [2]** 12/1 12/4
**Merit [1]** 82/4
**message [2]** 31/4 61/13
**messages [3]** 9/11 40/16 43/16
**met [4]** 11/22 14/7 57/20 61/1
**Michael [1]** 73/12
**microphone [1]** 39/3
**might [5]** 11/21 15/5 26/23 52/8 76/22
**mind [2]** 37/6 48/20
**minded [1]** 38/18
**mindset [1]** 69/7
**mines [1]** 56/11
**minor [7]** 14/24 14/25 14/25 15/2 15/4 15/6 28/2
**minute [1]** 71/10
**minutes [1]** 54/16
**miss [11]** 10/21 34/22 37/20 37/21 48/10 54/13 54/23 59/5 60/8 60/9 60/10
**missed [6]** 3/5 4/18 40/11 60/8 60/14 80/16
**missing [1]** 60/21
**mistake [1]** 21/20
**mistaken [1]** 15/8
**mistakes [1]** 32/12
**Mister [1]** 53/13
**mitigation [1]** 26/17
**mom [3]** 43/4 49/25 51/21

# M

**moment [5]**  20/11 59/23 60/10 62/16 71/8
**Monday [1]**  49/25
**Mondays [1]**  58/22
**money [4]**  35/12 37/15 37/19 53/3
**month [2]**  46/25 77/21
**months [10]**  25/3 26/22 32/8 32/9 32/9 40/21 76/3 76/8 77/18 77/24
**more [23]**  9/20 10/23 21/4 29/10 50/14 50/15 53/22 54/14 54/14 54/15 54/16 54/18 55/7 55/18 60/2 62/15 65/9 65/17 65/21 70/1 70/16 70/21 71/8
**moreover [1]**  68/1
**morning [17]**  2/2 2/10 2/13 2/14 31/20 33/10 33/11 34/20 37/13 44/16 44/17 44/18 48/1 48/22 53/16 53/17 56/5
**most [16]**  30/22 31/15 31/15 32/12 38/17 48/10 49/17 50/13 55/20 57/8 57/16 62/10 62/14 62/15 64/9 65/23
**mother [9]**  37/10 41/17 41/21 43/5 43/6 58/24 58/25 58/25 64/23
**mother's [3]**  41/19 41/19 44/2
**motion [2]**  22/17 80/11
**motions [1]**  68/24
**motivate [1]**  48/16
**motor [1]**  23/2
**move [3]**  38/8 45/5 45/6
**moved [2]**  48/5 65/1
**movies [1]**  54/15
**Mr [13]**  2/9 4/12 5/3 13/14 32/1 56/4 56/6 71/18 72/6 78/4 78/18 78/20 81/3
**Mr. [98]**
**Mr. Chavis [2]**  38/24 56/3
**Mr. Foster [62]**  2/11 2/14 2/19 2/25 3/21 5/23 5/24 6/1 8/9 9/11 9/17 10/6 10/7 11/9 11/23 13/14 13/22 14/12 15/3 15/20 15/24 25/14 25/20 26/15 26/17 26/23 27/11 27/19 27/25 29/15 30/11 30/21 31/7 32/1 32/4 32/10 62/22 63/3 63/12 63/16 64/1 64/5 65/1 66/2 66/4 67/1 67/3 67/10 69/22 69/24 70/3 70/8 70/19 71/7 73/5 75/4 75/9 75/10 76/5 76/12 80/7 80/19
**Mr. Foster's [12]**  4/15 8/23 9/7 10/5 22/25 28/5 28/14 29/7 29/20 64/17 69/11 75/22
**Mr. Mercer [19]**  6/15 7/12 11/2 14/10 14/17 15/18 16/5 16/19 19/2 20/3 21/9 21/20 23/11 33/6 61/19 73/5 77/3 80/1 80/15
**Mr. Santiago [3]**  14/4 15/7 15/10
**Ms [2]**  21/18 77/14
**Ms. [32]**  2/3 4/21 7/25 8/12 11/19 12/20 12/24 13/6 13/9 16/17 18/25 19/12 21/7 22/2 22/17 23/9 27/25 33/5 34/19 38/23 38/23 47/24 50/19 50/21 53/9 53/13
**Ms. Anderson [1]**  38/23
**Ms. Cameron [2]**  13/9 22/2
**Ms. Chavis [1]**  53/13
**Ms. Hannah [1]**  38/23
**Ms. Johnson [2]**  27/25 65/5
**Ms. Johnson's [3]**  11/19 63/15 65/25
**Ms. McLane [16]**  2/3 4/21 7/25 8/12 12/20 12/24 13/6 16/17 18/25 19/12 21/7 22/17 23/9 61/18 74/14 80/9
**Ms. Patricia [1]**  33/5
**Ms. Thickett [1]**  47/24
**Ms. Turner [3]**  50/19 50/21 53/9
**Ms. Veronica [1]**  34/19
**much [15]**  4/23 42/3 42/5 42/23 43/14 50/17 51/3 54/1 54/13 55/18 60/6 60/23 67/4 69/22 81/5
**multiple [3]**  20/18 21/6 50/3
**murder [12]**  16/10 16/13 16/21 16/24 17/5 17/8 17/10 19/10 19/19 19/20 19/22 46/13
**murdered [2]**  33/19 49/8
**murders [5]**  10/21 25/2 31/11 56/21 73/20
**music [1]**  54/18
**must [10]**  11/14 11/22 41/4 41/22 46/15 61/23 78/4 78/8 78/11 78/14
**my [119]**
**myself [11]**  33/19 35/20 36/18 41/13 44/21 50/15 51/2 52/13 53/20 55/1 58/13

# N

**nails [1]**  42/9
**name [2]**  57/6 59/17
**narrower [1]**  5/22
**natural [1]**  38/14
**nature [4]**  12/7 14/14 73/17 74/22
**navigate [1]**  69/6
**near [1]**  79/19
**necessarily [3]**  7/2 13/13 26/16
**necessary [8]**  8/16 26/4 61/15 66/19 66/23 75/19 75/23 76/10
**need [23]**  27/9 28/9 30/17 33/6 36/14 39/3 42/19 45/3 45/5 52/18 65/21 65/21 67/8 67/23 74/9 74/9 74/13 74/14 74/21 74/23 75/2 78/4 80/12
**needed [2]**  65/9 67/4
**needs [9]**  7/6 22/11 28/10 28/12 28/15 30/16 67/19 68/19 69/5
**negativity [1]**  57/22
**neighborhood [1]**  38/7
**nephew [4]**  36/13 37/20 37/25 54/7
**nerve [4]**  48/9
**Nesmith [1]**  32/1
**neurological [1]**  64/8
**never [39]**  11/13 27/2 43/12 43/22 49/12 49/15 49/23 49/24 50/1 50/2

61/18 63/15 65/5 65/25 74/14 80/9
**nevertheless [1]**  10/15
**new [11]**  7/11 48/4 48/4 48/11 48/14 48/24 49/14 51/5 51/12 51/16 51/24
**news [1]**  53/20
**next [5]**  8/4 35/4 38/6 59/25 80/5
**nice [3]**  35/20 35/21 48/24
**niece [1]**  43/21
**night [7]**  39/13 40/23 40/25 45/7 54/17 54/17 58/9
**nightmare [1]**  34/1
**nine [6]**  13/20 14/3 18/6 20/21 21/4 35/3
**nine-year [1]**  13/20
**ninth [3]**  5/11 7/17 59/19
**no [54]**  1/4 3/6 4/19 12/21 15/17 20/6 20/7 24/5 24/18 28/10 30/9 33/1 33/8 35/24 36/2 36/2 36/2 36/3 36/18 37/3 38/7 38/7 40/8 40/12 43/2 43/22 43/23 49/6 53/3 54/6 54/9 54/15 54/16 55/13 55/16 59/7 62/11 62/19 63/24 64/11 64/15 65/10 65/13 66/15 70/16 70/24 70/25 70/25 71/1 71/2 73/9 79/22 80/13 80/17
**nobody [3]**  52/11 55/23 58/8
**none [2]**  29/2 30/3
**nonfatal [1]**  9/21
**noodles [1]**  59/25
**norms [1]**  41/5
**NORTHERN [1]**  1/2
**not [149]**
**notably [1]**  65/25
**note [5]**  5/20 7/5 10/13 80/17 80/25
**notes [1]**  1/22 10/14 12/3
**nothing [16]**  5/17 6/18 11/8 12/14 15/3 15/9 26/14 42/12 49/20 50/9 58/8 61/11 61/14 62/2 63/17 63/17
**notice [2]**  7/13 79/15
**noticed [1]**  56/16
**November [1]**  76/12
**November 14th [1]**  76/12
**now [44]**  4/12 4/15 4/21 6/11 10/9 12/6 13/24 20/21 20/23 21/2 21/13 22/14 22/25 23/19 24/4 24/25 29/5 35/21 36/18 36/20 39/23 41/24 42/14 45/4 45/8 45/11 45/12 49/23 54/23 55/22 59/1 63/5 63/23 64/24 65/9 65/25 66/12 67/4 67/14 67/21 71/11 71/14 77/5 77/10
**numb [1]**  33/23
**number [5]**  2/5 5/23 23/20 24/18 24/24
**numerous [3]**  9/6 74/19 74/19

**O**

**O'Connell's [2]** 11/18 63/14
**obituary [1]** 39/19
**object [2]** 12/12 19/21
**obstacle [1]** 49/7
**obviously [12]** 3/10 6/11 6/18 7/15 7/25 12/18 13/11 19/14 28/18 74/10 76/15 78/23
**occur [1]** 62/4
**occurred [5]** 16/22 17/5 18/2 18/6 62/20
**occurs [1]** 63/25
**off [9]** 7/23 7/24 19/15 22/16 22/20 33/16 35/19 50/8 79/18
**offense [42]** 12/7 15/21 15/22 15/23 16/11 16/14 16/16 16/24 17/7 17/11 17/13 17/19 17/23 18/1 18/5 18/7 18/9 18/15 18/21 18/22 18/23 19/6 19/7 19/9 19/20 19/21 20/9 20/11 20/19 20/19 20/24 21/5 21/12 21/25 22/6 22/21 22/23 23/4 23/15 73/18 74/8 74/11
**offenses [10]** 18/8 18/11 18/14 18/17 23/5 38/12 73/18 74/1 74/17 76/3
**offer [2]** 35/22 50/16
**office [1]** 78/13
**officer [6]** 9/22 38/13 46/18 78/7 78/10 78/11
**officer's [1]** 25/10
**Official [3]** 1/24 82/1 82/16
**often [1]** 70/2
**often-used [1]** 70/2
**oftentimes [2]** 68/25 69/4
**oh [6]** 3/24 41/18 52/13 52/23 53/13 80/4
**okay [27]** 3/16 4/4 4/8 4/11 4/20 7/21 12/17 14/16 15/14 16/4 16/21 19/23 20/2 21/16 21/22 22/25 23/13 24/2 33/5 41/20 44/14 50/24 77/13 77/13 77/16 80/3 81/2
**old [8]** 45/10 53/18 54/10 56/9 58/6 64/2 64/9 73/6
**older [3]** 14/3 15/24 56/9
**once [3]** 15/15 18/18 49/1
**one [56]** 9/8 9/14 9/18 9/25 10/20 10/20 11/5 11/12 13/4 13/13 13/17 16/16 17/2 20/20 20/23 20/24 20/25 21/1 21/1 21/12 21/13 21/17 23/2 23/5 24/21 27/24 30/2 31/10 31/15 32/20 36/3 36/15 38/3 39/20 40/24 41/7 41/22 42/25 46/9 47/8 48/6 48/10 48/22 54/23 55/6 55/7 60/7 60/24 62/11 63/4 64/3 66/3 67/2 71/10 72/21 73/24
**ones [10]** 41/7 44/20 45/20 50/2 51/12 56/13 57/1 72/12 78/23 80/20
**ongoing [1]** 64/23
**only [20]** 7/9 13/13 14/2 14/4 16/4 24/17 25/13 27/21 37/11 38/10 39/24

**40/14 41/22 42/17 49/1 51/24 59/9 64/18 65/2 67/18
opened [1]** 48/15
**opportunities [2]** 28/4 75/5
**opportunity [4]** 5/15 40/15 44/1 80/1
**option [2]** 27/21 36/8
**order [2]** 7/14 79/16
**ordered [1]** 2/22
**organization [1]** 10/17
**organize [1]** 10/14
**organizer [2]** 8/10 13/1
**organizing [1]** 10/2
**oriented [1]** 34/7
**other [31]** 10/3 11/20 15/15 18/8 18/11 18/14 18/17 23/5 25/20 27/4 27/22 28/4 28/14 29/16 30/12 30/18 40/5 42/14 45/21 52/5 54/1 54/1 56/13 58/23 62/21 72/16 73/21 74/15 76/5 76/17 79/9
**others [9]** 9/10 27/1 27/9 30/23 31/9 38/10 44/25 57/23 66/10
**otherwise [2]** 11/7 19/24
**our [30]** 3/6 3/8 3/8 7/10 11/3 14/18 14/19 20/12 29/17 32/13 34/24 34/25 36/24 37/5 38/10 41/23 42/10 42/17 42/23 57/1 58/21 60/20 65/12 65/22 66/17 66/22 67/6 68/12 69/9 70/17
**out [37]** 4/11 6/17 7/17 8/15 10/3 10/21 13/15 21/20 26/7 27/11 27/18 29/11 29/18 35/11 39/14 45/21 47/9 48/14 51/19 54/22 55/17 56/19 58/10 58/12 58/13 58/17 59/5 59/21 64/4 64/4 64/22 65/4 69/15 69/25 73/1 74/14 75/3
**outside [1]** 6/5
**outsized [1]** 12/15
**outstanding [1]** 49/21
**over [15]** 6/17 7/15 9/11 9/20 10/16 13/22 15/17 22/25 51/13 25/6 46/5 54/17 57/13 62/6 66/15
**overcome [2]** 49/7 64/16
**overly [1]** 48/12
**own [7]** 14/12 15/8 27/10 28/22 35/6 37/11 64/11

**P**

**p.m [1]** 81/6
**paces [1]** 32/14
**page [1]** 82/9
**pain [14]** 34/3 34/4 34/11 34/12 36/23 39/15 40/8 43/12 50/11 62/1 62/2 70/22 72/19 78/24
**painful [1]** 60/19
**pains [1]** 46/24
**Pamela [1]** 43/6
**paperwork [1]** 79/18
**Paragraphs [1]** 19/4
**paralysis [1]** 25/10
**paralyzed [1]** 27/6
**paralyzing [2]** 35/22 38/13

**parent [3]** 37/8 37/9 41/2
**parents [4]** 45/20 64/7 64/22 73/7
**parking [1]** 49/16
**parole [1]** 38/14
**part [8]** 10/13 27/3 27/10 29/14 44/22 44/23 44/23 51/10
**participant [2]** 14/21 15/8
**participate [5]** 16/9 41/9 66/13 78/4 78/8
**particular [8]** 7/18 8/17 11/22 12/5 12/14 60/15 69/10 76/1
**particularly [2]** 35/1 68/21
**parties [4]** 6/14 12/19 75/17 76/9
**parties' [1]** 75/4
**passing [1]** 40/8
**path [1]** 29/12
**paths [1]** 66/11
**PATRICIA [3]** 1/16 2/6 33/5
**pawning [1]** 9/5
**pay [4]** 45/3 53/3 59/22 78/18
**payable [1]** 78/19
**peers [3]** 52/4 66/3 66/5
**penalty [7]** 35/22 36/5 38/15 47/11 47/12 59/9 77/20
**penitentiaries [1]** 28/7
**penitentiary [5]** 67/13 67/17 67/17 68/11 69/20
**people [49]** 3/13 10/7 27/4 27/9 30/2 31/22 34/25 34/25 35/8 35/21 36/11 37/3 37/12 38/8 38/19 43/15 43/23 45/4 46/11 46/14 46/16 46/18 46/22 49/19 50/15 51/12 51/13 52/5 52/18 52/22 52/24 52/25 55/11 55/15 55/23 55/24 56/13 57/13 59/10 60/5 60/15 62/9 64/16 68/17 74/4 74/4 74/15 74/16 78/22
**people's [3]** 25/8 25/12 38/2
**percent [1]** 48/7
**perception [2]** 28/3
**perfect [1]** 70/24
**perhaps [5]** 26/21 32/21 62/8 62/9 70/21
**period [2]** 30/15 65/6
**permanent [6]** 17/12 19/25 20/10 25/10 61/25 62/13
**permits [1]** 6/5
**persisted [3]** 64/6 65/3 65/3
**person [20]** 30/2 32/5 33/13 35/16 35/20 36/18 42/18 43/17 48/5 48/12 49/16 50/7 50/13 51/2 52/9 52/16 57/24 59/19 59/20 61/3
**person's [1]** 63/7
**personalities [1]** 38/2
**personality [1]** 50/9
**personally [2]** 3/3 72/3
**persons [1]** 63/5
**pertinent [1]** 5/10
**ph [3]** 44/11 51/13 59/17

## P

**phenomenal** [1]  42/25
**phenomenon** [1]  31/2
**phone** [7]  9/7 9/9 10/5 33/16 38/25 40/16 55/14
**photo** [1]  39/9
**phrase** [2]  66/20 70/2
**physical** [1]  40/11
**physically** [3]  39/9 45/6 45/9
**pick** [1]  54/22
**picked** [1]  58/10
**pictures** [1]  9/9
**piece** [1]  60/17
**pillar** [1]  66/22
**pink** [1]  37/17
**place** [6]  39/24 49/11 51/8 65/14 67/18 77/1
**placement** [5]  6/2 67/13 67/17 67/24 76/1
**places** [1]  8/22
**placing** [1]  23/6
**plague** [2]  74/1 74/3
**Plaintiff** [2]  1/4 1/15
**planner** [2]  10/1 10/8
**planning** [1]  10/1
**plans** [3]  53/23 54/4 58/10
**plate** [1]  51/17
**play** [1]  72/3
**playing** [1]  54/17
**plea** [5]  30/22 75/14 79/8 79/10 79/14
**pleading** [1]  38/9
**Please** [1]  2/2
**pled** [2]  2/20 27/20
**plus** [2]  20/4 20/10
**podium** [2]  32/22 32/25
**point** [16]  7/17 8/17 11/5 14/9 17/4 22/7 23/3 27/18 50/21 52/7 64/10 65/4 65/4 65/5 66/3 66/25
**pointed** [4]  6/17 21/20 74/14 75/3
**pointing** [2]  4/11 69/15
**points** [15]  7/9 8/14 8/20 10/23 12/23 14/8 14/18 14/22 23/1 23/1 23/3 26/2 27/11 64/7 69/25
**poison** [2]  64/10 64/19
**poisoning** [1]  73/9
**police** [5]  9/21 25/10 44/24 46/10 46/17
**portion** [1]  3/20
**position** [3]  4/21 6/21 75/4
**positions** [1]  12/19
**positive** [1]  57/24
**possible** [2]  4/4 30/22
**post** [1]  49/9
**posted** [1]  39/21
**pounds** [1]  39/14
**poverty** [1]  66/8
**power** [2]  36/23 38/11

**practical** [1]  6/15
**practice** [2]  7/9 7/19
**practiced** [1]  52/7
**pray** [2]  38/17 38/20
**prayer** [1]  43/25
**praying** [1]  39/12
**precaution** [1]  49/14
**preceded** [1]  35/1
**precious** [3]  42/24 44/6 49/18
**predict** [1]  68/6
**prefer** [3]  24/4 77/9 77/14
**pregnancy** [1]  73/8
**prepare** [1]  79/16
**prepared** [1]  6/23
**preponderance** [3]  11/16 14/7 14/15
**presence** [2]  11/25 40/11
**present** [6]  1/19 2/11 11/11 11/12 11/23 62/1
**presentation** [2]  24/4 24/6
**presentence** [9]  2/21 2/23 4/14 4/22 5/6 5/19 6/19 7/24 79/21
**presents** [1]  26/18
**pressing** [1]  47/7
**pretend** [1]  68/5
**pretrial** [3]  13/10 16/2 19/16
**pretty** [1]  51/3
**prevent** [1]  63/18
**previously** [1]  10/5
**priceless** [4]  37/18 39/25 39/25 40/7
**print** [1]  4/6
**prior** [3]  17/25 26/11 38/12
**prison** [9]  23/15 36/4 38/18 75/13 76/8 77/18 77/20 77/23 77/24
**Prisons** [10]  6/3 67/2 73/14 75/6 76/6 76/16 76/20 76/21 77/1 79/2
**probably** [1]  64/20
**probation** [7]  28/24 29/3 29/23 78/7 78/10 78/11 78/13
**problem** [5]  33/1 36/18 57/14 62/17 66/7
**problems** [2]  56/14 69/2
**Procedure** [1]  4/25
**proceed** [4]  2/17 3/17 6/12 50/24
**proceeding** [4]  2/16 8/3 77/12 79/10
**proceedings** [1]  82/8
**proceeds** [1]  11/10
**process** [2]  72/25 73/1
**processed** [1]  51/10
**procured** [1]  15/20
**procurement** [1]  14/24
**procuring** [2]  15/4 15/6
**productive** [2]  79/3 79/6
**professionals** [1]  65/22
**proffering** [1]  68/4
**proffers** [1]  11/20
**profound** [3]  61/21 62/12 70/8
**program** [11]  27/17 27/21 29/5 68/15 69/10 76/1 76/2 78/5 78/6 78/9 78/9

**programming** [1]  6/9
**programs** [13]  27/23 28/6 28/12 28/24 29/1 29/11 65/19 69/8 69/8 75/8 75/8 76/5 79/2
**prohibited** [1]  78/15
**promise** [2]  40/17 79/22
**promised** [1]  60/3
**promote** [1]  74/9
**proof** [1]  65/24
**property** [7]  9/6 10/16 10/18 11/5 11/9 12/14 56/22
**proposed** [1]  75/17
**prospectively** [1]  65/3
**protect** [4]  40/2 44/25 49/11 74/21
**protection** [1]  30/22
**proud** [1]  49/23
**proudly** [1]  37/17
**provide** [7]  8/11 42/19 68/3 68/11 74/9 75/2 78/11
**provided** [1]  9/7
**provides** [3]  5/15 19/18 19/24
**provision** [1]  10/13
**PS3** [1]  54/17
**PSR** [8]  4/3 5/13 5/21 6/2 6/7 7/6 80/19 81/1
**psychological** [3]  5/8 6/24 64/3
**psychotic** [1]  68/18
**public** [2]  51/2 74/21
**pull** [4]  4/5 4/6 30/7 72/3
**punishment** [5]  40/13 67/8 67/8 70/12 74/10
**purpose** [6]  6/6 6/7 7/6 15/22 21/5 48/5
**purposes** [2]  68/13 75/20
**pursuant** [3]  10/10 73/13 82/6
**pushing** [2]  47/8 47/8
**put** [14]  22/5 31/22 35/12 36/3 36/4 37/6 37/15 46/8 46/12 48/14 52/5 52/11 53/11 56/19
**puts** [1]  22/22
**putting** [1]  52/16

## Q

**quality** [1]  29/8
**Queen** [1]  49/1
**question** [3]  41/5 43/11 65/10
**quickly** [1]  7/25
**quite** [1]  14/22

## R

**racketeering** [2]  16/9 16/12
**radar** [1]  28/20
**raised** [5]  12/19 35/6 37/10 51/4 73/6
**ramifications** [1]  66/1
**random** [1]  74/2
**range** [16]  10/25 12/21 22/22 23/14 24/20 24/23 26/19 63/13 66/24 67/11 69/21 74/12 74/25 75/12 75/17 76/9

## R

**rather [3]** 17/2 28/11 29/24
**raved [1]** 40/17
**reach [1]** 45/21
**reached [1]** 35/16
**read [4]** 36/17 41/15 43/18 52/3
**reading [3]** 39/19 44/10 62/4
**reads [1]** 53/19
**ready [2]** 3/9 42/22
**real [1]** 43/8
**reality [4]** 31/13 68/18 70/6 70/7
**realize [1]** 70/1
**realized [1]** 19/4
**really [20]** 13/25 25/2 25/5 26/21 29/4 29/6 33/12 39/8 42/3 46/25 47/20 50/18 55/19 58/15 59/19 60/5 60/22 66/21 72/18 72/20
**realm [1]** 53/2
**Realtime [1]** 82/5
**reason [6]** 48/8 54/6 55/13 55/16 60/15 69/16
**reasonable [1]** 62/25
**reasons [5]** 6/4 13/18 69/17 70/17 79/17
**receive [6]** 28/12 30/7 40/16 43/25 76/6 79/18
**received [11]** 2/23 3/1 3/2 4/10 6/11 6/16 12/15 23/20 28/23 29/13 30/5
**receives [3]** 67/4 69/19 76/15
**receiving [3]** 6/1 26/11 70/9
**recess [2]** 71/12 71/13
**recidivism [1]** 41/10
**recognition [2]** 67/6 71/1
**recognize [2]** 61/10 61/23
**recognizes [3]** 24/19 24/20 67/23
**recommend [4]** 68/12 76/13 76/21 76/23
**recommendations [2]** 5/24 75/7
**record [4]** 15/13 77/5 77/10 80/18
**recordings [1]** 26/12
**records [3]** 73/15 74/24 80/6
**recovered [1]** 9/9
**recovering [1]** 46/25
**recruitment [1]** 14/24
**redone [1]** 7/6
**reducing [1]** 67/5
**reduction [2]** 19/18 63/21
**reference [3]** 16/13 16/24 17/10
**reform [1]** 65/21
**regard [1]** 43/24
**regarding [1]** 79/19
**regardless [3]** 8/20 49/3 61/9
**Registered [1]** 82/4
**regulating [1]** 63/21
**regulations [3]** 78/6 78/9 82/10
**rehabilitation [5]** 28/3 28/9 28/15 41/10 67/7

**related [2]** 12/7 15/11
**relationship [3]** 45/23 65/8 65/16
**relationships [1]** 66/3
**relatively [1]** 74/19
**release [6]** 68/24 77/19 77/22 77/25 78/2 80/18
**relive [1]** 31/23
**remain [1]** 80/7
**remaining [3]** 11/12 21/3 80/10
**remains [1]** 70/25
**remarks [1]** 53/8
**remember [3]** 34/21 57/11 60/7
**remembers [1]** 42/8
**remind [1]** 42/3
**reminder [1]** 33/20
**remiss [1]** 3/9
**remove [1]** 2/16
**renaissance [1]** 49/22
**renders [1]** 76/2
**replace [1]** 40/13
**replete [1]** 10/6
**report [12]** 4/14 4/22 5/7 5/19 6/19 7/24 11/18 11/19 63/14 63/15 65/25 79/21
**reported [2]** 1/23 82/8
**Reporter [5]** 1/24 82/1 82/4 82/5 82/16
**reports [4]** 27/24 64/3 73/11 73/15
**reputation [1]** 74/5
**request [4]** 4/3 5/12 28/2 73/13
**requested [1]** 78/12
**requesting [1]** 76/8
**requests [2]** 66/18 76/17
**required [3]** 4/24 16/1 71/20
**requirement [1]** 5/15
**requires [5]** 5/4 5/6 5/9 5/21 75/18
**reserve [2]** 6/10 7/22
**residents [1]** 74/7
**resources [2]** 32/15 65/18 65/21
**respect [9]** 4/21 16/8 20/18 70/8 74/9 76/17 77/17 77/19 78/2
**respond [3]** 11/2 69/3 80/1
**responded [2]** 65/9 65/15
**response [2]** 4/1
**responsibility [20]** 10/16 15/7 22/15 25/15 25/16 25/16 25/17 25/18 26/14 26/17 26/20 62/23 62/23 63/9 63/12 65/12 67/5 70/20 71/1 78/21
**responsible [10]** 9/5 25/1 25/7 25/9 25/11 25/13 26/25 27/9 43/9 63/23
**rest [3]** 8/18 44/5 51/11
**restrained [1]** 18/20
**result [4]** 22/12 38/2 67/16 72/17
**results [1]** 2/25
**retrospectively [1]** 65/2
**review [3]** 31/21 77/7 78/3
**reviewed [10]** 2/23 4/15 69/9 73/11 75/21 77/3 77/6 78/4 80/19 80/23
**reviewing [2]** 77/10 77/11

**reviews [1]** 73/15
**revolving [1]** 65/22
**reward [1]** 67/4
**RICO [2]** 31/9 31/11
**rides [1]** 54/18
**right [42]** 2/8 2/13 2/19 3/21 4/20 5/2 5/8 7/23 11/1 12/17 13/3 15/9 15/14 16/7 17/5 20/18 21/7 21/18 22/13 23/19 24/11 33/9 35/4 35/21 36/18 36/20 39/23 44/12 44/14 45/8 45/12 46/18 49/14 50/4 55/1 55/14 71/17 71/19 77/13 79/7 81/2 81/3
**rights [3]** 5/14 5/18 79/13
**rise [3]** 61/20 71/11 71/14
**risk [2]** 37/24 65/2
**RMR [1]** 1/23 82/16
**road [2]** 45/16 45/18
**rob [1]** 55/13
**robberies [3]** 25/2 30/2 73/22
**robbery [5]** 18/2 18/3 18/18 18/23 23/3
**ROI99 [1]** 9/8
**role [6]** 8/23 9/4 10/4 12/14 61/23 72/3
**Ronda [3]** 1/23 82/4 82/16
**room [4]** 48/7 70/22 70/23 78/22
**rooted [1]** 62/16
**rough [2]** 45/16 46/23
**round [1]** 22/7
**rounded [1]** 22/11
**rule [5]** 4/24 5/21 6/5 6/21 15/17
**rules [2]** 78/6 78/9
**run [2]** 77/21 77/25
**runs [2]** 11/16 54/18

## S

**sad [3]** 34/9 48/25 53/21
**safe [3]** 38/7 40/1 40/1
**safety [2]** 27/1 30/16
**SAG [2]** 1/4 2/6
**SAG-19-0486 [1]** 2/6
**said [9]** 3/9 6/4 7/22 8/5 40/3 40/24 44/13 46/10 47/12 48/25 49/12 50/20 51/13 56/16 60/3 75/24
**same [22]** 16/23 17/6 17/9 17/22 17/25 18/7 18/11 18/14 18/17 31/3 39/11 39/13 40/21 40/22 52/21 53/1 55/8 57/19 58/2 59/2 59/3 59/10
**Santiago [5]** 13/19 14/4 15/2 15/7 15/10
**sat [1]** 33/12
**Satan's [2]** 38/4 38/5
**satisfy [1]** 26/4
**satisfying [3]** 62/15 70/13 70/13
**Saturday [1]** 4/1
**saw [1]** 49/6
**say [39]** 2/15 17/3 26/14 27/5 29/9 32/4 34/14 36/9 36/12 36/13 36/14 39/15 42/1 43/8 45/9 46/14 47/14 48/13 49/11 49/19 50/14 50/25 52/13 52/18 52/23

**S**

**say... [14]** 55/5 55/6 58/20 59/12 59/24 60/23 60/24 66/12 69/22 69/23 70/24 71/20 71/21 72/8
**saying [9]** 19/9 28/17 33/17 40/1 41/23 44/11 48/6 62/11 69/5
**says [2]** 19/20 27/25
**scale [2]** 28/4 28/13
**Scape [1]** 53/23
**scenario [2]** 5/25 35/17
**scheduled [1]** 2/22
**school [5]** 33/13 33/14 35/17 37/7 54/11
**science [2]** 13/15 64/7
**scope [4]** 5/22 6/5 74/18 76/4
**score [1]** 23/6
**Scott [1]** 30/5
**seated [2]** 2/2 71/16
**second [7]** 9/17 13/3 14/4 16/21 30/18 31/7 61/2
**secondhand [1]** 52/15
**Section [1]** 10/10
**security [2]** 69/1 76/18
**see [21]** 6/6 15/5 19/17 19/17 19/17 26/6 29/11 36/21 40/4 46/5 49/10 49/23 52/12 53/25 54/22 55/11 55/12 56/13 69/2 69/25 70/2
**seeing [2]** 40/25 41/3
**seem [3]** 20/3 43/8 64/25
**seems [3]** 27/25 45/17 51/3
**seen [1]** 4/5
**self [2]** 48/14 63/21
**self-regulating [1]** 63/21
**selfish [1]** 43/23
**selfless [1]** 49/19
**send [2]** 61/13 67/18
**sense [1]** 53/22
**senseless [6]** 55/10 62/3 62/13 63/24 66/16 74/2
**senselessly [1]** 35/7
**sent [2]** 9/10 31/4
**sentence [49]** 6/1 23/5 24/17 25/14 26/3 26/6 26/23 27/16 27/22 28/3 28/5 29/6 50/2 57/2 62/10 62/14 62/15 62/25 66/18 67/3 67/12 67/23 67/25 70/9 71/18 72/4 72/8 72/23 73/2 74/11 74/23 75/1 75/16 75/18 75/23 75/25 76/3 76/7 76/10 77/18 77/21 77/21 77/22 77/24 77/25 78/25 79/1 79/5 79/11
**sentenced [3]** 31/8 31/9 41/8
**sentences [3]** 44/1 62/8 77/17
**sentencing [26]** 1/11 2/7 2/22 2/24 3/1 5/24 6/13 8/5 9/1 10/25 11/3 12/7 14/19 25/25 63/13 66/17 66/20 67/3 67/7 67/22 72/22 73/13 75/11 75/17 75/20 80/6

**sentiments [1]** 69/25
**Seoshay [1]** 59/17
**separate [1]** 2/25
**sergeant [11]** 25/17 27/6 29/21 33/1 33/3 44/15 44/17 47/16 71/3 72/15 73/20
**series [2]** 3/2 4/2
**serious [8]** 20/24 20/25 21/2 21/4 21/17 64/23 73/19 74/10
**seriously [1]** 63/19
**seriousness [1]** 74/8
**serve [5]** 44/24 50/22 52/17 53/5 67/16
**served [1]** 43/4
**service [1]** 39/19
**services [2]** 15/6 16/2
**session [1]** 71/15
**set [4]** 31/14 38/6 70/17 73/1
**setting [1]** 31/13
**seven [6]** 9/14 11/6 17/24 20/21 23/24 23/25
**several [3]** 3/7 28/22 32/19
**severe [2]** 62/9 62/15
**severity [1]** 62/24
**share [11]** 11/9 12/15 40/20 42/22 56/8 69/23 69/25 72/19 72/19 72/20 78/12
**shared [3]** 42/12 51/21 58/25
**shares [1]** 40/22
**sharing [4]** 56/2 57/15 59/13 61/4
**Sharp [3]** 34/19 72/13
**Sharp's [1]** 34/21
**Sharpe [2]** 37/15 37/1
**she [17]** 41/14 41/14 41/14 41/24 42/8 42/9 42/13 44/13 44/13 46/1 46/1 46/2 50/20 53/10 64/24 65/25 66/3
**She's [2]** 41/24 46/3
**shed [1]** 39/10
**sheet [1]** 68/7
**shine [1]** 49/2
**shirking [1]** 71/1
**shirt [4]** 36/15 36/16 37/17 50/8
**shirts [1]** 54/5
**shock [1]** 33/22
**shocked [1]** 53/22
**shoes [1]** 62/12
**shoot [2]** 27/6 29/20
**shooter [4]** 9/22 9/25 15/8 27/12
**shooting [2]** 9/21 66/8
**shootings [2]** 25/2 62/5
**short [6]** 7/12 30/15 30/19 42/12 49/20 74/19
**shot [3]** 30/2 33/17 37/25
**should [31]** 8/10 14/8 15/12 15/13 20/4 33/3 45/14 47/11 47/11 50/22 52/17 53/5 54/4 54/21 54/23 55/9 55/10 55/15 55/16 59/11 61/8 62/10 63/8 67/8 68/17 69/17 70/21 77/4 79/12 79/20 80/22
**shouldn't [2]** 28/10 55/11
**show [1]** 11/21

**shrift [1]** 30/19
**sic [1]** 15/10
**side [3]** 48/23 54/1 64/18
**significant [5]** 13/20 60/16 61/10 73/8 74/11
**significantly [1]** 15/24
**silent [1]** 70/25
**silly [1]** 32/12
**silver [1]** 51/17
**similar [3]** 30/25 74/15 74/24
**Similarly [1]** 77/23
**simply [1]** 27/22
**since [19]** 8/15 10/12 26/5 33/18 34/7 35/25 38/16 40/10 45/11 54/25 56/11 56/19 57/8 57/17 58/2 59/18 60/10 60/11 76/12
**Sincerely [1]** 43/4
**single [5]** 9/18 9/24 37/9 58/16 59/1
**sister [2]** 4/15 69/25
**sit [1]** 39/8
**sitting [2]** 35/8 37/25
**situation [3]** 5/11 15/5 48/21
**situations [1]** 48/8
**six [6]** 17/21 17/22 17/23 20/21 21/17 49/8
**sketch [1]** 54/23
**skill [1]** 68/20
**skill-building [1]** 68/20
**skills [5]** 27/17 27/21 29/5 69/5 69/10
**slap [1]** 38/12
**sleep [5]** 33/25 40/23 40/25 45/7 56/12
**slowed [1]** 31/25
**small [3]** 56/20 60/9 60/10
**smart [1]** 32/11
**smile [5]** 37/22 40/12 48/9 48/9 48/10
**smiled [2]** 48/5 48/6
**Smith [1]** 57/6
**smoke [1]** 56/17
**snakes [1]** 36/9
**snoring [1]** 54/16
**so [133]**
**social [8]** 5/7 6/24 11/7 43/16 66/1 66/9 67/11 69/9
**societal [1]** 41/5
**society [2]** 40/19 79/6
**sociopathic [1]** 68/19
**solely [1]** 28/3
**solicitation [1]** 14/24
**solitary [1]** 36/6
**solve [1]** 66/7
**some [33]** 3/16 6/22 7/14 8/6 10/15 12/23 14/23 15/6 22/7 24/24 25/20 27/2 27/12 28/25 29/13 30/12 45/18 46/14 54/12 54/19 55/23 60/15 60/20 64/16 71/8 73/22 75/7 75/15 75/21 76/17 78/3 79/1 79/9
**somebody [7]** 24/21 27/6 28/16 30/3 51/20 52/19 52/20

**S**

**somehow [3]**  15/3 57/23 79/8
**someone [22]**  13/18 15/6 28/19 28/21 29/20 30/9 30/9 33/23 34/1 40/6 41/6 44/6 51/15 52/1 55/7 55/19 62/12 63/23 67/10 68/16 68/19 69/1
**something [18]**  7/12 7/15 8/1 13/8 17/3 41/6 47/9 48/13 49/6 50/23 52/14 53/24 56/16 56/17 60/9 60/21 74/3 79/24
**Sometimes [2]**  41/25 46/20
**somewhat [2]**  12/8 31/13
**son [15]**  33/13 33/17 34/5 34/17 37/6 40/21 43/8 43/11 43/17 43/20 44/2 45/10 54/7 57/17 60/13
**son's [1]**  43/9
**sons [1]**  37/8
**soon [1]**  42/12
**sooner [1]**  32/13
**sorrow [1]**  42/16
**sorry [7]**  3/24 3/25 21/15 25/6 41/18 53/14 53/24
**sort [9]**  6/17 6/19 6/22 8/7 10/15 14/11 48/19 65/25 68/19
**soul [10]**  36/12 36/12 42/21 42/24 48/20 49/18 49/18 50/10 50/11 60/22
**souls [1]**  60/24
**sounds [1]**  40/2
**sources [1]**  9/12
**spare [1]**  39/12
**speak [13]**  17/4 24/8 33/9 44/20 53/13 53/18 56/7 59/6 61/21 71/20 72/7 72/9 72/12
**SPEAKER [1]**  44/13
**speaking [8]**  2/16 2/17 13/7 13/9 32/24 34/18 38/24 39/2
**special [3]**  78/2 78/16 78/19
**specific [9]**  25/21 25/22 25/23 29/5 66/18 68/12 74/17 75/7 76/17
**specifically [4]**  5/23 7/10 10/13 77/16
**speed [1]**  31/18
**spending [1]**  54/16
**spends [1]**  8/25
**spent [2]**  24/15 76/13
**spirit [3]**  37/3 47/6 47/20
**spiritually [1]**  42/20
**spoke [4]**  46/8 48/11 48/13 81/4
**spoken [1]**  53/12
**spread [1]**  43/16
**spree [3]**  13/14 29/3 29/25
**squad [2]**  35/24 38/16
**stage [3]**  7/7 18/24 54/12
**stake [1]**  69/13
**stand [3]**  32/21 62/12 70/19
**standard [4]**  11/16 11/21 77/3 81/1
**standing [1]**  32/24
**stands [2]**  64/4 64/4

**start [4]**  3/21 33/3 33/4 41/23
**started [3]**  39/5 54/3 65/6
**state [4]**  28/24 32/1 37/3 76/14
**State's [1]**  36/25
**stated [1]**  16/15
**statement [11]**  8/23 8/25 9/3 9/13 9/17 13/11 13/12 15/18 15/19 34/22 79/17
**statements [15]**  3/3 4/2 4/3 4/10 4/13 4/22 5/4 5/13 5/17 5/18 5/23 6/15 10/19 23/20 79/20
**STATES [9]**  1/1 1/3 2/5 2/6 67/13 68/10 80/6 82/5 82/11
**statue [1]**  72/23
**status [1]**  9/16
**statute [3]**  4/24 75/18 75/20
**stay [3]**  34/8 39/23 57/22
**stenographically [1]**  82/8
**stenographically-reported [1]**  82/8
**stenotype [1]**  1/22
**step [2]**  6/22 71/8
**STEPHANIE [1]**  1/12
**STEPHEN [2]**  1/18 2/10
**still [19]**  3/7 15/16 22/22 32/6 35/12 42/19 43/7 45/20 45/21 46/23 46/25 47/6 47/19 50/3 52/4 54/2 54/4 67/15 68/5
**stipulated [6]**  11/6 11/11 15/1 62/24 63/13 69/21
**stolen [1]**  9/6
**stop [2]**  41/3 46/12
**stopped [1]**  37/24
**story [1]**  65/18
**straight [1]**  50/21
**Street [1]**  1/24
**streets [2]**  49/15 55/16
**strength [2]**  47/6 47/20
**strict [1]**  14/20
**strikes [1]**  28/14
**strong [2]**  39/18 51/8
**strong-willed [1]**  51/8
**stronger [1]**  45/24
**strongly [2]**  65/16 67/12
**struggle [2]**  34/3 51/21
**struggling [1]**  33/11
**subjected [1]**  64/18
**submission [1]**  26/11
**submissions [1]**  5/1
**submit [5]**  7/14 7/21 11/15 67/12 78/14
**submitted [6]**  2/24 3/1 4/1 4/2 25/25 73/11
**submitting [1]**  79/18
**subpoena [1]**  31/21
**substance [3]**  78/8 78/14 78/15
**such [7]**  5/14 26/5 32/8 33/20 42/2 42/8 74/11
**suddenly [1]**  69/2
**suffer [1]**  52/10
**suffered [4]**  62/12 71/3 71/3 72/17

**suffice [1]**  40/13
**sufficient [5]**  12/4 26/3 66/19 75/19 76/10
**suggest [4]**  15/3 15/20 35/23 62/14
**suggesting [3]**  30/10 64/15 65/11
**suggestion [5]**  12/1 12/4 62/7 62/8 62/19
**suggests [1]**  65/16
**summarize [1]**  7/2 14/18 39/7
**summarizes [1]**  6/19
**summary [2]**  5/7 6/22
**summer [2]**  25/3 31/3
**Sun [1]**  62/5
**Superseding [1]**  2/21
**supervised [5]**  77/19 77/22 77/25 78/2 80/18
**supervision [4]**  77/4 78/6 78/10 81/1
**supplemental [1]**  4/1
**supply [1]**  50/1
**support [7]**  9/3 10/12 10/24 27/15 46/22 46/22 46/23
**supported [2]**  10/4 37/16
**supports [2]**  10/7 29/5
**supposed [3]**  6/23 7/3 35/18
**sure [17]**  3/12 3/17 4/4 4/5 4/23 7/6 13/24 14/13 15/25 20/13 22/4 24/14 39/2 39/2 43/20 54/2 80/25
**surgeries [1]**  47/1
**surgery [1]**  46/24
**suspect [1]**  20/14
**sustained [2]**  17/12 65/6
**Swan [1]**  30/5
**sweet [1]**  49/18
**swift [1]**  31/5
**sworn [1]**  33/6
**sympathy [1]**  36/2
**system [7]**  28/21 29/23 64/11 64/23 65/12 66/22 67/6

**T**

**table [5]**  27/19 35/23 35/25 36/5 38/15
**take [21]**  3/16 6/12 8/6 26/14 29/1 30/8 34/13 35/9 36/24 39/24 40/7 44/2 44/6 46/2 46/3 46/7 49/18 50/7 55/14 75/10 79/1
**taken [13]**  22/16 22/20 40/10 42/11 43/12 43/20 47/6 47/7 52/22 55/16 57/24 60/16 60/16
**takes [1]**  17/17
**taking [4]**  19/14 23/2 38/13 42/8
**talk [8]**  24/25 25/20 25/20 25/22 32/17 46/14 51/9 65/20
**talked [4]**  15/15 18/8 50/12 54/24
**talking [8]**  9/19 9/20 9/21 13/20 24/15 51/20 52/21 56/12
**talks [3]**  13/16 27/2 65/25
**task [1]**  65/20
**tattoo [1]**  54/24

**T**

Taven [3]  25/15 56/8 72/14
teacher [1]  35/17
teaches [1]  63/7
tears [3]  39/10 40/11 40/24
teenage [1]  40/21
tell [3]  25/23 51/5 59/5
telling [3]  34/17 49/4 66/4
terms [7]  5/21 8/14 12/11 12/13 31/13 76/20 76/25
terrible [2]  29/14 31/23
terrifying [1]  32/3
testing [1]  78/14
text [1]  9/11
texts [1]  9/6
TFO [2]  1/20 31/19
than [22]  5/22 15/24 17/2 21/4 26/4 28/11 29/10 29/24 35/24 40/5 50/14 50/15 56/9 57/21 66/19 66/22 70/1 70/16 70/21 75/19 75/23 76/10
thank [44]  2/4 2/8 3/19 4/8 4/11 4/16 8/2 8/13 11/1 12/17 14/9 14/16 15/14 24/12 34/15 38/20 38/21 44/7 44/8 44/9 47/15 47/16 47/17 47/22 50/16 50/17 53/7 56/1 56/1 57/4 59/13 59/13 61/4 61/17 61/18 71/5 71/6 72/6 77/15 79/22 79/25 81/2 81/3 81/5
thanking [1]  49/9
Thanksgiving [1]  34/6
that [551]
that's [48]  3/15 6/8 6/20 8/6 9/25 10/17 10/19 11/24 11/24 13/20 14/25 15/12 16/1 19/8 20/5 21/22 22/19 24/5 25/22 27/3 27/8 28/16 28/18 29/11 32/11 34/14 35/14 35/19 35/24 35/25 41/13 44/14 44/14 51/24 52/1 53/5 57/2 59/11 61/3 61/8 61/12 65/8 65/8 67/4 67/5 68/1 68/13 77/15
their [17]  14/12 26/11 26/11 41/11 45/19 45/20 45/20 51/25 55/11 61/11 61/24 63/23 64/16 64/17 68/6 69/3 73/25
them [21]  7/20 24/3 24/4 24/19 30/20 32/2 32/21 32/24 33/7 37/19 37/19 38/1 43/10 43/10 45/21 50/14 51/1 69/9 73/22 76/20 77/2
themselves [1]  35/10
then [29]  3/17 4/14 7/5 16/7 18/20 18/23 19/14 19/24 21/1 21/3 21/16 21/22 21/23 22/1 23/2 23/3 24/6 25/21 32/2 33/18 41/19 46/9 52/10 68/9 68/11 69/16 73/8 79/25 80/5
therapeutic [2]  65/8 65/15
therapy [3]  34/2 51/1 51/7
there [72]  3/5 3/6 3/25 4/17 5/9 5/20 6/18 8/6 9/6 9/8 10/1 12/11 13/15 13/16 14/4 14/6 14/22 14/25 15/3 15/7 15/9

17/9 17/9 17/11 23/22 23/24 24/18 25/3 26/17 27/7 27/18 27/19 27/22 28/5 28/6 28/10 28/22 29/18 29/19 31/1 31/20 33/12 36/9 40/7 40/12 43/2 46/5 47/15 49/17 54/13 60/7 61/6 61/22 62/1 62/5 62/19 63/10 65/5 67/7 67/19 68/4 68/14 74/14 74/16 75/6 75/8 75/21 76/5 78/3 80/9 80/12 80/15
there's [15]  3/7 4/23 5/17 11/8 12/14 13/17 14/20 15/19 16/13 31/10 52/25 69/22 70/24 72/25 79/9
therefore [1]  11/14 27/21
therein [1]  6/20
these [50]  6/4 8/20 9/8 9/10 9/22 11/23 12/6 12/10 15/11 26/21 27/15 29/1 29/14 30/8 30/8 31/3 32/16 44/21 44/25 45/19 45/23 46/20 49/19 50/15 51/13 52/23 52/24 55/11 55/15 55/24 61/10 61/16 61/22 62/20 62/23 62/24 63/2 63/14 65/1 65/19 66/1 66/1 66/9 66/15 69/7 71/2 74/1 74/17 76/3 76/25
they [47]  6/17 10/7 17/3 20/20 24/9 25/23 30/10 32/17 32/21 33/6 35/12 37/4 37/11 37/23 37/25 41/8 44/1 45/2 45/2 45/19 45/19 45/21 46/12 46/13 47/6 47/7 47/11 47/11 47/11 47/13 49/17 50/6 50/7 51/25 55/12 55/25 58/18 58/21 61/9 62/4 66/2 68/6 69/7 69/10 71/24 73/18 76/23
they're [9]  11/13 13/13 13/17 30/19 32/23 32/24 46/22 69/22 69/8
they've [3]  49/17 49/20 55/23
Thickett [1]  47/24
thing [9]  25/13 28/14 35/6 37/12 39/22 46/13 49/10 51/24 59/10
things [30]  24/25 27/2 27/4 27/18 30/12 34/8 39/20 40/17 45/8 45/10 46/3 48/10 50/8 50/12 52/22 52/23 53/1 53/2 53/4 53/4 55/1 56/8 56/15 56/20 56/24 59/1 60/18 68/19 69/3 76/24
think [55]  3/15 5/25 6/12 7/5 8/18 12/22 13/21 13/21 14/6 14/13 14/14 14/19 15/12 16/4 19/5 19/7 19/8 20/12 21/13 21/16 21/17 21/20 21/21 27/16 30/14 31/12 31/14 32/3 32/8 32/8 32/11 32/20 34/10 42/25 46/20 50/15 51/14 52/17 57/11 59/9 61/1 61/10 63/7 67/2 68/13 69/12 70/7 70/21 75/16 75/22 76/4 76/9 76/19 76/24 77/1
thinking [4]  34/8 49/12 69/7 72/2
third [2]  22/17 22/20
Thirteen [1]  62/6
this [159]
Thomas [3]  1/23 82/4 82/16
those [41]  3/11 4/3 10/18 10/23 13/12 14/1 15/24 16/4 16/4 18/24 23/5 23/8 23/13 26/1 26/24 28/12 32/5 35/9 37/11 53/1 53/7 60/24 61/14 66/6 66/7 73/12

73/15 73/24 75/7 75/10 76/18 76/20 76/23 76/24 77/2 77/10 78/3 78/16 80/20 80/21 80/22
though [8]  8/18 22/23 27/18 29/2 30/14 50/9 61/13 72/22
thought [5]  48/24 51/7 56/20 58/20 66/4
thoughtful [1]  53/7
thoughts [6]  38/21 56/2 56/2 59/1 61/4 72/20
threatening [1]  17/13 19/25 20/10
three [21]  9/21 17/5 19/15 20/13 20/20 21/1 21/23 22/1 25/7 25/19 26/1 29/21 30/2 31/12 35/21 37/8 38/13 61/10 73/20 77/22 77/24
through [23]  3/8 3/10 4/10 5/17 6/7 8/4 13/2 16/7 20/17 20/19 28/16 30/11 32/14 32/22 41/15 45/18 45/18 46/24 52/21 54/19 55/9 56/15 64/11
throughout [2]  50/24 62/3
thrust [1]  25/5
thug [1]  54/7
tickets [1]  49/17
tied [1]  31/1
time [45]  3/16 7/5 7/14 7/15 8/6 9/1 13/14 26/5 27/10 30/16 30/23 31/16 32/19 34/7 34/13 38/17 38/20 40/8 42/23 44/8 45/19 47/13 47/13 48/8 48/24 51/9 52/2 52/6 52/17 52/17 53/5 53/5 54/9 55/7 59/9 59/22 60/1 60/7 61/6 65/6 69/16 69/19 69/24 79/3 79/4
timeframe [1]  74/19
times [9]  30/19 39/6 42/1 45/18 50/3 54/20 54/24 61/6 68/21
tirelessly [1]  31/20
today [24]  2/22 6/1 23/23 24/25 28/19 29/11 29/18 38/6 46/22 47/21 52/12 55/9 60/2 61/10 63/2 72/9 72/12 73/19 74/1 75/15 79/15 80/12 80/23 81/4
toddler [1]  64/9
toe [1]  36/6
toes [1]  42/9
together [13]  42/19 42/23 45/10 46/7 55/21 56/10 56/10 58/19 58/21 59/2 59/18 60/18 60/21
toll [1]  57/24
tomorrow [1]  60/3 79/24
Tonyah [1]  73/12
too [4]  5/25 46/24 60/19 66/22
took [15]  11/9 26/7 35/9 36/11 37/3 37/23 39/11 42/5 49/14 50/6 55/7 55/24 55/25 58/14 70/5
top [1]  8/15
total [3]  20/12 22/21 23/6
totally [2]  47/2 47/3
touches [2]  26/1 29/22
tough [4]  45/16 45/18 45/18 46/21
toughest [1]  39/20

## T

towards [1] 63/9
traditionally [1] 35/3
tragic [1] 70/7
training [2] 75/3 76/25
transcript [2] 82/8 82/9
transcription [1] 1/22
trauma [2] 31/23 41/11
treat [1] 61/8
treated [2] 22/23 46/18
treatment [13] 6/3 6/8 28/23 30/7 67/4 67/19 67/24 68/13 68/14 75/3 75/5 78/5 78/8
treatments [1] 30/8
trials [1] 48/15
tribulations [2] 48/16 52/22
tried [6] 34/2 46/14 46/14 55/13 56/12 57/22
trigger [1] 72/3
triggerman [1] 11/13
trips [1] 54/15
trouble [1] 51/25
troubled [2] 49/15 51/18
trucks [1] 59/3
true [8] 26/13 27/22 28/5 32/4 32/5 38/10 41/10 82/7
truly [5] 43/2 43/3 51/15 60/14 70/18
trustworthy [1] 57/16
truth [2] 70/2 70/4
try [8] 37/19 38/7 39/6 58/12 58/13 70/22 80/3 80/5
trying [12] 3/8 33/24 34/21 35/20 39/23 40/5 46/6 53/10 55/1 55/1 55/14 65/13
tunnel [1] 54/2
turn [5] 7/25 30/10 30/15 72/8 79/3
turned [1] 73/5
Turner [3] 50/19 50/21 53/9
turning [1] 22/25
twins [1] 58/20
two [34] 2/25 7/8 8/6 8/14 8/20 8/22 9/3 9/8 10/23 12/23 13/1 14/5 14/7 14/21 16/4 17/18 17/25 18/22 20/20 21/1 22/15 23/1 23/3 25/3 26/16 26/22 31/1 31/3 32/7 32/7 37/9 37/10 42/10 54/5
two-level [1] 13/1
type [14] 15/25 35/14 36/19 48/4 48/7 48/12 50/7 50/13 56/21 56/21 59/20 61/3 74/5 74/20
typed [1] 36/17
types [4] 74/1 74/17 76/20 76/25
Typically [1] 48/5

## U

U.S.C [1] 82/7
ultimately [1] 22/12
unable [2] 30/7 40/23

unavailable [1] 67/19
unbearable [2] 37/23 43/3
unbelievably [1] 73/19
Unchartered [1] 54/17
under [14] 5/25 8/5 8/19 10/25 12/7 12/9 12/10 13/3 13/8 23/4 49/19 52/10 78/6 78/10
underlying [2] 16/12 17/16
underprivileged [2] 35/11 37/14
understand [20] 3/13 5/16 6/21 8/6 12/6 12/18 13/15 14/13 26/18 29/8 29/9 32/16 51/12 53/21 56/23 56/25 64/20 70/14 74/16 75/25
understandable [1] 62/7
understanding [3] 3/7 13/10 24/9
understatement [1] 49/20
understood [4] 51/14 52/24 52/25 81/1
unfamiliar [1] 7/18
unforgivable [1] 37/1
unfortunate [1] 42/11
unfortunately [2] 29/16 52/15
unit [6] 20/23 20/25 21/1 21/12 21/17 22/4
UNITED [9] 1/1 1/3 2/4 2/6 67/13 68/10 80/6 82/5 82/11
units [4] 20/13 21/7 21/11 21/23
unknown [2] 44/13 48/16
unlawful [3] 23/1 79/8 79/11
unless [1] 24/4
unnecessarily [1] 67/9
unnecessary [2] 10/11 67/13
unquestionable [1] 53/2
until [9] 13/16 25/6 31/24 36/24 52/7 55/4 64/2 79/18 80/7
untimely [1] 37/13
unwarranted [1] 74/23
up [24] 4/5 4/10 17/4 19/5 22/13 31/20 34/1 36/17 42/7 46/7 48/15 49/24 52/7 56/7 58/10 59/6 59/18 59/24 62/10 64/24 64/25 66/7 67/15 76/15
upbringing [1] 57/21
upon [1] 43/3
upper [1] 69/15
upset [1] 48/25
upward [1] 10/12
us [22] 17/17 21/14 22/5 22/22 26/7 34/17 37/1 38/20 40/10 43/3 43/12 43/14 45/17 47/19 48/3 48/18 55/9 55/22 57/20 60/1 63/8 69/16
use [5] 13/4 16/1 51/9 66/20 79/3
used [13] 14/5 15/20 19/16 40/6 56/9 58/19 58/19 58/25 60/18 60/18 60/20 70/2 78/15
using [3] 14/12 14/25 19/15
USP [1] 68/9
usually [1] 34/8
utero [1] 63/20
utility [1] 12/11

## V

vaccinated [1] 2/15
vandalism [1] 56/21
variable [2] 68/13 76/22
variation [1] 12/9
various [2] 3/3 16/8
vehicle [1] 23/2
venture [1] 10/15
Veronica [1] 34/19
very [33] 6/6 14/14 24/15 24/16 30/17 30/17 30/25 32/10 34/6 41/23 41/24 44/22 48/9 50/9 50/17 51/8 53/7 61/5 62/16 66/4 66/4 66/10 66/13 66/17 69/1 69/16 72/10 72/18 74/13 78/24 78/25 79/4 81/5
veteran [1] 37/8
via [1] 48/15
vibrant [1] 59/19
victim [12] 3/2 3/8 3/20 5/1 5/13 17/12 18/20 23/20 24/6 61/16 66/8 79/20
victims [32] 3/3 3/4 3/7 5/15 6/16 6/25 23/22 24/7 24/18 25/23 31/23 32/18 32/20 32/20 35/15 46/8 56/25 61/7 61/9 61/11 61/22 61/22 63/3 71/23 71/24 72/9 73/21 73/24 74/4 74/5 75/15 81/4
Victims' [2] 5/14 5/17
violence [7] 55/11 57/22 62/4 66/8 74/2 74/3 74/6
visionary [1] 60/4
visited [1] 35/2
visualize [1] 50/4
vocational [1] 75/5
voice [2] 37/21 48/12
vulnerable [2] 64/10 65/23

## W

wait [1] 3/17
waived [2] 79/10 79/13
wake [2] 31/20 34/1
walk [5] 16/7 45/8 54/12 54/13 55/15
walked [1] 37/16
walking [1] 55/9
wallet [2] 35/12 37/15
want [35] 6/12 8/22 10/7 25/19 25/19 25/20 25/22 26/2 26/9 26/18 27/5 31/17 32/21 34/12 34/22 35/17 38/14 43/1 43/17 50/23 51/9 52/11 52/12 56/7 58/1 59/6 59/21 66/12 66/15 66/20 69/22 69/23 70/24 71/24 72/9
wanted [12] 33/14 34/14 36/15 37/11 40/21 45/2 46/1 49/6 52/7 59/4 59/23 72/1
wants [2] 26/19 53/13
warrant [1] 31/21
warranting [1] 74/11
was [195]
wasn't [15] 27/12 27/19 28/18 31/11

# W

**wasn't... [11]** 31/23 35/6 42/17 51/16 54/6 56/7 60/3 60/7 64/21 72/2 72/11
**watch [2]** 41/4 51/3
**watched [1]** 51/21
**watching [1]** 34/1
**water [1]** 71/8
**way [17]** 2/18 15/6 15/17 27/8 36/4 37/1 37/12 41/12 43/10 47/4 49/13 49/15 55/5 66/10 67/25 71/25 79/3
**ways [3]** 26/24 27/13 69/6
**we [148]**
**we'll [5]** 2/17 3/13 17/4 22/9 80/5
**we're [12]** 12/8 12/9 13/7 13/19 22/1 28/19 31/13 64/15 65/13 67/14 67/21 70/6
**we've [9]** 11/18 61/5 66/23 70/17 70/23 73/19 73/19 73/20 74/1
**Wednesday [1]** 79/23
**week [6]** 6/17 43/21 43/22 59/1 80/4 80/5
**weekend [3]** 7/15 54/16 62/6
**weigh [1]** 75/21
**welcome [1]** 2/16
**well [19]** 5/9 7/1 7/21 9/25 11/3 11/23 12/21 13/24 14/18 15/17 16/25 19/16 27/5 42/17 45/7 46/18 46/25 61/20 73/23
**went [8]** 19/13 32/14 33/14 52/21 55/17 56/10 58/11 58/15
**were [30]** 3/4 3/9 4/2 6/16 9/6 9/7 14/5 14/11 15/23 18/4 20/20 26/8 31/1 31/24 31/25 32/13 37/11 37/21 40/24 43/19 44/21 48/18 61/8 61/11 62/5 64/6 64/2 73/7 73/11 80/18
**weren't [1]** 42/18
**what [61]** 5/20 6/5 7/17 9/23 10/17 11/20 12/1 19/16 24/16 25/2 25/22 26/7 26/21 27/9 30/1 32/11 33/24 34/17 35/24 37/3 40/3 40/13 42/1 42/6 43/17 43/22 45/5 49/1 49/17 49/20 50/15 50/25 51/9 51/14 51/25 52/3 52/5 52/9 52/9 52/10 52/24 53/4 53/4 53/4 53/9 56/23 58/13 58/17 60/5 60/23 61/9 62/3 63/10 63/21 65/24 67/21 67/21 69/5 69/20 70/10 73/20
**what's [4]** 15/19 29/6 66/25 78/21
**whatever [9]** 32/23 36/1 37/6 38/16 45/2 46/16 56/17 70/10 72/4
**whatsoever [1]** 67/5
**when [48]** 3/9 7/4 13/20 21/16 28/8 29/3 31/4 31/24 33/21 36/9 36/12 37/9 37/22 37/24 38/4 38/11 39/11 40/24 40/25 41/4 42/9 46/13 48/13 51/5 53/20 53/20 54/12 55/13 55/25 57/11 58/18 58/19 58/24 60/17 60/21 63/6 64/7 65/7 67/1 67/10 67/16 68/25 69/21 70/19

73/15 74/2 79/5 79/13
**whenever [1]** 14/20
**where [19]** 5/11 8/22 15/5 15/12 19/5 19/17 22/13 36/6 36/9 39/24 43/7 45/21 46/14 61/6 64/6 64/6 68/17 70/18 75/4
**whether [17]** 4/12 5/3 5/6 6/14 8/9 14/11 24/7 42/19 52/19 70/10 70/11 70/11 71/6 75/7 76/22 79/13 79/20
**which [31]** 2/25 5/16 5/23 8/11 10/7 13/4 15/17 17/10 17/17 18/4 18/20 18/22 19/6 22/22 28/5 30/2 31/18 37/24 39/21 42/14 51/8 53/19 55/21 63/11 63/12 67/15 69/12 70/18 73/4 74/21 75/18
**while [8]** 2/17 14/10 23/4 27/25 28/24 32/24 55/2 59/24
**who [56]** 2/15 3/4 13/19 24/7 24/21 25/7 25/9 27/20 28/19 28/21 29/17 29/17 29/18 29/20 29/20 30/3 30/9 31/11 31/15 31/19 40/13 40/14 40/16 40/19 40/20 40/22 40/22 43/9 43/15 43/15 43/23 48/5 49/6 49/6 51/20 52/19 52/25 53/12 55/19 56/13 62/12 63/3 63/5 63/19 65/22 67/10 68/16 68/17 68/18 72/9 72/16 72/17 74/4 74/4 78/22 81/4
**who's [2]** 2/11 31/10 54/8
**whole [3]** 24/19 57/9 74/5
**wholeheartedly [1]** 48/20
**why [25]** 7/21 9/24 13/9 13/18 17/3 26/18 27/8 28/18 43/11 46/20 46/20 46/21 52/1 53/5 53/21 61/12 62/3 62/3 62/4 62/6 62/20 63/10 63/24 63/25 69/17
**wife [1]** 46/1
**wiggle [1]** 36/6
**will [60]** 2/16 6/17 9/23 20/9 20/14 22/12 22/23 36/15 36/16 36/24 38/17 38/23 39/6 39/24 40/8 40/13 41/12 43/8 43/10 43/12 44/4 47/9 49/16 49/23 49/24 50/1 50/2 50/10 50/11 54/9 54/10 58/6 59/8 60/24 60/25 61/14 62/19 65/4 67/12 67/16 68/6 70/13 73/12 75/6 75/8 76/1 76/5 76/13 76/15 77/2 77/17 77/23 78/3 78/3 79/4 79/16 79/17 80/6 80/7 80/11
**willed [1]** 51/8
**willing [2]** 40/20 52/20
**willingness [1]** 72/7
**wind [1]** 22/13
**wisdom [1]** 42/21
**wish [9]** 4/20 8/12 11/2 23/22 24/7 52/13 71/19 71/21 79/14
**wished [1]** 54/24
**wishes [1]** 71/7
**wishing [1]** 34/8
**within [7]** 7/9 7/10 38/6 66/24 69/12 76/6 79/15

**without [6]** 3/11 26/22 26/24 38/14 44/5 61/25
**witness [1]** 3/8
**witnesses [1]** 31/21
**womb [1]** 63/17
**won't [3]** 44/1 54/11 54/12
**wonderful [1]** 57/17
**word [3]** 45/8 45/9 48/6
**words [5]** 43/2 50/4 58/4 59/7 70/24
**wore [1]** 37/17
**work [4]** 33/16 44/24 57/13 59/2
**worked [3]** 22/4 31/20 69/24
**worker [1]** 69/9
**working [2]** 35/18 35/19
**world [5]** 48/15 48/17 52/25 57/13 59/5
**worse [2]** 27/13 38/3
**worst [3]** 34/12 48/8 55/5
**would [80]** 6/6 6/22 7/5 7/13 7/14 8/1 8/11 8/20 9/23 9/24 12/15 19/6 19/21 21/2 21/3 21/6 21/21 22/5 24/5 26/8 27/16 30/21 30/21 31/20 31/21 32/19 32/21 33/4 34/1 34/9 35/4 35/13 35/13 35/23 36/5 36/8 37/18 38/6 38/15 38/15 43/20 43/21 46/20 48/17 49/5 49/12 50/7 50/14 51/11 51/13 52/25 53/25 56/14 58/3 58/20 58/22 59/9 59/20 59/21 59/21 59/22 60/6 61/2 61/19 62/14 66/5 67/11 68/11 69/10 69/15 70/15 70/15 71/22 75/23 77/9 77/14 79/23 79/23 79/25 80/17
**wouldn't [6]** 34/11 34/11 46/2 52/11 52/12 60/1
**wrenching [1]** 39/15
**wrist [1]** 38/12
**write [1]** 58/1
**writing [2]** 8/1 57/6
**written [2]** 56/6 73/23
**wrong [3]** 38/11 66/11 67/18
**wrote [3]** 34/22 49/9 50/3

# Y

**yeah [1]** 46/1
**year [12]** 2/19 13/20 29/6 29/9 29/10 33/20 35/15 37/16 45/10 53/18 67/25 77/21
**years [37]** 10/25 14/3 24/20 25/14 26/3 26/23 28/11 30/6 30/21 35/4 35/17 35/22 38/13 45/19 46/8 46/10 46/12 49/10 54/10 56/9 58/6 61/12 63/1 63/13 64/1 64/3 64/6 64/9 67/14 67/15 69/21 73/6 73/9 77/18 77/20 77/22 77/24
**yes [37]** 3/15 3/24 4/6 4/16 5/2 5/9 8/13 13/7 15/2 16/6 16/18 16/18 16/20 17/1 19/1 19/11 21/8 21/15 21/19 21/24 22/3 23/10 23/12 23/17 23/18 23/24 24/1 24/9 33/2 41/16 47/22 67/7 69/14 80/2 80/10 80/21 80/21
**yet [4]** 4/5 42/24 45/25 65/3

**Y**

**YOLO [1]** 49/1
**York [9]** 48/4 48/4 48/11 48/14 49/14
 51/5 51/12 51/16 51/24
**you [227]**
**you're [13]** 2/17 13/21 13/21 19/9
 27/10 28/8 39/2 49/4 50/25 51/20 71/19
 75/10 79/1
**you've [5]** 5/2 34/17 47/19 52/6 78/15
**young [8]** 30/25 42/2 45/23 49/5 66/9
 67/18 69/1 79/4
**younger [1]** 35/2
**your [114]**
**youth [1]** 49/16